ACCEPTED
07-15-00244-CV
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
6/25/2015 3:42:37 PM
Vivian Long, Clerk

NO. 07-15-00244-CV

IN THE COURT OF APPEALS
SEVENTH SUPREME JUDICIAL DISTRICT
AMARILLO, TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
6/25/2015 3:42:37 PM
VIVIAN LONG
CLERK

IN RE:

MAKE READY CONTRACTORS, INC.,
RELATOR

V.

HONORABLE DAN SCHAAP, RESPONDENT

ASAP AIR OF AMARILLO, LLC AND MICHAELWEATHERFORD,
REAL PARTIES IN INTEREST

ORIGINAL PROCEEDING
FROM THE 47TH JUDICIAL DISTRICT COURT
POTTER COUNTY, TEXAS

**PETITION FOR WRIT OF MANDAMUS**

Frederic M. Wolfram
State Bar No. 21869900
Wolfram Law Firm, P.C.
Chase Tower, Suite 1406
600 S. Tyler, LB 12134
Amarillo, Texas  79101-2361
806-372-3449
Fax No. 806-372-3324
eric@wolframlaw.com

ATTORNEYS FOR  RELATOR

## REQUEST FOR ORAL ARGUMENT

Relator requests oral argument since same will materially assist the Court in reaching its decision in this case.

# IDENTITY OF PARTIES AND COUNSEL

The following is a complete list of all parties, as well as the names and addresses of all counsel.

| PARTY | NAME | COUNSEL |
|---|---|---|
| Relator | Make Ready Contractors, Inc. | Wolfram Law Firm, P.C.<br>Frederic M. Wolfram<br>Chase Tower<br>600 S. Tyler St. Suite 1406<br>Amarillo, TX 79101-2361<br>806-372-3449<br>Fax 806-372-3324<br>Email: eric@wolframlaw.com |
| Respondent | Honorable Dan Schaap<br>47th District Court<br>501 S Fillmore St Rm 3A<br>Amarillo, TX 79101-2449<br>806-379-2350<br>Fax 806-379-6158<br>Email:<br>schaapd@pottercscd.org | |
| Real Parties in Interest | ASAP Air of Amarillo, L.L.C. and Michael Weatherford | Underwood Law Firm<br>C. Jason Fenton<br>PO Box 9158<br>Amarillo, TX 79105-9158<br>806-379-0304<br>Fax 806-379-0316<br>Email:<br>Jason.Fenton@uwlaw.com |

# TABLE OF CONTENTS

REQUEST FOR ORAL ARGUMENT. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . i

IDENTITY OF PARTIES AND COUNSEL. . . . . . . . . . . . . . . . . . . . . . . . . . . . . ii

TABLE OF CONTENTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . iii

INDEX OF AUTHORITIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

STATEMENT OF THE CASE. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

STATEMENT OF JURISDICTION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

ISSUES PRESENTED. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

ISSUE NUMBER 1:      Whether mandamus is available as a remedy for the trial
court's failure to strike invalid mechanic's liens; or,
whether there is an adequate remedy at law.. . . . . . . . . . 3

ISSUE NUMBER 2:      Whether the trail court abused its discretion in failing to
strike invalid mechanic's liens.. . . . . . . . . . . . . . . . . . . . 3

ISSUE NUMBER 3:      Whether Texas Property Code § 53.026 applies to
constitutional mechanic's liens.. . . . . . . . . . . . . . . . . . . 3

STATEMENT OF FACTS. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4

ARGUMENT AND AUTHORITIES. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    ISSUE No. 1 [Restated]: Whether mandamus is available as a remedy for the
trial court's failure to strike invalid mechanic's
liens; or, whether there is an adequate remedy at
law.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
    ISSUE No. 2 [Restated]: Whether the trail court abused its discretion in
failing to strike invalid mechanic's liens.      . . . . 9
    ISSUE No. 3 [Restated]: Whether Texas Property Code § 53.026 applies to
constitutional mechanic's liens... . . . . . . . . . . . . 15

PRAYER. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 18

CERTIFICATION. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

CERTIFICATE OF RULE 9 COMPLIANCE. . . . . . . . . . . . . . . . . . . . . . . . . . 20

APPENDIX. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

# INDEX OF AUTHORITIES

## TEXAS SUPREME COURT

***Board of Insurance Commissioners v. Guardian Life Insurance Co.***, 180 S.W.2d 906 (Tex. 1944). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

***Carpenter v. Cimarron Hydrocarbons Corp.***, 98 S.W.3d 682 (Tex.2002).. . . . . . 9

***City of Rockwall v. Hughes***, 246 S.W.3d 644 (Tex. 2008). . . . . . . . . . . . . . . 12, 14

***Da-Col Paint Manufacturing Co. v. American Indemnity Co.***, 517 S.W.2d 270 (Tex. 1974). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 15-17

***Energy Gulf States, Inc. v. Summers***, 282 S.W.3d 433 (Tex. 2009). . . . . . . . . . 12

***First National Bank v. Sledge***, 653 S.W.2d 283 (Tex. 1983). . . . . . . . . . . . . . . 10

***Goldman v. Torres***, 341 S.W.2d 154 (Tex. 1960). . . . . . . . . . . . . . . . . . . . . . . . 13

***Hayek v. Western Steel Co.***, 478 S.W.2d 786 (Tex. 1972).. . . . . . . . . . . . . . . . . 13

***In re Conner***, 458 S.W.3d 532, 2015 Tex. LEXIS 272 (Tex. 2015). . . . . . . . . . . 7

***In re Essex Insurance Co.***, 450 S.W.3d 524 (Tex. 2014). . . . . . . . . . . . . . . . . . . 9

***In re Prudential Insurance Company of America***, 148 S.W.3d 124 (Tex. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

***Johnson v. Fourth Court of Appeals***, 700 S.W.2d 916 (Tex. 1985).. . . . . . . . . . 9

***Texas Lottery Commission v. First State Bank of Dequeen***, 325 S.W.3d 628 (Tex. 2010). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

***Walker v. Packer***, 827 S.W.2d 833 (Tex. 1992). . . . . . . . . . . . . . . . . . . . . . . . . . 9

## TEXAS COURTS OF APPEALS

*Conn, Sherrod & Co. v. Tri-Electric Supply Co.*, 535 S.W.2d 31 (Tex.Civ.App.—Tyler 1976, writ ref. n.r.e.).. . . . . . . . . . . . . . . . . . . . . . 13, 14

*Helmsley-Spear of Texas, Inc. v. Blanton*, 699 S.W.2d 643 (Tex. App.—Houston [14th Dist.] 1985, no writ).. . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Mathews Construction Co. v. Jasper Housing Construction Co.*, 528 S.W.2d 323 (Tex.Civ.App.—Beaumont 1975, writ ref. n.r.e.).. . . . . . . . . . . . . . . . . . . . 13

*Moss v. Tennant*, 722 S.W.2d 762 (Tex. App.—Houston [14th Dist.] 1986, no writ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . )7

*Olbrich v. Touchy*, 780 S.W.2d 6 (Tex. App.—Houston [14th Dist.] 1989, no writ) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

*Prappas v. Meyerland Community Improvement Association*, 795 S.W.2d 794 (Tex.App. —Houston [14th Dist.] 1990, writ den.). . . . . . . . . . . . . . . . . . . . . 8

*Shaw v. McPhail Electric Co.*, 544 S.W.2d 497 (Tex.Civ.App.—Dallas 1976, writ ref. n.r.e.). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

*Southwest Properties, L.P. v. Lite-Dec of Tex., Inc.*, 989 S.W.2d 69 (Tex.App.—San Antonio 1998, pet. den.). . . . . . . . . . . . . . . . . . . . . . . . . . 15, 16

*Trinity Drywall Systems, LLC v. TOKA General Contractors, Ltd.*, 416 S.W.3d 201 (Tex.App.—El Paso 2013, pet. den.). . . . . . . . . . . . . . . . . . . . . . . 15, 17

## TEXAS CONSTITUTION, CODES AND STATUTES

Texas Constitution, Art. XVI, § 37.. . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10, 15

Texas Government Code § 22.221(b)(1) (2001).. . . . . . . . . . . . . . . . . . . . . . . 2

Texas Government Code § 311.021(3).. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Texas Property Code § 12.007(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Texas Property Code § 53.001. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10, 15

Texas Property Code § 53.026. . . . . . . . . . . . . . . . . . . . . . . . 4-6, 11, 13-15, 17

Texas Property Code § 53.026(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Texas Property Code § 53.052(a). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Texas Property Code § 53.160. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3

Texas Property Code § 53.160(b)(2). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Texas Revised Civil Statutes, art. 5453(1) (repealed). . . . . . . . . . . . . . . . . . . . . 16

Texas Revised Civil Statutes, art. 5453(2) (repealed). . . . . . . . . . . . . . . . . . . . . 16

**TEXAS RULES OF APPELLATE PROCEDURE**

 9.4(i)(1). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

52(k). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

## STATEMENT OF THE CASE

This is a mandamus proceeding. The underlying lawsuit is a declaratory judgment action in which Realtor ("Make Ready") seeks relief against ASAP Air of Amarillo, LLC ("ASAP") from contested invoices for repairs to certain rental houses located in Amarillo, Texas. **APP. 1.** ASAP has recorded mechanic's liens in support of its invoices, **APP. 7-103**, which Make Ready seeks to remove by summary motion, **APP. 152**.

Respondent is the Honorable Dan Schaap, District Judge for the 47th District Court, in and for Potter County, Texas.

Make Ready filed a summary motion to remove liens, in support of its declaratory judgment action. **APP. 152.** The summary motion was denied in full by order of Judge Schaap on June 19, 2015. **APP. 473** [the order complained of].

Hence this petition for mandamus.

## STATEMENT OF  JURISDICTION

This court has jurisdiction over this petition for writ of mandamus under Texas Government Code § 22.221(b).

# ISSUES PRESENTED

ISSUE NUMBER 1:     Whether mandamus is available as a remedy for the trial court's failure to strike invalid mechanic's liens; or, whether there is an adequate remedy at law.

ISSUE NUMBER 2:     Whether the trial court abused its discretion in failing to strike invalid mechanic's liens.

ISSUE NUMBER 3:     Whether Texas Property Code § 53.026 applies to constitutional mechanic's liens.

## STATEMENT OF FACTS

This is a mechanic's lien case. Make Ready filed suit seeking declaratory relief that it did not owe certain invoices sent to it by ASAP. **APP. 1.** Make Ready later filed a summary motion to remove invalid statutory mechanic's liens filed by ASAP against properties on which ASAP claims to have worked. **APP. 152.** ASAP has stipulated that the mechanic's liens in question are invalid as statutory mechanic's liens. **APP. 468** [Stipulation 16]. However, ASAP is claiming that these liens are nonetheless valid as constitutional mechanic's liens, by virtue of Texas Property Code § 53.026, the "sham contract" statute. **APP. 295**. The summary motion was tried on stipulated facts. **APP. 467-468.**

ASAP has filed mechanic's liens on 32 rent houses in Amarillo, Texas. **APP. 5-6**. All of these houses except one are either owned by Dan Rogers individually, or are owned by a corporation or limited liability company in which Dan Rogers is the sole owner. **APP. 467-468** [Stipulations 9, 11, 14]. The owners of all houses in question have all contracted with Llano Estacado Management Company ("LEMC") for management of the rental units. **APP. 467** [Stipulation 4]. LEMC has contracted with Make Ready for repair and maintenance services. **APP. 467** [Stipulation 5] . Make Ready then hired ASAP, as a subcontractor, to perform the services which form

the basis of the dispute in this proceeding. **APP. 467** [Stipulation 3], **APP. 104-144.**

Dan Rogers owns all of the common stock of Make Ready and LEMC, and except for the rental unit owned by Amarillo Investors, LLC, and thus "controls" LEMC, Make Ready and the rental units (except for the unit owned by Amarillo Residential, LLC) within the meaning of § 53.026 (assuming it applies, see Issue No. 3, *infra*). **APP. 467** [Stipulations 7, 8, 13, 14].

ASAP only contracted with Make Ready and did not contract with any owner of a rental unit on which ASAP has filed a lien. **APP. 467** [Stipulation 3], **APP. 104-144.** Make Ready does not have any contract with any owner in this proceeding. **APP. 104-144**. ASAP is a subcontractor who has not contracted with an owner. **APP. 104-144**. However, ASAP claims the benefit of § 53.026 based on the fact that Dan Rogers controls all but one rental unit, as well as LEMC and Make Ready, through common ownership. If applicable, § 53.026 deems the contracts subject to its provisions to be between the subcontractor service provider, ASAP, and the owner, giving ASAP original contractor status, an absolute requisite for a constitutional mechanic's lien.

However, the clear and unambiguous language of § 53.026(a) requires that ASAP contract with Make Ready AND that Make Ready contract with each owner

in order for ASAP to get the benefit of § 53.026(a). **APP. 474.** That simply has not happened in this case.

A hearing on the summary motion to remove liens was held on June 12, 2015, after which the trial court denied in full Make Ready's summary motion to remove invalid liens. **APP. 473**. Such ruling constitutes an abuse of discretion, since it ignores the plain language of § 53.026, and there is no adequate remedy by appeal. Hence this petition for mandamus.

# ARGUMENT AND AUTHORITIES

ISSUE No. 1 [Restated]: **Whether mandamus is available as a remedy for the trial court's failure to strike invalid mechanic's liens; or, whether there is an adequate remedy at law.**

Mandamus is available to correct the error of the trial court in this case.

Mandamus will issue to correct such an abuse of discretion when there is no adequate remedy by appeal. ***In re Prudential Ins. Co. of Am.***, 148 S.W.3d 124, 136 (Tex. 2004).

***In re Conner***, 458 S.W.3d 532, 2015 Tex. LEXIS 272, *3 (Tex. 2015).

The operative word, "adequate", has no comprehensive definition; it is simply a proxy for the careful balance of jurisprudential considerations that determine when appellate courts will use original mandamus proceedings to review the actions of lower courts.

***In re Prudential***, 148 S.W.3d at 136.

Trial court rulings on removal of improper lis pendens are subject to mandamus, since the trial court just has to see if the lis pendens is proper under one of the reasons listed in the Texas Property Code. ***Flores v. Haberman***, 915 S.W.2d 477, 477–478 (Tex. 1995)(*per curiam*).

When there is no basis to support a lis pendens, the affected party may seek an appropriate order from the district court, **with mandamus relief available in the event the district court refuses to order cancellation**. See ***Olbrich v. Touchy***, 780 S.W.2d 6 (Tex.App**.**—Houston [14th Dist.] 1989, orig. proc.); ***Moss v. Tennant***, 722 S.W.2d 762 (Tex.App.— Houston [14th Dist.] 1986, orig. proc.); ***Helmsley-Spear of Texas, Inc. v. Blanton***, 699 S.W.2d 643 (Tex.App.—Houston [14th Dist.] 1985,

orig. proc.). In order to determine whether a statutory basis existed for filing the notice in this case, we look to the requirements of § 12.007(a).

***Prappas v. Meyerland Community Improvement Association***, 795 S.W.2d 794, 796 (Tex.App.—Houston [14th Dist.] 1990, writ den.)(emphasis added).

Trial court rulings on summary removal of improperly filed mechanic's liens are also be enforceable by mandamus since the trial court again must simply see if the basis for lien removal falls within the reasons given in the Texas Property Code. Failure to then follow the statute constitutes an abuse of discretion (see Issue No. 2, *infra*) and Make Ready has no adequate remedy by appeal.

**ISSUE No. 2 [Restated]:**          **Whether the trial court abused its discretion in failing to strike invalid mechanic's liens.**

Mandamus standard.

> We only issue mandamus "to correct a clear abuse of discretion or the violation of a duty imposed by law when there is no other adequate remedy by law." *Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992) (*quoting **Johnson v. Fourth Court of Appeals***, 700 S.W.2d 916, 917 (Tex. 1985)).

*In re Essex Insurance Co.*, 450 S.W.3d 524, 526 (Tex. 2014). The adequate remedy by law prong has been addressed in Issue No. 1.

An abuse of discretion occurs when a trial court rules "in an arbitrary or unreasonable manner or without reference to guiding legal principles or rules." *Carpenter v. Cimarron Hydrocarbons Corp.*, 98 S.W.3d 682, 687 (Tex.2002).

The summary motion to remove liens was filed pursuant to Texas Property Code § 53.160(b)(2). **APP. 152**. The factual basis for the motion was that all 32 liens were filed too late under Texas Property Code § 53.052(a). **APP. 155-156** lists all liens, the deadline dates and the filing dates. ASAP has stipulated that all liens were filed late under the deadlines governing statutory mechanic's liens. **APP. 468** [Stipulation 16]. But, ASAP responded to the motion for summary removal by asserting that its liens were in fact constitutional mechanic's liens, authorized by Texas Constitution, Art. XVI, § 37. **APP. 295.**

A constitutional mechanic's lien requires privity of contract between the service provider and the owner of the property on which the work was done.

> Texas law recognizes two types of mechanic's liens: (1) a constitutional lien; and (2) a statutory lien. Tex. Const. art. XVI, § 37; Tex. Prop. Code Ann. § 53.001 (West 2007)... The constitutional lien is only available to those who contract directly with the property owner or its agent. ***Da-Col Paint Mfg. Co. v. American Indem. Co.***, 517 S.W.2d 270, 273 (Tex. 1974).

***Trinity Drywall Sys. v. TOKA Gen. Contrs., Ltd.***, 416 S.W.3d 201 (Tex App –El Paso, 2013, pet. den.). A subcontractor has no constitutional lien.

> Because a subcontractor is a derivative claimant and, unlike a general contractor, has no constitutional, common law, or contractual lien on the property of the owner, a subcontractor's lien rights are totally dependent on compliance with the statutes authorizing the lien. ***Da-Col Paint Manufacturing Co. v. American Indemnity Co.***, 517 S.W.2d 270 (Tex. 1974).

***First National Bank v. Sledge***, 653 S.W.2d 283, 285 (Tex. 1983).

ASAP did not contract with any owner. **APP. 104-144.** ASAP has stipulated that it did not comply with the mechanic's lien statutes. **APP. 468** [Stipulation 16]. Yet ASAP asserts, **APP. 295**, that its liens are validated by Texas Property Code § 53.026(a), which states:

> A person who labors, specially fabricates materials, or furnishes labor or materials under a direct contractual relationship with another person is considered to be in direct contractual relationship with the owner and has a lien as an original contractor, if:

(1) the owner contracted with the other person for the construction or repair of a house, building, or improvements and the owner can effectively control that person through ownership of voting stock, interlocking directorships, or otherwise;

(2) the owner contracted with the other person for the construction or repair of a house, building, or improvements and that other person can effectively control the owner through ownership of voting stock, interlocking directorships, or otherwise; or

(3) the owner contracted with the other person for the construction or repair of a house, building, or improvements and the contract was made without good faith intention of the parties that the other person was to perform the contract.

**APP. 474**.

The sham contract statute, § 53.026, is unambiguous. It clearly provides when a "person who labors," ASAP, who has a direct contract with "another person," Make Ready, is deemed to be an original contractor, but only if Make Ready also contracted with the owner. There is no evidence that any owner contracted with Make Ready. **APP. 104-144, 467** [Stipulation 5]**.**

Contrary to the ruling of the trial court, § 53.026 simply does not apply when an owner contracts with a general management company (LEMC) and the general management company (LEMC) hires a repair and maintenance company (Make Ready), who then contracts with ASAP. See the chart attached as **APP. 475**.

Since the sham contract statute is not ambiguous, it is not subject to further interpretation, based on controlling Texas Supreme Court authority. The Texas Supreme Court has established the method of interpretation applicable in this case:

Where text is clear, text is determinative of [legislative] intent.

*Energy Gulf States, Inc. v. Summers*, 282 S.W.3d 433, 437 (Tex. 2009).

> We presume the Legislature intended a just and reasonable result by enacting the statute. TEX. GOV'T CODE § 311.021(3). [Fn 6 omitted] When a statute's language is clear and unambiguous, **it is inappropriate to resort to rules of construction or extrinsic aids to construe the language**.

*City of Rockwall v. Hughes*, 246 S.W.3d 644, 652 (Tex. 2008)(emphasis added). The trial court clearly resorted to rules of construction, even though the statutory language is clear and unambiguous, and protestations to the contrary notwithstanding. **APP. 471.**

> In sum, [if] the [statutory] language … is clear; we need not use a canon of construction to construe it **other than the prime canon**: we construe statutes by first looking to the statutory language for the Legislature's intent, and only if we cannot discern legislative intent in the language of the statute itself do we resort to canons of construction or other aids such as which statute is more specific.

*Texas Lottery Commission v. First State Bank of Dequeen*, 325 S.W.3d 628, 639 (Tex. 2010)(emphasis added).

The trial court in this case has enlarged the scope of contracts or fact patterns

to which § 53.026 applies. The effect of the trial court order is to enlarge the scope of § 53.026 to include the Owner–LEMC–Make Ready–ASAP fact pattern, contrary to the plain language of § 53.026.

Courts may not enlarge the sham contract statute by interpretation.

Even though these rules have been uniformly announced and followed, this court cannot, under the guise of liberal construction, usurp the power of the legislature by reading into the Act a provision that is not there.

*Goldman v. Torres*, 341 S.W.2d 154, 158 (Tex. 1960). There is simply no provision in § 53.026 which can fairly be said to give rights as an original contractor to ASAP, who admittedly did not contract with LEMC, the property manager for the owners.

We recognize the rule that mechanic's and materialmen's lien statutes of this state will be liberally construed for the purpose of protecting laborers and materialmen. *Hayek v. Western Steel Co.*, 478 S.W.2d 786 (Tex. 1972). Nevertheless, the courts, possessing no legislative powers, **may not enlarge or alter the plain meaning of statutory language**. Wording in statutes is to be given its literal interpretation when that wording is clearly unambiguous. *Mathews Construction Co. v. Jasper Housing Construction Co.*, 528 S.W.2d 323 (Tex.Civ.App.—Beaumont 1975, writ ref'd n.r.e.); *Goldman v. Torres*, 161 Tex. 437, 341 S.W.2d 154 (1960); *Board of Insurance Commissioners v. Guardian Life Insurance Co.*, 142 Tex. 630, 180 S.W.2d 906, 909 (1944).

*Conn, Sherrod & Co. v. Tri-Electric Supply Co.*, 535 S.W.2d 31, 34 (Tex.Civ.App.—Tyler 1976, writ ref. n.r.e.)(emphasis added). The trial court has erroneously enlarged § 53.026 to try to encompass the facts of the present case, under

the guise of interpretation.

The trial court order, **APP. 473**, "inappropriate[ly] … resort[ed] to rules of construction or extrinsic aids to construe the language," *City of Rockwall*, 246 S.W.3d at 652, and "enlarg[ed] … the plain meaning of the statutory language," *Conn, Sherrod*, 535 S.W.2d at 34. There is no basis in law for the trial court's ruling denying the motion to remove liens and the mandamus should issue as requested.

As a further note, Dan Rogers does not own the membership interest in Amarillo Residential, LLC. **APP. 468** [Stipulation 14]. Since Dan Rogers is not an "owner" of Amarillo Residential, LLC, there is no theory under which ASAP can claim it dealt with the owner (since no common ownership or control), as required by § 53.026. At a minimum, the lien against Amarillo Residential, LLC must be removed.

**ISSUE No. 3 [Restated]:**         **Whether Texas Property Code § 53.026 applies to constitutional mechanic's liens.**

Until ***Trinity Drywall Systems, LLC v. TOKA General Contractors, Ltd.***, 416 S.W.3d 201, 212 (Tex.App.—El Paso 2013, pet. den.), no appellate court had held that § 53.026 applies to constitutional liens. ***Trinity Drywall*** is simply wrong, even though it states the correct starting point.

> Texas law recognizes two types of mechanic's liens: (1) a constitutional lien; and (2) a statutory lien. Tex. Const. art. XVI, § 37; Tex. Prop. Code Ann. § 53.001 (West 2007). … The constitutional lien is only available to those who contract directly with the property owner or its agent. ***Da-Col Paint Mfg. Co. v. American Indem. Co.***, 517 S.W.2d 270, 273 (Tex. 1974).

***Trinity Drywall***, 416 S.W.3d at 208.  Or, more bluntly:  "A subcontractor does not have a constitutional lien …"  ***Da-Col Paint Manufacturing Co. v. American Indemnity Co.***, 517 S.W.2d 270, 273 (Tex. 1974).  The sham contract statute, § 53.026, then protects a subcontractor who otherwise complies with the requirements for statutory mechanic's lien laws, by giving to the subcontractor in such event original contractor status.

> Applying this statute as only controlling lien requirements gives a subcontractor certain benefits that normally only an original contractor would receive.

***Southwest Properties, L.P. v. Lite-Dec of Tex., Inc.***, 989 S.W.2d 69, 72 (Tex.App.—San Antonio 1998, pet. den.). ***Southwest Properties*** makes clear that the

I:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Mandamus\Ma2814.001.wpd

sham contract statute give rights to a subcontractor within the framework of the statutory mechanic's lien laws (hence its focus on notice requirements and timing of notice, which are inapplicable to constitutional liens as such): [the sham contract statute is] "an effort to effectuate the timetables for filing liens." *Id.*

*Shaw v. McPhail Electric Co.*, 544 S.W.2d 497 (Tex.Civ.App.—Dallas 1976, writ ref. n.r.e.) also shows that the sham contract statute is to protect subcontractors who otherwise comply with the statutory mechanic's lien laws. In *Shaw*, the court found a sham contract existed and treated the subcontractor as an original contractor. *Shaw*, 544 S.W.2d at 500. However, the subcontractor, now deemed to be an original contractor, still has to comply with the requirements for statutory mechanic's liens applicable to original contractors.

> Thus the trial court was authorized to treat appellee as a contractor in a direct contractual relationship with the owner and as **entitled to perfect his lien against the property in the same manner as any other original contractor,** that is, by taking the steps prescribed by article 5453(1), without complying with the additional requirements applicable to subcontractors in article 5453(2). *Da-Col Paint Manufacturing Co. v. American Indemnity Co.*, 517 S.W.2d 270, 272-73 (Tex. 1974).
>
> The statute requires only that notice be sent "to the owner." … Accordingly, we hold that appellee perfected its lien against appellant's property by timely filing of its affidavit with the county clerk and sending copies to the owner, appellant, by certified mail.

*Shaw*, 544 S.W.2d at 500(emphasis added). In other words, once a subcontractor

establishes a sham contract, it must then comply with the statutory mechanic's liens laws "in the same manner as any other original contractor."

Texas Property Code § 53.026 does not simply give a subcontractor the right to file a constitutional lien if the literal terms of § 53.026 can otherwise be met. The subcontractor simply has no constitutional lien rights. *Da-Col Paint*, 517 S.W.2d at 273. The sham contract statute only protects a subcontractor by giving it original contractor status when the subcontractor otherwise complis with the statutory mechanic's lien laws. *Trinity Drywall* is wrong and should not be followed.

ASAP has stipulated that it failed to comply with the statutory mechanic's lien laws. **APP. 468** [Stipulation 16]. There is no basis in law for the court's ruling denying the motion to remove liens and the mandamus should issue as requested.

## PRAYER

Make Ready prays this Honorable Court to enter judgment vacating the June 22, 2015 trial court order denying the summary motion to remove liens with instructions to the trial court to enter an order granting the summary motion to remove liens, and for general relief.

Respectfully submitted,

THE WOLFRAM LAW FIRM, P.C.
Chase Tower
600 S. Tyler St.
Suite 1406
Amarillo, Texas 79101-2361
806-372-3449
Fax No. 806-372-3324
eric@wolframlaw.com

Frederic M. Wolfram
State Bar I.D. No. 21869900

ATTORNEYS FOR RELATOR

Petition for Writ of Mandamus
I:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Mandamus\Ma2814.001.wpd

Page 18

# CERTIFICATION

STATE OF TEXAS
COUNTY OF POTTER

BEFORE ME, the undersigned notary public, on this day personally appeared WALTER P. Wolfram, relators' attorney, who being duly sworn by me deposed and said:

1.     I am counsel of record for Make Ready Contractors, Inc., relator in this case. I am over 21 years of age and am competent to make this affidavit. I have read the petition for writ of mandamus to which this verification is attached, which is filed on behalf of Make Ready Contractors, Inc., and every factual statement contained in the petition is within my personal knowledge and is true and correct.

2.     The petition is accompanied by an Appendix (Tex. R. App. P. 52(k)). I have personal knowledge that the pleadings, motions, and orders contained in in the appendix are the same are true and correct copies of the originals.

Further, Affiant sayeth not.

_____
Frederic M. Wolfram
Counsel of Record for Relator

SUBSCRIBED AND SWORN TO BEFORE ME on the 25th day of June, 2015, to certify which witness my hand and official seal.

RITA SALDIERNA
Notary Public, State of Texas
My Commission Expires
October 15, 2018

_____
Notary Public in and for
the State of Texas

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of June, 2015, a true and correct copy of the foregoing was served upon all counsel of record as follows:

　　　　　 (a) by delivery in person;
　　　　　 (b) by agent or courier receipted delivery;
　　　　　 (c) by certified mail, return receipt requested;
　　　　　 (d) by telephonic document transfer;
　 xx 　 (e) by email.

C. Jason Fenton
Underwood Law Firm
PO Box 9158
Amarillo  TX  79105-9158

_Eric Wolfram_
Frederic M. Wolfram

**CERTIFICATE OF RULE 9 COMPLIANCE**

This certifies that this document was produced on a computer using WordPerfect X6 and contains 2932 words, as determined by the computer software's word-count function, excluding any sections exempt by Texas Rule of Appellate Procedure 9.4(i)(1). The body of the text is in 14-point font, and any footnotes are in at least 12-point font.

_Eric Wolfram_
Frederic M. Wolfram

# APPENDIX

| No. | Document | File Date | Pages |
|-----|----------|-----------|-------|
| 1 | Make Ready First Amended Original Petition | 05/06/15 | 1-144 |
| 2 | ASAP First Amended Answer and Counterclaim | 06/11/15 | 145-151 |
| 3 | Make Ready Summary Motion to Remove Liens | 04/14/15 | 152-294 |
| 4 | ASAP Response to Summary Motion to Remove Liens | 05/06/15 | 295-466 |
| 5 | Stipulation | 06/15/15 | 467-468 |
| 6 | Notice of Court Ruling | 06/19/15 | 469-472 |
| 7 | Order Denying Summary Motion to Remove Liens | 06/22/15 | 473 |
| 8 | Texas Property Code § 53.026 Text | | 474 |
| 9 | Texas Property Code § 53.026 Chart | | 475 |

Filed
Caroline Woodburn
District Clerk
5/6/2015 4:03:10 PM
Potter County, Texas
By _____ Deputy

Cause No. 102,171-A

| Make Ready Contractors, Inc., | * | In the 47th District Court |
| Plaintiff, | * | |
| | * | |
| v. | * | In and For |
| | * | |
| ASAP Air of Amarillo, L.L.C. and Michael | * | |
| Weatherford, | * | |
| Defendants | * | Potter County, Texas |

### PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION

*To the Honorable Judge of Said Court:*

Plaintiff complains of defendants and shows as follows:

1.      Pursuant to Texas Rule of Civil Procedure. 190.1, discovery is intended to be conducted under Level 3 of that rule.

2.      Plaintiff is a Texas corporation in good standing.  Pursuant to Texas Civil Practice and Remedies Code § 30.015 (a),(c), the plaintiff's name is Make Ready Contractors, Inc., and its current address is 506 S Lipscomb St, Amarillo, Potter County, Texas 79101-1024.  By virtue of an assignment, ratification and limited power of attorney, plaintiff is asserting all claims herein on behalf of all property owners affected by the conduct of defendants.

3.      Defendant ASAP Air of Amarillo, L.L.C. is a Texas limited liability company which has appeared and answered herein.  Plaintiff would point out that at present, the right to do business of ASAP Air has been forfeited.  See attached notice from the Texas Comptroller.  As such, ASAP Air may neither sue nor defend until its right to do business is reinstated.

4.      Defendant Michael Weatherford is an individual whose address is 4700 Hud Dr, Amarillo, Potter County, Texas 79124-5895, where process may be served.

Plaintiff's First Amended Original Petition
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\MA2814.011.wpd

Page 1 of  4

**Appendix 000001**

5. Pursuant to Rule 47(c), plaintiff seeks monetary relief (including penalties) over $200,000.00, but under $1,000,000.00, and seeks non-monetary relief.

6. Defendant ASAP Air agreed to perform certain HVAC services for plaintiff, and to bill for time and materials.

7. Defendant ASAP Air submitted invoices to plaintiff, which were paid by plaintiff.

8. Later, after plaintiff audited its invoices from defendant, plaintiff discovered that Defendant ASAP Air had been charging plaintiff sales tax, which charges plaintiff paid, to its damage.

9. Such conduct is a proximate cause of damages to the plaintiff within the jurisdictional limits of this court.

10. Plaintiff is entitled to recover from Defendant ASAP Air the amount of sales tax improperly paid to defendant.

11. Plaintiff also seeks declaratory relief that the amounts shown on the attached invoices, Exhibit B, are not owed by plaintiff to Defendant ASAP Air.

12. Plaintiff seeks its attorney's fees under the Texas Declaratory Judgments Act.

13. Defendant Weatherford filed a series of invalid liens, as shown on the attached exhibit listing all liens, and as shown in attached Exhibit A.

14. Except for the two properties owned by Dan Rogers individually, such liens violate the bluff lien statute.

15. Plaintiff seeks relief against Defendant Weatherford under Texas Civil Practice and Remedies Code§12.002(b), which provides for the recovery of damages in the amount of:

(1) the greater of:

(A) $10,000; or

Plaintiff's First Amended Original Petition
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\MA2814.011.wpd    Page 2 of  4

**Appendix 000002**

(B) the actual damages caused by the violation;

(2) court costs;

(3) reasonable attorney's fees; and

(4) exemplary damages in an amount determined by the court.

16.     Plaintiff also seeks all relief in this case against both defendants, jointly and severally. The contract for services was with Defendant ASAP Air and the invalid invoices were from Defendant ASAP Air.  Subsequently, the Defendant ASAP Air had its corporate rights forfeited. Then Defendant Weatherford filed most, but not all, liens in an individual capacity.  Because restoration of corporate privileges is relates back, it is unclear at present who the correct defendant is for each element of damage.  However, regardless of liability for damages, the attached liens (except for the liens on the two Dan Rogers properties) are invalid and cannot be fixed.  Also, Defendant Weatherford, regardless of any corporate shield issue, is liable for filing fraudulent liens,[1] since an individual is not a different legal person from doing business under an assumed name.

17.     All conditions precedent to the recovery by plaintiff have either been performed, or have occurred.

Wherefore, premises considered, plaintiff prays that Defendant Weatherford be cited to appear and answer herein and that after final hearing hereof, plaintiff have judgment against defendants, jointly and severally, for actual damages, statutory damages, including punitive damages, reasonable attorney's fees, all lawful interest, and costs of court.

---

[1]See 11 U.S.C. § 523(a)(6) relating to claim for punitive damages.

Plaintiff's First Amended Original Petition
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\MA2814.011.wpd

Page 3 of 4

**Appendix 000003**

Respectfully submitted,

THE WOLFRAM LAW FIRM, P.C.
Chase Tower
600 S. Tyler St.
Suite 1406
Amarillo, Texas 79101-2361
806-372-3449
Fax No. 806-372-3324
eric@wolframlaw.com

_Eric Wolfram_

Frederic M. Wolfram
State Bar I.D. No. 21869900

ATTORNEYS FOR MAKE READY CONTRACTORS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2015, a true and correct copy of the foregoing was served upon all counsel of record as follows:

_____ (a) by delivery in person;
_____ (b) by agent or courier receipted delivery;
_____ (c) by certified mail, return receipt requested;
_____ (d) by telephonic document transfer;
__X__ (e) by email.

C. Jason Fenton
Underwood Law Firm
PO Box 9158
Amarillo  TX  79105-9158

_Eric Wolfram_

Frederic M. Wolfram

Plaintiff's First Amended Original Petition
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\MA2814.011.wpd

Page 4 of  4

**Appendix 000004**

## INVOICES AND LIENS

| Owner | Address | County | Clerk's No. | Lien Amount | Invoice No. | Invoice Date | Deadline | Filed |
|---|---|---|---|---|---|---|---|---|
| 4710 57th Street, LLC | 4710 W 57th Ave | Randall | | | 1677 | 11/26/13 | 03/15/14 | 05/13/2014 |
| 4710 57th Street, LLC | 4710 W 57th Ave | Randall | 2014007442 | $3,451.28 | 1724 | 12/20/13 | 04/15/14 | 05/13/2014 |
| Amberwood MHP, LLC | 1321 Holbrook | Randall | 2014007441 | $3,095.06 | 1573 | 09/24/13 | 02/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | | | 1657 | 11/15/13 | 03/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | | | 1653 | 11/21/13 | 03/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | | | 1675 | 11/23/13 | 03/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | 2014007440 | $1,441.63 | 1676 | 11/26/13 | 03/15/14 | 05/13/2014 |
| Daniel L. Rogers | 103 N Carolina | Potter | 1255941 | $733.66 | 1649 | 11/13/13 | 03/15/14 | 05/13/2014 |
| Amarillo Residential, LLC | 106 S Palo Duro | Potter | 1255940 | $372.21 | 1651 | 11/11/13 | 03/15/14 | 05/13/2014 |
| Amberwood MHP, LLC | 1135 Prescott | Randall | | | 1673 | 11/06/13 | 03/15/14 | 05/12/2014 |
| Amberwood MHP, LLC | 1135 Prescott | Randall | 2014007394 | $5,242.53 | 1635 | 11/05/13 | 03/15/14 | 05/12/2014 |
| Amberwood MHP, LLC | 1310 Holbrook | Randall | 2014007443 | $2,843.25 | 1636 | 11/05/13 | 03/15/14 | 05/13/2014 |
| Amberwood MHP, LLC | 1314 Holbrook | Randall | 2014007444 | $2,685.04 | 1647 | 11/08/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | | | 1648 | 11/12/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | | | 1642 | 11/12/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | | | 1684 | 11/22/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | 2014007445 | $1,092.88 | 1683 | 11/25/13 | 03/15/14 | 05/13/2014 |
| Potter County Homes, LLC | 715 S Lamar | Potter | 1256629 | $289.00 | 1632 | 11/05/13 | 03/15/14 | 05/22/2014 |
| 1002 SW 11th, LLC | 1002 SW 11th Ave | Potter | 1256630 | $306.99 | 1656 | 11/20/13 | 03/15/14 | 05/22/2014 |
| Daniel L. Rogers | 612 SW 17th Ave | Potter | 1256631 | $254.27 | 1694 | 12/02/13 | 04/15/14 | 05/22/2014 |

**Appendix 000005**

| Owner | Address | County | Clerk's No. | Lien Amount | Invoice No. | Invoice Date | Deadline | Filed |
|---|---|---|---|---|---|---|---|---|
| 1410 Ponderosa, LLC | 1410 Ponderosa | Randall | 2014008110 | $216.54 | 1637 | 11/14/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1023 Tempe | Randall | 2014008111 | $216.54 | 1680 | 11/22/13 | 03/15/14 | 05/22/2014 |
| 1410 Ponderosa, LLC | 1410 Ponderosa | Randall | 2014008112 | $217.77 | 1672 | 12/02/13 | 04/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1143 Prescott | Randall | | | 1681 | 11/23/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1143 Prescott | Randall | 2014008113 | $511.47 | 1691 | 12/11/13 | 04/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1229 Casa Grande | Randall | 2014008114 | $446.51 | 1329 | 06/05/13 | 11/15/13 | 05/22/2014 |
| Randall County Homes, LLC | 4110 S Tyler St | Randall | 2014008115 | $454.43 | 1621 | 10/29/13 | 02/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1105 Prescott | Randall | 2014008116 | $552.68 | 1685 | 11/26/13 | 03/15/14 | 05/22/2014 |
| 2620 10th Avenue, LLC | 2620 10th Ave | Randall | 2014008117 | $485.03 | 1692 | 12/06/13 | 04/15/14 | 05/22/2014 |
| 2618 10th Avene, LLC | 2618 10th Ave | Randall | 2014008118 | $328.05 | 1679 | 11/25/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1045 Tempe | Randall | 2014008119 | $263.74 | 1620 | 10/29/13 | 02/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1313 Holbrook | Randall | 2014008120 | $287.39 | 1639 | 11/11/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1103 Prescott | Randall | 2014009121 | $216.54 | 1640 | 11/13/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1041 Tempe | Randall | 2014008122 | $250.35 | 1682 | 11/22/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1243 Casa Grande | Randall | 2014008123 | $177.69 | 1686 | 11/22/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1232 Casa Grande | Randall | 2014008129 | $177.69 | 1687 | 11/22/13 | 03/15/14 | 05/22/2014 |
| 2407 13th Avenue, LLC | 2413 13th Ave | Randall | 2014008124 | $177.69 | 1655 | 11/21/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1209 Casa Grande | Randall | 2014008125 | $177.69 | 1652 | 11/20/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1128 Prescott | Randall | 2014008126 | $177.69 | 1688 | 11/28/13 | 03/15/14 | 05/22/2014 |
| 4710 57th Street, LLC | 4710 SW 57th Ave | Randall | 2014008127 | $177.69 | 1674 | 11/21/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1211 Casa Grande | Randall | 2014008128 | $177.69 | 1678 | 11/25/13 | 03/15/14 | 05/22/2014 |

**Appendix 000006**

2014007442    LC    Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of __Texas__

County of __Randall__

I, __Michael Weatherford DBA ASAP Air LLC__, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

17.5 hrs. Labor
70000 BTU Payne Furnace
Filters, Filter Base
Pigtail
5" Double Wall 90 Vents
8' 2x4s
Gas Flex
4" Draft Hood Connector

1/2" Nipple
1/2 Black Pipe 90
Romex Connector
Silicone Screws
Carbon Monoxide Detector
Digital Programmable Thermostat Pro 6000 Thermostate
10" Metal 14x3 Fresh Air
Inspection

Vacuum
Torch + Soder
R-22 Freon
8 Ft. 13x3 Duct
Nitrogen

on the following described real property located in __Randall__ County, State of
__Texas__, commonly known as: 4710 W. 57th

and legally described as: Westway Addn #1
Lot Block 0001
2 and 3

which property is owned by 4710 57th Street LLC. + Daniel L. Rogers, whose address is
506 S. Lipscomb Ama TX 79101-1024, of a total value
of $ 3451.28, of which there remains unpaid $ 3451.28, and I further state that I
furnished the first of the items on the date of 1-21-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000007**

**Motion to Remove Exhibit A Page 1 of 97 Pages**

the date of 12-19-13 .

I hereby, under the laws of the State of Texas , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_          MICHAEL WEATHERFORD
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Randall

On 5-12-14 (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, Michael Weatherford , certify that on this date, 5-13-14 , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: 4710 57th Street LLC.
Address: 506 S. Lipscomb Ama Tx 79101
Date: 5 13 14

_Michael Weatherford_          MICHAEL WEATHERFORD
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

NOVA LF136 Claim of Lien Pg 2 (07-10)

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007442
05/13/2014 09:22 AM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014007441    LC    Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC. , being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

12 hrs. Labor
S60000 B70 Furnace
Mobile Home Vent
Gas Flex

on the following described real property located in Randall County, State of
Texas , commonly known as: 1321 Holbrook

and legally described as: Canyon Ridge #1
Lot 084 Block 0001

which property is owned by Amberwood Park LTP + Daniel L. Rogers , whose address is
506 S. Lipscomb Amarillo TX 79101 , of a total value
of $ 3095.06 , of which there remains unpaid $ 3095.06 , and I further state that I
furnished the first of the items on the date of 9-24-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000010**

the date of __9-24-13__ .

I hereby, under the laws of the State of _____ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_      _MICHAEL WEATHERFORD_
Signature of Person Claiming Lien        Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Randall__

On __5-12-14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__      Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-13-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: __Amberwood Park LTD__
Address: __506 S. Lipscomb Ama TX 79101__
Date: __5-13-14__

_Michael Weatherford_      _MICHAEL WEATHERFORD_
Signature of Person Mailing Claim of Lien        Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007441
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014007440    LC    Total Pages: 3

Recording requested by: Michael Weatherford    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: Michael Weatherford    Name Michael Weatherford

Address: P.O. Box 3037    Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116    City/State/Zip Amarillo TX 79116

# Claim of Lien

State of **Texas**

County of **Randall**

I, **Michael Weatherford DBA ASAP Air LLC** being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

11.5 hrs Labor    Heat Only Thermostate
Gas Valve
24" Thermocouple
36" Thermocouple
Robert Shaw Gas Valve
24" Thermocouple

on the following described real property located in **Randall** County, State of **Texas**, commonly known as: **2312 14th Ave.**

and legally described as: Ponderosa #1
Lot Block 0011
5 and 6
Lot 4 Being IN
Ponderosa #2

which property is owned by **2312 14th Ave LLC + Daniel L. Rogers**, whose address is **506 S. Lipscomb Amarillo Tx 79101**, of a total value of $ **1441.63**, of which there remains unpaid $ **1,441.63**, and I further state that I furnished the first of the items on the date of **11-15-13**, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000013**

**Motion to Remove Exhibit A Page 7 of 97 Pages**

the date of ___11-26-13___ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_MICHAEL WEATHERFORD_
Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On _5-12-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: _4-2-18_              Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, _Michael Weatherford_, certify that on this date, _5-13-14_, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: _2312 14th Ave. LLC._
Address: _506 S. Lipscomb Ama Tx 79101_
Date: _5-13-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_MICHAEL WEATHERFORD_
Name of Person Mailing Claim of Lien

**Motion to Remove Exhibit A Page 8 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



Renee Calhoun

2014007440
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo, TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo, TX 79116

# Claim of Lien

State of Texas

County of _____

I, Michael Weatherford /DBA: ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 4.5 hrs. Labor
Robert Shaw millivolt Gas Valve
Heat Only Thermostat
Carbon Monoxide Alarm

on the following described real property located in _Potter_ County, State of _Texas_, commonly known as:

103 N. Carolina

and legally described as:

San Jacinto Heights
Lot 002 Block 0147

which property is owned by_Daniel L. Rogers_, whose address is
_506 S. Lipscomb Amarillo TX 79101-1024_, of a total value
of $ _733.66_, of which there remains unpaid $ _733.66_, and I further state that I
furnished the first of the items on the date of _11-12-13_, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000016**

the date of __11-13-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_MICHAEL Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: __PO Box 3037__
__Amarillo Tx 79114__

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Potter__

On __May 12, 2014__ (date), __Michael E. Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature

Notary Public, In and for the County of __Potter__

State of __Texas__

My commission expires: __4-2-18__          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-12-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: __Daniel L. Rogers__
Address: __506. Lipscomb St. Amarillo TX 79101-1024__
Date: __5-12-14__

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1255941

Filing and Recording Date: 05/13/2014 09:55:05 AM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



*Julie Smith*

Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

lhinojosa

1255940          LC
05/13/2014 09:55 AM   Total Pages: 3
Julie Smith, County Clerk - Potter County, Texas

Recording requested by: Michael Weatherford          Space above reserved for use by Recorder's Office

When recorded mail to:          Document prepared by:

Name: Michael Weatherford          Name Michael Weatherford

Address: P.O. Box 3037          Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116          City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford _____, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 2 hrs. Labor
Pilot Generator
Heat Only Thermostat

on the following described real property located in ____Potter____ County, State of Texas _____, commonly known as:

106 S. Palo Duro

and legally described as: Crestview #2
Lot 026 Block 0005

which property is owned by Amarillo Residential LP % Llano Estacado Mgmt. Co. , whose address is 506 S. Lipscomb St. Amarillo, TX 79101-1024 _____, of a total value of $ 372.21 , of which there remains unpaid $ 372.21 , and I further state that I furnished the first of the items on the date of 11-11-13 _____, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000019**

**Motion to Remove Exhibit A Page 13 of 97 Pages**

the date of __11-11-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

__Michael Weatherford__
Signature of Person Claiming Lien

__Michael Weatherford__
Name of Person Claiming Lien

Address of person claiming lien: PO BOX 3037
Amarillo, Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Potter__

On __May 12, 2014__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-12-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: __Amarillo Residential LP % Llano Estacado Mgmt. Co. & Daniel L. Rogers__
Address: __506. S. Lipscomb St. Ama TX 79101__
Date: __5-12-14__

__Michael Weatherford__
Signature of Person Mailing Claim of Lien

__Michael Weatherford__
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1255940

Filing and Recording Date: 05/13/2014 09:55:05 AM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

lhinojosa

2014007394     LC     Total Pages: 3

Recording requested by: Michael Weatherford          Space above reserved for use by Recorder's Office
When recorded, mail to:                              Document prepared by:
Name: Michael Weatherford DBA ASAP Air, LLC          Name Kristie Brewer
Address: P.O. Box 3037                               Address 7622 Cervin
City/State/Zip: Amarillo Tx 79116                    City/State/Zip Amarillo TX 79121

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford _____, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: 14 hours labor                        7 pounds Freon
2.5 Ton Payne Condenser                          Ran new lines set
77000 BTU Goodman Furnace                        Pulled Vacuum
Gas Stop
Pro 5000 Thermostat
Torch, Vacuum, Nitrogen
Armorflex, copper 7/8", copper 3/8"
on the following described real property located in __Randall_____ County, State of
Texas _____, commonly known as: 1135 Prescott

and legally described as: Amberwood MHP LLC. (Canyon Ridge #1
                                                Lot 029 Block 0002)
which property is owned by Amberwood MHP LLC + Daniel L. Rogers, whose address is
506 S. Lipscomb St. Amarillo TX 79101-1024 _____, of a total value
of $5,242.53, of which there remains unpaid $5,242.53 _____, and I further state that I
furnished the first of the items on the date of 11-4-13 _____, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000022**

the date of ___11-6-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___
Signature of Person Claiming Lien

___MICHAEL WEATHERFORD___
Name of Person Claiming Lien

Address of person claiming lien:


NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Potter___

On ___5-12-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Charlene A Burns___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___TEXAS___
My commission expires: ___8-14-14___

CHARLENE A. BURNS
MY COMMISSION EXPIRES
August 24, 2014

Seal


CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-12-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood MHP LLC.___
Address: ___506 S. Lipscomb St. Amarillo TX 79101___
Date: ___5-12-14___

___Michael Weatherford___
Signature of Person Mailing Claim of Lien

___MICHAEL WEATHERFORD___
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007394
05/12/2014 02:14 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014007443  LC  Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA Asap Air LLC. , being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

6 hrs Labor
77000 BTU MH Furnace
MH DW Vent
MH DW Capacitor
Silicone
Roof Tar

2'Gas Flex 3/4"
Heat Only Thermostat

on the following described real property located in Randall County, State of Texas , commonly known as: 1310 Holbrook

and legally described as: Canyon Ridge #1
Lot 069 Block 0001

which property is owned by Amberwood Park LTD + Daniel L. Rogers , whose address is 506 S. Lipscomb Amarillo TX 79101 , of a total value of $ 2,843.25 , of which there remains unpaid $ 2,843.25 , and I further state that I furnished the first of the items on the date of 10-31-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000025**

the date of ⎯11-5-13⎯ .

I hereby, under the laws of the State of ⎯Texas⎯ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

*Michael Weatherford*
Signature of Person Claiming Lien

MICHAEL WEATHERFORD
Name of Person Claiming Lien

Address of person claiming lien: Po Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Randall

On 5-12-14 (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, Michael Weatherford , certify that on this date, 5-13-14 , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood Park LTD
Address: 5016 S. Lipscomb Ama TX 79101
Date: 5-13-14

*Michael Weatherford*
Signature of Person Mailing Claim of Lien

MICHAEL WEATHERFORD
Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg 2 (07-11) **Appendix 000026**

**Motion to Remove Exhibit A Page 20 of 97 Pages**



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007443
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014007444    LC    Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of __Texas__

County of __Randall__

I, __Michael Weatherford DBA ASAP Air LLC.__, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

8.5 hrs Labor
70 K BTU MH Furnace
MH Roof Jack
Nitrogen
Silicone
Roof Tar

on the following described real property located in __Randall__ County, State of __Texas__, commonly known as: 1314 Holbrook

and legally described as: Canyon Ridge #1 Lot 067 Block 0001

which property is owned by __Amberwood Park LTD + Daniel L. Rogers__, whose address is __506 S. Lipscomb Amarillo TX 79101-1024__, of a total value of $__2,688.04__, of which there remains unpaid $__2,688.04__, and I further state that I furnished the first of the items on the date of __11-7-13__, and the last of the items on

the date of ⎯11 - 8 - 13⎯.

I hereby, under the laws of the State of ⎯Texas⎯, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

⎯*Michael Weatherford*⎯       MICHEAL WEATHERFORD
Signature of Person Claiming Lien       Name of Person Claiming Lien

Address of person claiming lien: Po Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of TEXAS

County of Randall

On 5-12-14 (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

⎯*Derek Brewer*⎯
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, Michael Weatherford, certify that on this date, 5-13-14, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood Park Ltd.
Address: 506 S. Lipscomb Amarillo TX 79101
Date: 5-13-14

⎯*Michael Weatherford*⎯       MichAEL WEATHERFORD
Signature of Person Mailing Claim of Lien       Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014007444
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79121

# Claim of Lien

State of ___Texas___

County of ___Randall___

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 9 hrs. Labor
Pilot Generator
Robert Shaw 710-410 millivolt Gas Valve
Generator

on the following described real property located in ___Randall___ County, State of
___Texas___, commonly known as:
107 28th

and legally described as: Bales Acres
Lot Block 0002
4 Thru 7
which property is owned by 107 28th Street LLC, + Daniel L. Rogers, whose address is
506 S. Lipscomb St. Amarillo TX 79101-1024, of a total value
of $ 1,092.88, of which there remains unpaid $ 1,092.88, and I further state that I
furnished the first of the items on the date of ___11-12-13___, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000031**

the date of ___11-25-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-12-2014___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[Notary Signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-13-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___107 28th Street LLC.___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-13-14___

___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

Appendix 000032

Motion to Remove Exhibit A Page 26 of 97 Pages

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007445
05/13/2014 09:22 AM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

1256628        LC
05/22/2014 02:45 PM   Total Pages: 3
Julie Smith, County Clerk - Potter County, Texas

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Ret Name: Michael Weatherford
Address: P.O. Box 3037
City/State/Zip: Amarillo TX 79116

Document prepared by:

Name Michael Weatherford
Address P.O. Box 3037
City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: 1.5 hrs Labor
Thermostat

on the following described real property located in Potter County, State of
Texas , commonly known as: 4214 NE 15th

and legally described as: East Amarillo #1
Lot 018 Block 0013

which property is owned by Daniel L. Rogers , whose address is
506 S. Lipscomb Amarillo TX 79101 , of a total value
of $ 214.82 , of which there remains unpaid $ 214.82 , and I further state that I
furnished the first of the items on the date of 12-5-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000034**

the date of __12-5-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: __P.O. Box 3037 Amarillo TX 79116__

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Potter__

On __5-20-14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-22-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: __Daniel L. Rogers__
Address: __506 S. Lipscomb Ama TX 79101__
Date: __5-22-14__

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256628

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

jmiller

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

2 hrs labor
SP Switch
Dryer Plug
2G Plate

on the following described real property located in Potter County, State of Texas, commonly known as: 715 S. Lamar

and legally described as: Orig Town of Ama Lot 006 Block 0078

which property is owned by Potter County Homes LLC. | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 289.00, of which there remains unpaid $ 289.00, and I further state that I furnished the first of the items on the date of 11-5-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000037**

the date of ___11-5-13___.

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___
Signature of Person Claiming Lien

___Michael Weatherford___
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Potter___

On ___May 20. 2014___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-22-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Potter County Homes LLC / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-22-14___

___Michael Weatherford___
Signature of Person Mailing Claim of Lien

___Michael Weatherford___
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256629

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



*[signature]*

Julie Smith, County Clerk
Potter County, Texas

***DO NOT DESTROY - This document is part of the Official Public Record.***

jmiller

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

Document prepared by:

When recorded, mail to:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air LLC being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 2.5 hrs. labor

3 way switch

Lamp Holder

on the following described real property located in Potter County, State of Texas, commonly known as: 1002 SW 11th St.

and legally described as: Madden Addn

Lot Block 0004

12 and 13

which property is owned by 1002 SW 11th LLC / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 306.99, of which there remains unpaid $ 306.99, and I further state that I furnished the first of the items on the date of 11-11-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

the date of _11-20-13_ .

I hereby, under the laws of the State of _Texas_ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
**Signature of Person Claiming Lien**

_Michael Weatherford_
**Name of Person Claiming Lien**

Address of person claiming lien: _P.O. Box 3037_
_Amarillo Tx 79116_

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Potter_

On _5-20-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Paul Brewer_
Notary Signature
Notary Public, In and for the County of _Potter_
State of _Texas_
My commission expires: _4-2-18_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-22-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: _1002 SW 11th LLC / Daniel L. Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-22-14_

_Michael Weatherford_
**Signature of Person Mailing Claim of Lien**

_Michael Weatherford_
**Name of Person Mailing Claim of Lien**

★NOVA LF136 Claim of Lien Pg 6 (07-11)

Appendix 000041

**Motion to Remove Exhibit A Page 35 of 97 Pages**

# FILED and RECORDED

Instrument Number: 1256630

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

jmiller

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3032

Address P.O. Box 3032

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air, LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 2 hrs. Labor
Wire Nuts

on the following described real property located in Potter County, State of
Texas, commonly known as: 612 SW 17th.

and legally described as: Plemons
Lot Block 0221
E 40ft of 11 IN
A EBERSTADTS' AMO SUB OF

which property is owned by Daniel L. Rogers, whose address is
506 S. Lipscomb St. Amarillo TX 79101, of a total value
of $ 254.27, of which there remains unpaid $ 254.27, and I further state that I
furnished the first of the items on the date of 12-2-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000043**

the date of ___12-2-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___  ___Michael Weatherford___
Signature of Person Claiming Lien    Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Potter___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Derek Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Daniel L. Rogers___
Address: ___506 S. Lipscomb Amarillo TX 79101___
Date: ___5-22-14___

___Michael Weatherford___  ___Michael Weatherford___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256631

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

jmiller

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1.5 hrs. Labor

on the following described real property located in _____Randall_____ County, State of
_____Texas_____, commonly known as: 1410 Ponderosa

and legally described as: Ponderosa #2
Lot Block 0011
1 Thru 3

which property is owned by 1410 Ponderosa LLC. Daniel L. Rogers whose address is
506 S. Lipscomb Amarillo TX 79101 , of a total value
of $ 216.54 , of which there remains unpaid $ 216.54 , and I further state that I
furnished the first of the items on the date of 11-14-13 , and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

the date of ___11-14-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5-20-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_[signature]_
Notary Signature
Notary Public, In and for the County of _Potter_
State of _Texas_
My commission expires: _4-2-18_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-22-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: _1410 Ponderosa LLC / Daniel L. Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-22-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008110
05/22/2014 01:20 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford   Space above reserved for use by Recorder's Office

When recorded, mail to:   Document prepared by:

Name: Michael Weatherford   Name Michael Weatherford

Address: P.O. Box 3037   Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116   City/State/Zip Amarillo TX 79116

# Claim of Lien

State of ___Texas___

County of ___Randall___

I, ___Michael Weatherford DBA ASAP Air LLC___, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: ___1.5 hrs. Labor___

on the following described real property located in ___Randall___ County, State of
___Texas___, commonly known as: ___1023 Tempe___

and legally described as: ___Canyon Ridge #1 Lot 013 Block 0001___

which property is owned by ___Amberwood MHP LLC. / Daniel L. Rogers___, whose address is
___506 S. Lipscomb Amarillo TX 79101___, of a total value
of $ ___216.54___, of which there remains unpaid $ ___216.54___, and I further state that I
furnished the first of the items on the date of ___11-22-13___, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000049**

the date of ___11-22-13___ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___  ___Michael Weatherford___
Signature of Person Claiming Lien  Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___  Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-22-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood MHP LLC / Daniel L. Rogers___
Address: ___5016 S. Lipscomb Ama TX 79101___
Date: ___5-22-14___

___Michael Weatherford___  ___Michael Weatherford___
Signature of Person Mailing Claim of Lien  Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg 2 07-11 **Appendix 000050**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008111
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000051**

2014008112    LC    Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

1.5 hr. Labor
Wire nuts
Tape

on the following described real property located in Randall County, State of Texas, commonly known as: 1410 Ponderosa

and legally described as:

Ponderosa #2
Lot Block 0011
1 Thru 3

which property is owned by 1410 Ponderosa LLC. / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 217.77, of which there remains unpaid $ 217.77, and I further state that I furnished the first of the items on the date of 12-2-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000052**

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS



*Renee Calhoun*

2014008112
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 5 hrs labor

48" Thermocouple

on the following described real property located in Randall County, State of Texas, commonly known as: 1143 Prescott

and legally described as: Canyon Ridge #1

Lot 025 Block 0002

which property is owned by Amberwood MHP LLC / Daniel L Rogers, whose address is

506 S. Lipscomb St. Amarillo TX 79101, of a total value

of $511.47, of which there remains unpaid $ 511.47, and I further state that I

furnished the first of the items on the date of 11-23-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000054**

**Motion to Remove Exhibit A Page 48 of 97 Pages**

the date of ___12-11-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
**Signature of Person Claiming Lien**

_Michael Weatherford_
**Name of Person Claiming Lien**

Address of person claiming lien: P.O. Box 3037 Amarillo TX. 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Randall

On 5-20-14 (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_[signature]_
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, Michael Weatherford , certify that on this date, 5-22-14 , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood MHP LLC / Daniel L. Rogers
Address: 506 S. Lipscomb Ama TX 79101
Date: 5-22-14

_Michael Weatherford_
**Signature of Person Mailing Claim of Lien**

_Michael Weatherford_
**Name of Person Mailing Claim of Lien**

★NOVA LF136 Claim of Lien Pg.2 (07-11)
**Appendix 000055**

# FILED AND RECORDED

**OFFICIAL PUBLIC RECORDS**



*Renee Calhoun*

2014008113
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: _Michael Weatherford_ Space above reserved for use by Recorder's Office

When recorded, mail to:

Name: _Michael Weatherford_

Address: _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_

Document prepared by:

Name _Michael Weatherford_

Address _P.O. Box 3037_

City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC,_ being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: _2 hrs. Labor_

_208 V. Contractor_

_Pro 5000 Honeywell Thermostat_

_2 lbs. Freon_

on the following described real property located in _Randall_ County, State of _Texas_, commonly known as: _1229 Casa Grande_

and legally described as: _Canyon Ridge #1_

_Lot 054 Block 0002_

which property is owned by _Amberwood Park LTD / Daniel L. Rogers_, whose address is _506 S. Lipscomb Amarillo TX 79101_, of a total value

of $ _446.51_, of which there remains unpaid $ _446.51_, and I further state that I

furnished the first of the items on the date of _6-5-13_, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000057**

the date of ___6-5-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___
Signature of Person Claiming Lien

___Michael Weatherford___
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4.2.14___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood Park LTD / Daniel L. Rogers___
Address: ___506 S. Lipscomb Amarillo TX 79101___
Date: ___5-22-14___

___Michael Weatherford___
Signature of Person Mailing Claim of Lien

___Michael Weatherford___
Name of Person Mailing Claim of Lien

# FILED AND RECORDED
OFFICIAL PUBLIC RECORDS



Renee Calhoun

2014008114
05/22/2014 01:20 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:   4 hrs. Labor
Heat only Thermostat

on the following described real property located in Randall County, State of Texas, commonly known as: 4110 S. Tyler

and legally described as: Broadmoor Addition Lot Block 000 F 25 Less W 10FT Alley Row

which property is owned by Randall County Homes LLC | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 454.43, of which there remains unpaid $ 454.43, and I further state that I furnished the first of the items on the date of 10-29-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg. 1 (07-11)

**Appendix 000060**

the date of __10-29-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

__Michael Weatherford__
Signature of Person Claiming Lien

__Michael Weatherford__
Name of Person Claiming Lien

Address of person claiming lien: __P.O. Box 3037__
__Amarillo TX 79116__

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Randall__

On __5·20·14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

__Derek Brewer__
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-14__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-22-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: __Randall County Homes LLC / Daniel L. Rogers__
Address: __506 S. Lipscomb Ama TX 79101__
Date: __5-22-14__

__Michael Weatherford__
Signature of Person Mailing Claim of Lien

__Michael Weatherford__
Name of Person Mailing Claim of Lien

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS



*Renee Calhoun*

2014008115
05/22/2014 01:20 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: _Michael Weatherford_    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: _Michael Weatherford_    Name _Michael Weatherford_

Address: _P.O. Box 3037_    Address _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_    City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC._ , being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: _4hrs Labor_
_Blower motor_

on the following described real property located in _Randall_ County, State of
_Texas_ , commonly known as: _1105 Prescott_

and legally described as: _Canyon Ridge #1_
_Lot 028 Block 0001_

which property is owned by _Amberwood MHP LLC._ | _Daniel L. Rogers_ , whose address is
_506 S. Lipscomb Amarillo TX 79101_ , of a total value
of $ _552.68_ , of which there remains unpaid $ _552.68_ , and I further state that I
furnished the first of the items on the date of _11-26-13_ , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000063**

the date of ___11-26-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Derek Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: Amberwood MHP LLC. / Daniel L. Rogers
Address: 506 S. Lipscomb Ama TX 79101
Date: 5-22-14

___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008116
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo Tx 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo Tx 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 4 hrs labor
Focus Pro 5000 Thermostat

on the following described real property located in Randall County, State of Texas , commonly known as: 2620 10th Ave. Parkview Apts.

and legally described as: Conner
Lot Block 0079
1 and 2 and E 30ft of 3

which property is owned by 2620 10th Avenue LLC. / Daniel L. Rogers whose address is
506 S. Lipscomb Amarillo Tx 79101 , of a total value
of $ 485.03 , of which there remains unpaid $ 485.03 , and I further state that I
furnished the first of the items on the date of 12-6-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

the date of ____12-6-13____ .

I hereby, under the laws of the State of ____Texas____ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5-20-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of _Potter_
State of _Texas_
My commission expires: _4-2-14_                Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-22-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: _2620 10th Ave LLC / Daniel Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-22-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008117
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of __Texas__

County of __Randall__

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 2 hrs labor

Focus Pro 5000 Honeywell Thermostat

on the following described real property located in __Randall__ County, State of __Texas__, commonly known as: 2618 10th

and legally described as: Conner

Lot Block 0079

w 20ft of 3 + All of

4 thru 8 Plus E 30ft of

ABND 27th St.

which property is owned by 2618 10th Avenue LLC, Daniel L. Rogers, whose address is

506 S. Lipscomb Amarillo TX 79101 , of a total value

of $ 328.05 , of which there remains unpaid $ 328.05 , and I further state that I

furnished the first of the items on the date of 11-25-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000069**

the date of _11-25-13_ .

I hereby, under the laws of the State of _Texas_ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
**Signature of Person Claiming Lien**

_Michael Weatherford_
**Name of Person Claiming Lien**

Address of person claiming lien: _P.O. Box 3037 Amarillo TX 79116_

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5-20-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of _Potter_
State of _S20. Texas_
My commission expires: _4-2-18_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-22-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: _2618 10th Ave LLC. / Daniel L. Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-22-14_

_Michael Weatherford_
**Signature of Person Mailing Claim of Lien**

_Michael Weatherford_
**Name of Person Mailing Claim of Lien**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008118
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: _Michael Weatherford_   Space above reserved for use by Recorder's Office

When recorded, mail to:   Document prepared by:

Name: _Michael Weatherford_   Name _Michael Weatherford_

Address: _P.O. Box 3037_   Address _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_   City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC_, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: _2 hrs labor_
_5 Amp fuse_

on the following described real property located in _Randall_ County, State of
_Texas_, commonly known as: _1045 Tempe_

and legally described as: _Canyon Ridge #1_
_Lot 002 Block 0002_

which property is owned by _Amberwood MHP LLC / Daniel L. Rogers_, whose address is
_506 S. Lipscomb Amarillo TX 79101_, of a total value
of $ _263.74_, of which there remains unpaid $ _263.74_, and I further state that I
furnished the first of the items on the date of _10-29-13_, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

Appendix 000072

Motion to Remove Exhibit A Page 66 of 97 Pag

the date of __10-29-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: __P.O. Box 3037__
__Amarillo TX 79116__

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Randall__

On __3-26-14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.


_[Notary Signature]_
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-22-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: __Amberwood MHP LLC / Daniel L. Rogers__
Address: __506 S. Lipscomb Ama Tx 79101__
Date: __5-22-14__


_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien



FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

 Renee Calhoun

2014008119
05/22/2014 01:20 PM
Fee:    20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: Michael Weatherford    Name Michael Weatherford

Address: P.O. Box 3037    Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116    City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 2 hrs. Labor
Nitrogen
Foil Tape

on the following described real property located in Randall County, State of Texas, commonly known as: 1313 Holbrook

and legally described as: Canyon Ridge #1
Lot 080 Block 0001

which property is owned by Amberwood Park LTD / Daniel L. Rogers, whose address is 5616 S. Lipscomb Amarillo TX 79101, of a total value of $ 287.39, of which there remains unpaid $ 287.39, and I further state that I furnished the first of the items on the date of 11-11-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000075**

the date of ___11-11-13___ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: ___P.O. Box 3037___
___Amarillo TX 79116___

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-22-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood Park LTD / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-22-14___


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11))

**Appendix 000076**

**Motion to Remove Exhibit A Page 70 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014008120
05/22/2014 01:20 PM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014008121    LC    Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: 1.5 hrs Labor

on the following described real property located in Randall County, State of
Texas , commonly known as: 1103 Prescott

and legally described as: Canyon Ridge #1
Lot 027 Block 0001

which property is owned by Amberwood MHP LLC / Daniel L. Rogers , whose address is
5016 S. Lipscomb Amarillo TX 79101 , of a total value
of $ 216.54 , of which there remains unpaid $ 216.54 , and I further state that I
furnished the first of the items on the date of 11-13-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000078**



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

2014008121
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000079**

**Motion to Remove Exhibit A Page 73 of 97 Pages**

2014008122    LC    Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip: Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

Pro 5000 Honeywell Thermostat

on the following described real property located in Randall County, State of Texas , commonly known as: 1041 Tempe

and legally described as: Canyon Ridge #1 Lot 004 Block 0002

which property is owned by Amberwood MHP LLC, Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101 , of a total value of $ 250.35 , of which there remains unpaid $ 250.35 , and I further state that I furnished the first of the items on the date of 11-22-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg. 1 (07-11)

**Appendix 000080**

the date of ___11-22-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
**Signature of Person Claiming Lien**

_Michael Weatherford_
**Name of Person Claiming Lien**

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Paul Brewer_
Notary Signature

Notary Public, In and for the County of ___Potter___

State of ___Texas___

My commission expires: ___4-2-18___

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood MHP LLC / Daniel L. Rogers___

Address: ___500 S Lipscomb Amarillo TX 79101___

Date: ___5-22-14___

_Michael Weatherford_
**Signature of Person Mailing Claim of Lien**

_Michael Weatherford_
**Name of Person Mailing Claim of Lien**

★NOVA LF136 Claim of Lien Rev 2007

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS


Renee Calhoun

2014008122
05/22/2014 01:20 PM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Appendix 000082

2014008123   LC   Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in Randall County, State of
Texas , commonly known as: 1243 Casa Grande

and legally described as: Canyon Ridge #1
Lot 047 Block 0002

which property is owned by Amberwood Park LTD | Daniel L. Rogers, whose address is
506 S. Lipscomb Amarillo TX 79101 , of a total value
of $ 177.69 , of which there remains unpaid $ 177.69 , and I further state that I
furnished the first of the items on the date of 11-22-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000083**

the date of ___11-22-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_[signature]_
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4·2·18___

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood Park LTD / Daniel L. Rogers
Address: 506 S. Lipscomb Ama Tx 79101
Date: 5-24-14

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014008123
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford | Space above reserved for use by Recorder's Office

When recorded, mail to: | Document prepared by:

Name: Michael Weatherford | Name Michael Weatherford

Address: P.O. Box 3037 | Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116 | City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1232 Casa Grande

and legally described as: Canyon Ridge #1 Lot 038 Block 0002

which property is owned by Amberwood MHP LLC, Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-22-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000086**

the date of ___11-22-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

*Michael Weatherford*
Signature of Person Claiming Lien

Michael Weatherford
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Derek Brewer*
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: Amberwood MHP LLC. / Daniel L. Rogers
Address: 506 S. Lipscomb Amarillo TX 79101
Date: 5-24-14

*Michael Weatherford*
Signature of Person Mailing Claim of Lien

Michael Weatherford
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008129
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000088**

**Motion to Remove Exhibit A Page 82 of 97 Pages**

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3032

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3032

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 2413 13th Ave.

and legally described as: Conner Lot Block 0088 19 Thru 21 and w/2 of 22

which property is owned by 2407 13th Avenue LLC. / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-21-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000089**

the date of ___11-21-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5-22-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of _Potter_
State of _Texas_
My commission expires: _4-2-18_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-24-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: _2407 13th Ave. LLC / Daniel L. Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-24-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

Appendix 000090

Motion to Remove Exhibit A Page 84 of 97 Pages

# FILED AND RECORDED

**OFFICIAL PUBLIC RECORDS**

 *Renee Calhoun*

2014008124
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC., being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1209 Casa Grande

and legally described as: Canyon Ridge #1 Lot 054 Block 0001

which property is owned by Amberwood MHP LLC. | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-20-13, and the last of the items on

⭐NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000092**

the date of ___11-20-13___.

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Claiming Lien            Name of Person Claiming Lien

Address of person claiming lien: ___P.O. Box 3037___
___Amarillo TX 79116___

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above-noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                    Seal

DEREK PAUL BREWER
Notary Public, State of Tex...
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-24-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood MHP LLC / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-24-14___

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014008125
05/22/2014 01:20 PM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: _Michael Weatherford_

When recorded, mail to:

Name: _Michael Weatherford_

Address: _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_

Space above reserved for use by Recorder's Office

Document prepared by:

Name _Michael Weatherford_

Address _P.O. Box 3037_

City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC_, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: _1 hr. Labor_

on the following described real property located in _Randall_ County, State of _Texas_, commonly known as: _1128 Prescott_

and legally described as: _Canyon Ridge #1 Lot 014 Block 0002_

which property is owned by _Amberwood MHP LLC. / Daniel L. Rogers_, whose address is _506 S. Lipscomb Amarillo TX 79101_, of a total value of $ _122.69_, of which there remains unpaid $ _122.69_, and I further state that I furnished the first of the items on the date of _11-27-13_, and the last of the items on

★NOVA LF136 Claim of Lien Pg. 1 (07-11)

**Appendix 000095**

the date of ___11-27-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Claiming Lien            Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3031
                                  Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood MHP LLC. | Daniel L. Rogers
Address: 506 S. Lipscomb Amarillo TX 79101
Date: 5-24-14


___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008126
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014008127     LC     Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. 3032

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3032

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of __Texas__

County of __Randall__

I, __Michael Weatherford DBA ASAP Air LLC__, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: __1 hr. Labor__

on the following described real property located in __Randall__ County, State of __Texas__, commonly known as: __4710 SW 57th__

and legally described as: __Westway Addu #1 Lot Block 0001 2 and 3__

which property is owned by __4710 57th Street LLC. / Daniel L. Rogers__, whose address is __506 S. Lipscomb Amarillo TX 79101__, of a total value of $ __177.69__, of which there remains unpaid $ __177.69__, and I further state that I furnished the first of the items on the date of __11-26-13__, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000098**

described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5-22-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_[signature]_
Notary Signature
Notary Public, In and for the County of _Potter_
State of _Texas_
My commission expires: _4-2-18_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-24-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: _4710 57th Street LLC. / Daniel L. Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-24-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

2014008127
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014008128    LC    Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC., being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:        1 hr. Labor

on the following described real property located in ___Randall___ County, State of ___Texas___, commonly known as: 1211 Casa Grande

and legally described as: Canyon Ridge #1
Lot 055 Block 0001

which property is owned by Amberwood Park LTD / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-25-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000101**

the date of ___11-25-13___ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Derek Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood Park LTD / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79116___
Date: ___5-24-14___

___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)
**Appendix 000102**

**Motion to Remove Exhibit A Page 96 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008128
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/26/2013 | 1677 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30667 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT AND FOUND THAT UNIT WAS LOCKED OUT. RESET SYSTEM AND FOUND FLAME SENSOR DIRTY, CLEANED REALLY GOOD, CHECKED OPERATION AND ALL CHECKED OUT GOOD. | 70.00 | 70.00 |
| | 4710 SW 57TH #52<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000104**

**Motion to Remove Exhibit B Page 1 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/20/2013 | 1724 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30606 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 9.5 | Heating & Cooling Labor:INSTALLED COMBUSTION AIR HOOKED BACK UP AC. PULLED VACUUM AND CHECKED AND CLEANED. CHECKED UNIT AND ALL CHECKED OUT OK.<br>ALSO FINISHED DRAIN LINE. | 70.00 | 665.00 |
| | Job Materials Cost:VACUUM, TORCH AND SODER, 3LBS R22 FREON, 8FT 13X3 DUCT, NITROGEN, PRO 6000 THERMOSTAT | 366.78 | 366.78T |
| | 4710 W 57TH # 47<br>Sales Tax | 8.25% | 30.26 |

Thank you for your business.

| Total | $1,062.04 |
|-------|-----------|

**Appendix 000105**

**Motion to Remove Exhibit B Page 2 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2013 | 1573 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30091 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Heating & Cooling Labor:INSTALLED NEW FURNACE AND VENT. FIXED THERMOSTAT WIRE, TIGHTENED BATHROOM KNOBS, GUESS BATHROOM KNOBS NEEDS REPLACED. | 1,260.00 | 1,260.00 |
| | Job Materials Cost:56000B70 FURNACE MOBILE HOME VENT GAS FLEX | 1,292.15 | 1,292.15T |
| | 1321 HOLLBROOK | | |
| | Sales Tax | 8.25% | 106.60 |

Thank you for your business.

| **Total** | $2,658.75 |
|-----------|-----------|

**Appendix 000106**

**Motion to Remove Exhibit B Page 3 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|---|---|
| 11/15/2013 | 1657 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|---|---|---|
| 30562 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Heating & Cooling Labor:CHECK OUT UNIT, FOUND THERMOSTAT TO BE BAD. REPLACED THERMOSTAT AND LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 140.00 |
| | Job Materials Cost: HEAT ONLY THERMOSTAT | 33.16 | 33.16T |
| | 2312 14TH AVE. #201 | | |
| | Sales Tax | 8.25% | 2.74 |

Thank you for your business.

**Total**     $175.90

**Appendix 000107**

**Motion to Remove Exhibit B Page 4 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 1653 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30618 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Heating & Cooling Labor:CHECKED UNIT AND FOUND GAS VALVE AND THERMOCOUPLE TO BE BAD. REPLACED BOTH AND DID A CARBON MONOXIDE CHECK, ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 210.00 |
| | Job Materials Cost: ROBERT SHAW GAS VALVE, 24" THERMOCOUPLE | 161.10 | 161.10T |
| | 2312 14TH AVE. #114<br>Sales Tax | 8.25% | 13.29 |

Thank you for your business.

| Total | $384.39 |
|-------|---------|

**Appendix 000108**

**Motion to Remove Exhibit B Page 5 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2013 | 1675 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30562 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor: CHECKED OUT UNIT AND FOUND THAT THERMOCOUPLE TO BE BAD. REPLACED THERMOCOUPLE, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK.<br>(USE ORIGINAL WORK ORDER #30562 FROM 11-15) | 70.00 | 70.00 |
| | Job Materials Cost:36" THERMOCOUPLE | 12.08 | 12.08T |
| | 2312 14TH #201<br>Sales Tax | 8.25% | 1.00 |

Thank you for your business.

**Total**     $83.08

**Appendix 000109**

**Motion to Remove Exhibit B Page 6 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/26/2013 | 1676 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30654 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3.5 | Heating & Cooling Labor:CHECKED UNIT AND FOUND GAS VALVE TO BE BAD, REPLACED GAS VALVE AND THERMOCOUPLE. CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 245.00 |
| | Job Materials Cost:GAS VALVE, 24" THERMOCOUPLE | 183.48 | 183.48T |
| | 2312 14TH #208 | | |
| | Sales Tax | 8.25% | 15.14 |

Thank you for your business.

| Total | $443.62 |
|-------|---------|

**Appendix 000110**

**Motion to Remove Exhibit B Page 7 of 41 Pages**

## Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/13/2013 | 1649 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30550 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4.5 | Heating & Cooling Labor:(11-12) CHECKED OUT UNIT AND FOUND A CRACK IN THE HEAT EXCHANGER. LET DONNIE KNOW THAT UNIT NEEDS TO BE REPLACED. PER DONNIE, REPAIR UNIT. (11-13) PULLED UNIT OUT AND REPLACED GAS VALVE AND THERMOSTAT. WASHED OUT UNIT, CHECKED VENTS, ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 315.00 |
| | Job Materials Cost: ROBERT SHAW MILLIVOLT GAS VALVE, HEAT ONLY THERMOSTAT, CARBON MONOXIDE ALARM | 244.35 | 244.35T |
| | 103 N. CAROLINA<br>Sales Tax | 8.25% | 20.16 |

Thank you for your business.

**Total** $579.51

**Appendix 000111**

**Motion to Remove Exhibit B Page 8 of 41 Pages**

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/11/2013 | 1651 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30396 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor: PULLED OUT UNIT AND FOUND PILOT GENERATOR AND THERMOSTAT TO BE BAD. REPLACED BOTH, CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. (PER DONNIE, USE OLD W/O #) | 70.00 | 140.00 |
| | Job Materials Cost: PILOT GENERATOR AND HEAT ONLY THERMOSTAT | 100.66 | 100.66T |
| | 106 S. PALO DURO # A  (ORIGINAL W/O FROM 10-23, PER DONNIE USE OLD W/O #) | | |
| | Sales Tax | 8.25% | 8.30 |

Thank you for your business.

| Total | $248.96 |
|-------|---------|

**Appendix 000112**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2013 | 1673 |



RECEIVED
FEB 2 1 2014

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30483 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 14 | Heating & Cooling Labor: (2 MAN LABOR) COMPLETE NEW INSTALL 2.5 TON PAYNE CONDENSER AND 77000 BTU GAS FURNACE. RAN NEW LINE SET, PULLED VACUUM. | 105.00 | 1,470.00 |
| | Job Materials Cost:2.5 TON PAYNE CONDENSER, 77000 BTU GOODMAN FURNACE, 3/4" GAS STOP, PRO 5000 THERMOSTAT, TORCH, VACUUM, NITROGEN, ARMORFLEX, 7/8" COPPER, 3/8" COPPER, 7 POUNDS R-22 FREON | 3,071.15 | 3,071.15T |
| | 1135 PRESCOTT | | |
| | Sales Tax | 8.25% | 253.37 |

Thank you for your business.

| | **Total** | $4,794.52 |
|---|-----------|-----------|

# Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|---|---|
| 11/5/2013 | 1635 |

RECEIVED FEB 2 1 2014

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!!

| P.O. No. | Terms | Project |
|---|---|---|
| 30483 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 10 | Heating & Cooling Labor:INSTALLED NEW 2.5 TON CONDENSER AND RAN NEW LINE SET. INSTALLED NEW 77000 BTU GAS FURNACE. (2 MAN LABOR) | 105.00 | 1,050.00 |
| | Job Materials Cost:2.5 TON PAYNE CONDENSER, 77000 BTU GOODMAN FURNACE, 3/4" GAS STOP, PRO 5000 THERMOSTAT, TORCH AND SOLDER, VACUUM, NITROGEN, ARMAFLEX, 7/8" COPPER, 3/4" COPPER, R-22 FREON | 3,071.15 | 3,071.15T |
| | 1135 PRESCOTT | | |
| | Sales Tax | 8.25% | 253.37 |

Thank you for your business.

| Total | $4,374.52 |
|---|---|

**Appendix 000114**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2013 | 1636 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30448 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | Heating & Cooling Labor:10-29 CHECKED FURNACE AND LIT PILOT LIGHT THEN FOUND A HOLE IN HEAT EXCHANGER. CONDEMNED UNIT. 10-30 REPLACE UNIT PER DONNIE. 10-31 REPLACED INDOOR FURNACE AND VENT. OPERATION CHECKED OUT AND RETURNED UNIT TO SERVICE. (2 MAN LABOR) | 105.00 | 630.00 |
| | Job Materials Cost:77000 BTU MH FURNACE, MH DW VENT, MH DW CAPACITOR, SILICONE, ROOF TAR, 2' GAS FLEX 3/4", HEAT ONLY THERMOSTAT | 1,735.64 | 1,735.64T |
| | 1310 HOLBROOK | | |
| | Sales Tax | 8.25% | 143.19 |

Thank you for your business.

| **Total** | **$2,508.83** |
|-----------|---------------|

**Appendix 000115**

**Motion to Remove Exhibit B Page 12 of 41 Pages**

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/8/2013 | 1647 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30510 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8.5 | Heating & Cooling Labor:(11-7) PILOT LIGHT KEPT BLOWING OUT. CHECKED FURNACE AND HEAT EXCHANGER AND FOUND A PIN HOLE CAUSING THE ISSUES. CONDEMNED UNIT, INSTALL NEW FURNACE PER DONNIE. (11-8) CHANGED OUT INDOOR FURNACE AND VENTS, REWIRED AND CONNECTED GAS. CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 595.00 |
| | Job Materials Cost: 70K BTU MH FURNACE, MH ROOF JACK, NITROGEN, SILICONE, ROOF TAR. | 1,636.83 | 1,636.83T |
| | 1314 HOLBROOK | | |
| | Sales Tax | 8.25% | 135.04 |

Thank you for your business.

**Total**     $2,366.87

**Appendix 000116**

**Motion to Remove Exhibit B Page 13 of 41 Pages**

## Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/12/2013 | 1648 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30544 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | Heating & Cooling Labor: CHECKED UNIT AND FOUND GAS VALVE TO BE BAD, REPLACED GAS VALVE AND GENERATOR. CHECKED OUT OPERATION AND ALL CHECKED OUT GOOD. | 70.00 | 350.00 |
| | Job Materials Cost:ROBERT SHAW 710-410 MILLIVOLT GAS VALVE,GENERATOR | 200.00 | 200.00T |
| | 107 28TH ST. #15 | | |
| | Sales Tax | 8.25% | 16.50 |

Thank you for your business.

| **Total** | $566.50 |
|-----------|---------|

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/12/2013 | 1642 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30555 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT, UNIT WAS WORKING FINE WHEN WE ARRIVED. DID A THOROUGH CHECK AND FOUND NO PROBLEMS OR ISSUES WITH UNIT. RETURNED UNIT TO SERVICE. | 70.00 | 70.00 |
| | 107 28TH #8<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000118**

**Motion to Remove Exhibit B Page 15 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1684 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30632 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:(11-21) CHECKED OUT UNIT AND FOUND THAT THE PILOT GENERATOR WAS BAD. (11-22) REPLACED PILOT GENERATOR, CHECKED OUT OPERATION AND ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:PILOT GENERATOR | 56.85 | 56.85T |
| | 107 28TH ST. #12 | | |
| | Sales Tax | 8.25% | 4.69 |

Thank you for your business.

| **Total** | **$201.54** |
|-----------|-------------|

**Appendix 000119**

**Motion to Remove Exhibit B Page 16 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2013 | 1683 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30655 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 70.00 |
| | 107 28TH #7<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000120**

**Motion to Remove Exhibit B Page 17 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2013 | 1632 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30486 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Electrical & Lighting: REPLACED 2 LIGHT FIXTURES, REPLACED DRYER PLUG, HAD TO LOCATED SWITCH FOR LIVING ROOM LIGHTS AND REPLACED SWITCH. | 70.00 | 140.00 |
| | Job Materials Cost:SP SWITCH, DRYER PLUG, 2G PLATE | 28.00 | 28.00T |
| | 715 S. LAMAR<br>Sales Tax | 8.25% | 2.31 |

Thank you for your business.

| Total | $170.31 |
|-------|---------|

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 1656 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30619 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor: CHECKED OUT UNIT, CYCLED UNIT SEVERAL TIMES WITH EACH TIME UNIT RUNNING FINE. DID NOT DETECT ANY PROBLEMS WITH UNIT, ALL CHECKED OUT OK. | 70.00 | 70.00 |
| | 1002 SW 11TH ST. #7<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| | Total | $70.00 |
|---|-------|--------|

**Appendix 000122**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/2/2013 | 1694 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30704 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Electrical & Lighting: (12-2) NO POWER TO TWO PLUGS IN HOUSE. NEED ACCESS TO ATTIC IN OTHER TENANTS HOUSE, UNIT A. HAD TO MAKE ARRANGEMENTS WITH TENANT TO COME BACK ANOTHER DAY. (12-4) FOUND LOOSE CONNECTION IN ATTIC, REPAIRED CONNECTION WITH WIRE NUTS. | 70.00 | 140.00 |
| 2 | Job Materials Cost:WIRE NUTS | 0.50 | 1.00T |
| | 612 SW 17TH #B.<br>Sales Tax | 8.25% | 0.08 |

Thank you for your business.

**Total**     $141.08

**Appendix 000123**

**Motion to Remove Exhibit B Page 20 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2013 | 1637 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30558 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Electrical & Lighting: REPLACED SCREW THAT MOUNTS COVER ON STOVE PLUG. CHECKED OPERATION AND ALL CHECKED OUT OK. LEFT NOTE FOR THE TENANT. | 70.00 | 105.00 |
| | 1410 PONDEROSA # 131<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $105.00 |
|-------|---------|

**Appendix 000124**

**Motion to Remove Exhibit B Page 21 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1680 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30646 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Heating & Cooling Labor:CHECKED DUCT WORK, REPAIRED DUCT IN MASTER BATH. CHECKED THE REST OF THE DUCT WITH CAMERA AND COULDN'T PINPOINT WHERE OR WHAT WAS CAUSING POOR AIR FLOW. ALL LOOKED GOOD. | 70.00 | 105.00 |
| | 1023 TEMPE<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $105.00 |
|-------|---------|

**Appendix 000125**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/2/2013 | 1672 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30702 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Electrical & Lighting: FOUND BURNED UP CONNECTION INSIDE HEATER. REPAIRED CONNECTION, CHECKED OUT UNIT AND ALL WORKING PROPERLY. | 70.00 | 105.00 |
| | Job Materials Cost: WIRE NUTS AND TAPE | 2.50 | 2.50T |
| | 1410 PONDEROSA #230 | | |
| | Sales Tax | 8.25% | 0.21 |

Thank you for your business.

**Total** $107.71

**Appendix 000126**

**Motion to Remove Exhibit B Page 23 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2013 | 1681 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30639 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:(11-22) CHECKED UNIT AND FOUND PILOT OFF, LIT PILOT AND CYCLED UNIT, ALL CHECKED OUT. (11-23) CHECKED UNIT AND FOUND THERMOCOUPLE BAD, REPLACED, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:48" THERMOCOUPLE | 14.18 | 14.18T |
| | 1143 PRESCOTT Sales Tax | 8.25% | 1.17 |

Thank you for your business.

| | **Total** | **$155.35** |

**Appendix 000127**

**Motion to Remove Exhibit B Page 24 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/11/2013 | 1691 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30639 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Heating & Cooling Labor:(PER DONNIE, USE OLD WORK ORDER NUMBER 30639 FOR THIS INVOICE). CHECKED OUT ENTIRE SYSTEM HEATER REWIRED, PULLED VENT CAP OFF, CHECKED VENT, PILOT WAS BLOWING OUT. POSSIBLE CRACK IN HEAT EXCHANGER. NEEDS A NEW UNIT, TECH HAS DISABLED UNIT. | 70.00 | 210.00 |
| | 1143 PRESCOTT<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $210.00 |
|-------|---------|

**Appendix 000128**

**Motion to Remove Exhibit B Page 25 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2013 | 1329 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor: REPLACED CONTACT ON CONDENSING UNIT. AND THERMOSTAT, DUE TO STORM. (LIGHTING POWER SURGE). AND CHARGED WITH FREON | 70.00 | 140.00 |
|  | Job Materials Cost:208 V. CONTRACTOR, PRO 5000 HONEYWELL THERMOSTAT, FREON | 134.45 | 134.45T |
|  | 1229 CASA GRANDE<br>Sales Tax | 8.25% | 11.09 |

Thank you for your business.

| Total | $285.54 |
|-------|---------|

**Appendix 000129**

**Motion to Remove Exhibit B Page 26 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2013 | 1621 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30428 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Heating & Cooling Labor:CHECKED UNIT, PULLED HEATER OUT. WASHED HEAT EXCHANGER AND SCRAPED PLASTIC OFF HEAT EXCHANGER. REPLACED THERMOSTAT AND WIRED UNIT BACK UP. CHECKED OPERATION AND ALL WORKING PROPERLY. | 70.00 | 280.00 |
| | Job Materials Cost:HEAT ONLY THERMOSTAT | 31.99 | 31.99T |
| | 4110 S. TYLER # A | | |
| | Sales Tax | 8.25% | 2.64 |

Thank you for your business.

| | **Total** | $314.63 |

**Appendix 000130**

**Motion to Remove Exhibit B Page 27 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/26/2013 | 1685 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30644 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Heating & Cooling Labor:(11-22) CHECKED OUT UNIT AND DUCT WORK. ADJUSTED BLOWER SPEED, CHECKED GAS PRESSURE STILL NOT WARMING UP HOUSE. FOUND THAT THE BLOWER MOTOR WAS NOT WORKING, NEEDS REPLACED.(11-26) INSTALLED NEW BLOWER MOTOR, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 280.00 |
| | Job Materials Cost: BLOWER MOTOR | 118.13 | 118.13T |
| | 1105 PRESCOTT | | |
| | Sales Tax | 8.25% | 9.75 |

Thank you for your business.

| **Total** | **$407.88** |
|-----------|-------------|

**Appendix 000131**

**Motion to Remove Exhibit B Page 28 of 41 Pages**

# Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 12/6/2013 | 1692 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30731 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Heating & Cooling Labor:(12-5) CHECKED OUT UNIT AND FOUND THAT THE HEATER AND A/C RUNNING AT THE SAME TIME. NEEDS A NEW THERMOSTAT. (12-6) INSTALLED NEW FOCUS PRO 5000 THERMOSTAT. CHECKED OUT OPERATION AND ALL CHECKED OUT OK. | 70.00 | 280.00 |
| 1 | Job Materials Cost:FOCUS PRO 5000 THERMOSTAT | 66.63 | 66.63T |
| | 2620 10TH AVE #20 PARKVIEW APTS.<br>Sales Tax | 8.25% | 5.50 |

Thank you for your business.

| | Total | $352.13 |
|---|-------|---------|

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/25/2013 | 1679 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30651 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:(11-23)CHECKED UNIT AND FOUND THERMOSTAT TO BE BAD. INSTALLED TEMP. THERMOSTAT UNTIL COULD COME BACK WITH NEW ONE.(11-25) REPLACED NEW THERMOSTAT, CHECKED OPERATION AND ALL CHECKED OUT GOOD. | 70.00 | 140.00 |
| | Job Materials Cost:FOCUS PRO 5000 HONEYWELL THERMOSTAT | 60.49 | 60.49T |
| | 2618 10TH #9 Sales Tax | 8.25% | 4.99 |

Thank you for your business.

| **Total** | $205.48 |
|-----------|---------|

**Appendix 000133**

**Motion to Remove Exhibit B Page 30 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2013 | 1620 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30447 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:CHECKED UNIT AND FOUND 5 AMP FUSE TO BE BAD. REPLACED FUSE, CHECKED OPERATION, ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:5 AMP FUSE | 4.95 | 4.95T |
| | 1045 TEMPE<br>Sales Tax | 8.25% | 0.41 |

Thank you for your business.

| **Total** | $145.36 |
|-----------|---------|

**Appendix 000134**

**Motion to Remove Exhibit B Page 31 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/11/2013 | 1639 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30514 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor: CHECKED UNIT AND FOUND THE PANEL ON THE FURNACE NOT IN PLACE AND NOT ALLOWING AIR FLOW TO RUN THROUGH VENTS. PULLED BLOWER MOTOR OUT AND CLEANED IT REALLY GOOD. REPLACED FILTERS (CUSTOMER PROVIDED), CHECKED OUT OPERATION AND ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:NITROGEN, FOIL TAPE | 27.50 | 27.50T |
| | 1313 HOLBROOK<br>Sales Tax | 8.25% | 2.27 |

Thank you for your business.

| Total | $169.77 |
|-------|---------|

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/13/2013 | 1640 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30560 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Heating & Cooling Labor:CHECKED UNIT, ADJUSTED WATER COLUMN PRESSURE ON GAS VALVE. CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 105.00 |
| | 1103 PRESCOTT<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $105.00 |
|-------|---------|

**Appendix 000136**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1682 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30638 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECK UNIT AND FOUND THE THERMOSTAT TO BE BAD. REPLACED THERMOSTAT, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 70.00 |
| | Job Materials Cost:PRO 5000 HONEYWELL THERMOSTAT | 60.49 | 60.49T |
| | 1041 TEMPE<br>Sales Tax | 8.25% | 4.99 |

Thank you for your business.

| Total | $135.48 |
|-------|---------|

**Appendix 000137**

**Motion to Remove Exhibit B Page 34 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1686 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30636 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor: CHECKED UNIT, LIT PILOT, CYCLED UNIT THROUGH A FEW TIMES TO MAKE SURE IT WAS WORKING PROPERLY, ALL CHECKED OUT OK, RETURNED UNIT TO SERVICE. | 70.00 | 70.00 |
| | 1243 CASA GRANDE<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total**      $70.00

**Appendix 000138**

**Motion to Remove Exhibit B Page 35 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1687 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30637 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT, LIT PILOT, CYCLED UNIT THOUGH, CHECKED AIR FLOW AND FOUND THAT AIR FLOW WAS VERY POOR AND UNIT IS LOUD BECAUSE ITS AN OLD UNIT.<br><br>1232 CASA GRANDE<br>Sales Tax | 70.00<br><br>8.25% | 70.00<br><br>0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000139**

**Motion to Remove Exhibit B Page 36 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 1655 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30633 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, LIT PILOT, CYCLED FURNACE A FEW TIMES AND DID A CARBON MONOXIDE CHECK, NO TRACES OF CO WERE DETECTED. UNIT IS WORKING PROPERLY. | 70.00 | 70.00 |
| | 2413 13TH #13 | | |
| | Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| **Total** | **$70.00** |
|-----------|-----------|

**Appendix 000140**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 1652 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30621 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, DID A CO TEST WITH FURNACE RUNNING AND DIDN'T GET ANY TRACES, HOWEVER AS SOON AS I ENTERED THE PROPERTY I COULD SMELL A MUSTY SMELL. UNIT CHECKED OUT OK. | 70.00 | 70.00 |
| | 1209 CASA GRANDE<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000141**

**Motion to Remove Exhibit B Page 38 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/27/2013 | 1688 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30680 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 70.00 |
| | 1128 PRESCOTT | | |
| | Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total** $70.00

**Appendix 000142**

**Motion to Remove Exhibit B Page 39 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 1674 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30606 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8 | Heating & Cooling Labor:(2 MAN JOB) (11-19) CHECKED UNIT, CONDEMNED FURNACE, NEEDS REPLACED. (11-21) REPLACED FURNACE, BUILT NEW PLAT FORM, WIRED UP UNIT, OPERATION GOOD. | 105.00 | 840.00 |
| | Job Materials Cost: 70000 BTU PAYNE FURNACE, 16X15X1 FILTER BASE, 16X25X1 FILTERS, PIGTAIL, 5" DOUBLE WALL 90 VENTS, 8' 2X4S, GAS FLEX, 4" DRAFT HOOD CONNECTOR, 1/2" NIPPLE, 1/2 BLACK PIPE 90, ROMEX CONNECTOR, SILICONE/SCREWS, CARBON MONOXIDE DETECTOR, DIGITAL PROGRAMMABLE THERMOSTAT, 10' METAL 14X3 FRESH AIR, INSPECTION | 1,074.24 | 1,074.24T |
| | 4710 W. 57TH #47<br>Sales Tax | 8.25% | 88.62 |

Thank you for your business.

**Total**  $2,002.86

**Appendix 000143**

**Motion to Remove Exhibit B Page 40 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|---|---|
| 11/25/2013 | 1678 |

| Bill To |
|---|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|---|---|---|
| 30650 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Heating & Cooling Labor:CHECKED UNIT, LIT PILOT, CHECKED FOR CARBON MONOXIDE AND CHECKED AIR FLOW, ALL CHECKED OUT OK. OPERATION GOOD. | 70.00 | 70.00 |
| | 1211 CASA GRANDE<br>Sales Tax | 8.25% | 0.00 |

Filed
Caroline Woodburn
District Clerk
5/6/2015 4:03:10 PM
Potter County, Texas
By _____ Deputy

Thank you for your business.

| Total | $70.00 |
|---|---|

**Appendix 000144**

**Motion to Remove Exhibit B Page 41 of 41 Pages**

| | | |
|---|---|---|
| MAKE READY CONTRACTORS, INC., | § § | IN THE 47th DISTRICT COURT |
| Plaintiff, | § § | |
| vs. | § § | IN AND FOR |
| ASAP AIR OF AMARILLO, L.L.C. and MICHAEL WEATHERFORD, | § § § | |
| Defendants. | § | POTTER COUNTY, TEXAS |

## FIRST AMENDED ANSWER AND COUNTERCLAIMS

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, ASAP AIR OF AMARILLO, L.L.C. and MICHAEL WEATHERFORD, Defendants in the above-entitled and numbered cause, and for answer herein says:

### I. GENERAL DENIAL

1.    As authorized by Rule 92 of the Texas Rules of Civil Procedure, Defendants deny each and every allegation made and contained in Plaintiff's First Amended Original Petition and demands strict proof of same.

### II. AFFIRMATIVE DEFENSES

2.    Pleading further, and in the alternative if necessary, Plaintiff's claims are barred in whole or in part or any recovery sought is barred or reduced by Plaintiff's percentage of comparative responsibility under Texas Civil Practice and Remedies Code Section 33.003.

3.    Pleading further, and in the alternative if necessary, any damages awarded to Plaintiff should be reduced as an offset for the amounts due and owed by Plaintiff to Defendants.

4.    Pleading further, and in the alternative if necessary, Defendants plead the affirmative defense of unclean hands.

### III. COUNTERCLAIM

5.    Defendant ASAP Air of Amarillo, LLC ("ASAP Air"), as Counter-Plaintiff, files this counterclaim against Make Ready Contractors, Inc. ("Make Ready"), and would show the Court as follows:

### A. Discovery Control Plan

6.    Counter Plaintiff intends to conduct discovery under Level 2 pursuant to Tex. R. Civ. P. 190.3

### B. Parties

7.    Counter-Plaintiff, ASAP Air, is a Texas Domestic Limited Liability Company, which has already appeared in this suit and may be served through its attorneys of record.

8.    Counter-Defendant Make Ready is a Texas Corporation with its principle place of business at 506 S. Lipscomb Street, Amarillo, Potter County, Texas 79101-1024, which has already appeared in this suit and may be served through its attorneys of record.

### C. Jurisdiction and Venue

9.    The amount in controversy is within the jurisdictional limits of this Court.

10.    Pursuant to Texas Rule of Civil Procedure 47(c), Counter-Plaintiff ASAP Air seeks monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney's fees.

11.    Venue is proper in Potter County, Texas as a lawsuit has already been filed by the Counter-Defendant in Potter County. TEX. CIV. PRAC. & REM. CODE § 153062(a).

---

## D. Factual Background

12.    On or about May 17, 2013, Counter-Plaintiff entered a contractual relationship to perform work on HVAC systems at various properties around Potter County and Randall County, Texas (the "Contract"). Pursuant to the Contract, ASAP Air was to provide HVAC services for Counter-Defendant, acting as agent of several entities that own property in Potter and Randall Counties, and bill for time and materials. While Counter-Defendant Make Ready purported to be a general contractor hiring ASAP Air as a subcontractor, Dan Rogers ("Rogers"), Counter-Defendant's sole shareholder, is the president, member, manager, or otherwise in control of each entity that owns the properties on which ASAP Air performed services under the Agreement. Thus, Counter-Defendant can effectively control each of the entities that own the properties upon which ASAP Air performed services through ownership of voting stock, interlocking directorships, or otherwise. In the same manner, the entities that own the properties upon which ASAP Air performed services can effectively control Counter-Defendant through ownership of voting stock, interlocking directorships, or otherwise. Alternatively, Counter-Defendant is an agent of these entities.

13.    ASAP Air provided work under the Contract through December 2013. These services and materials were provided pursuant to a series of work orders delivered to ASAP Air by Counter-Defendant. After performing the work requested in a work order, ASAP Air sent an invoice to Counter-Defendant requesting payment for the services and materials provided. The majority of these invoices were paid in a timely manner. When payment was made, the checks came not from Counter-Defendant, but from the various entities that own the properties Counter-Defendant requested ASAP Air

service. Each of these checks was signed by Rogers on behalf of the entity that owns the property, not Counter-Defendant.

14. Despite many outstanding invoices, Counter-Defendant refused to make any further payments to ASAP Air after December 9, 2013. To date, Counter-Defendant continues to refuse to pay ASAP Air for the labor and materials provided under the Contract.

15. ASAP Air fully performed under the Contract and provided all services and materials identified in the Invoices.

### E. Breach of Contract

16. The Contract is a valid and enforceable contract between ASAP Air and Counter-Defendant.

17. ASAP Air, as a party to the Contract, has standing to sue under the Contract.

18. ASAP Air performed its obligations under the Contract.

19. Counter-Defendant breached the Contract by refusing to pay ASAP Air the balance due and owing under the Contract.

20. ASAP Air has been harmed by Counter-Defendant's breach of the Contract through the loss of the amounts indicated in the Invoices.

### F. Attorneys' Fees

21. As a result of Counter-Defendant's breach, ASAP Air has been forced to engage legal counsel to represent it in this proceeding. ASAP Air has agreed to pay its counsel reasonable and necessary attorneys' fees, as well as all costs in defending and prosecuting this suit.

22.   ASAP Air is entitled to recover reasonable and necessary attorneys' fees under Texas Civil Practice & Remedies Code Chapter 38 because this is a suit for breach of a written or oral contract.

## G. Demand for Jury Trial

23.   ASAP Air demands a jury trial in this matter and will tender the appropriate fee.

## III. PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant/Counter-Plaintiff, ASAP AIR OF AMARILLO, L.L.C., prays that upon final trial of this matter a judgment that Plaintiff/Counter-Defendant take nothing by its claims against Defendant be entered, taxing all costs of defense relating to this matter against Plaintiff and that Defendant receive such other and further relief, general and special, at law and equity, to which it is entitled. ASAP Air further asks that Plaintiff/Counter-Defendant be cited to appear and answer and that upon final trial, ASAP Air have judgment against Plaintiff/Counter-Defendant for the following:

1.   Actual damages as set forth in this First Amended Answer and Counterclaim;

2.   Pre-judgment and post-judgment interest as allowed by law;

3.   Attorneys' fees;

4.   Court Costs; and

5.   All other relief, in law or in equity, to which ASAP Air may show itself justly entitled.

*[Remainder of Page Intentionally Left Blank]*

Respectfully submitted,

UNDERWOOD LAW FIRM, P.C.
Mike Smiley
State Bar No. 18526550
Mike.Smiley@uwlaw.com
C. Jason Fenton
State Bar No. 24087505
Jason.Fenton@uwlaw.com
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79105
Telephone: (806) 376-5613
Fax: (806) 373-0316

By: _____
C. Jason Fenton
**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2015, a true and correct copy of the above and foregoing document was served via email to the following:

Eric M. Wolfram
The Wolfram Law Firm, P.C.
Chase Tower
600 S. Tyler St.
Suite 1406
Amarillo, TX 79101-2361
eric@wolframlaw.com

Attorney for Plaintiff/Counter-Defendant

C. Jason Fenton

---

Defendant's First Amended Answer and Counterclaim

Filed
Caroline Woodburn
District Clerk
4/14/2015 11:08:35 AM
Potter County, Texas
By _____ Deputy

Cause No. 102,171-A

| Make Ready Contractors, Inc., | * | In the 47th District Court |
| Plaintiff, | * | |
| | * | |
| v. | * | In and For |
| | * | |
| ASAP Air of Amarillo, L.L.C., | * | |
| Defendant | * | Potter County, Texas |

## SUMMARY MOTION TO REMOVE INVALID OR UNENFORCEABLE LIENS

*To the Honorable Judge of Said Court:*

Plaintiff moves the court to remove certain invalid liens and show as follows:

1. This motion is filed pursuant to Texas Property Code § 53.160(a).

2. Plaintiff is the assignee of all of the rights to seek relief against the defendant, by virtue of an assignment of rights from the various owners of the properties subject to this motion to remove liens, to wit, 4710 57th Street, LLC, Amberwood MHP, LLC, 2312 14th Avenue, LLC, Daniel L. Rogers, Amarillo Residential, LLC, Potter County Homes, LLC, 107 28th Street, LLC, 1410 Ponderosa, LLC, 1002 SW 11th, LLC, 4710 57th Street, LLC, 2407 13th Avenue, LLC, 2620 10th Avenue, LLC, 2618 10th Avene, LLC, 1410 Ponderosa, LLC, and Randall County Homes, LLC, including the right to seek declaratory, monetary or other relief, file this motion, and puruse collection activities against defendant..

3. Plaintiff has previously brought suit herein to declare claims under certain contracts and accounts of the defendant invalid.

4. Defendant has since filed certain liens which are invalid or unenforceable, described on the attached spreadsheet titled **Invoices and Liens**.

5. True and correct copies of the liens are attached to this motion as **Exhibit A**.

**Appendix 000152**

6. The liens are invalid or unenforceable for the following reasons: An affidavit claiming a lien was not filed as required by Section 53.052. Texas Property Code § 53.160(b)(2).

> Texas Property Code § 53.052(a). Except as provided by Subsection (b), the person claiming the lien must file an affidavit with the county clerk of the county in which the property is located or into which the railroad extends not later than the 15th day of the fourth calendar month after the day on which the indebtedness accrues.

Specifically, the liens were filed too late. The invoices are attached to this motion as **Exhibit B**.

7. Plaintiffs are entitled to reasonable attorney's fees under Texas Property Code §53.156.

8. Plaintiff requests a hearing on this motion on at least 21 days notice to defendant. Texas Property Code § 53.160(c).

Wherefore, premises considered, plaintiffs pray for relief in accordance with the above allegations and further pray for general relief.

Respectfully submitted,

WOLFRAM LAW FIRM, P.C.
1060 Amarillo National Bank Plaza II
500 S. Taylor, LB 219
Amarillo, Texas 79101-2445
(806) 372-3449
(806) 372-3324 Fax

Frederic M. Wolfram
State Bar No. 21869900

ATTORNEY FOR PLAINTIFF

**Appendix 000153**

STATE OF TEXAS       *
                       *

COUNTY OF POTTER     *

      I, the undersigned, state under oath that I am the attorney for plaintiff in the foregoing motion and that the facts and allegations stated therein are within my personal knowledge and are true and correct.

_____
Frederic M. Wolfram

      SWORN TO AND SUBSCRIBED before me, the undersigned notary public, on April __, 2015.


RITA SALDIERNA
Notary Public, State of Texas
My Commission Expires
October 15, 2018

_____
Notary Public, In and For
The State of T E X A S

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on April __13__, 2015, a true and correct copy of the foregoing instrument was served as follows:

      _____(a)     by hand delivery;
      _____(b)     by agent or courier receipted delivery;
      __X__(c)     by certified mail, return receipt requested;
      _____(d)     by fax, or other electronic transmission.

ASAP Air of Amarillo, L.L.C.              ASAP Air of Amarillo, L.L.C.
By it Registered Agent                   PO Box 3037
Michael Edward Weatherford         Amarillo, Texas 79116-3037
4700 Hud Dr
Amarillo, Texas 79124-5895

_____
Frederic M. Wolfram

**Appendix 000154**

## INVOICES AND LIENS

| Owner | Address | County | Clerk's No. | Lien Amount | Invoice No. | Invoice Date | Deadline | Filed |
|---|---|---|---|---|---|---|---|---|
| 4710 57th Street, LLC | 4710 W 57th Ave | Randall | | | 1677 | 11/26/13 | 03/15/14 | 05/13/2014 |
| 4710 57th Street, LLC | 4710 W 57th Ave | Randall | 2014007442 | $3,451.28 | 1724 | 12/20/13 | 04/15/14 | 05/13/2014 |
| Amberwood MHP, LLC | 1321 Holbrook | Randall | 2014007441 | $3,095.06 | 1573 | 09/24/13 | 02/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | | | 1657 | 11/15/13 | 03/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | | | 1653 | 11/21/13 | 03/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | | | 1675 | 11/23/13 | 03/15/14 | 05/13/2014 |
| 2312 14th Avenue, LLC | 2312 14th Ave | Randall | 2014007440 | $1,441.63 | 1676 | 11/26/13 | 03/15/14 | 05/13/2014 |
| Daniel L. Rogers | 103 N Carolina | Potter | 1255941 | $733.66 | 1649 | 11/13/13 | 03/15/14 | 05/13/2014 |
| Amarillo Residential, LLC | 106 S Palo Duro | Potter | 1255940 | $372.21 | 1651 | 11/11/13 | 03/15/14 | 05/13/2014 |
| Amberwood MHP, LLC | 1135 Prescott | Randall | | | 1673 | 11/06/13 | 03/15/14 | 05/12/2014 |
| Amberwood MHP, LLC | 1135 Prescott | Randall | 2014007394 | $5,242.53 | 1635 | 11/05/13 | 03/15/14 | 05/12/2014 |
| Amberwood MHP, LLC | 1310 Holbrook | Randall | 2014007443 | $2,843.25 | 1636 | 11/05/13 | 03/15/14 | 05/13/2014 |
| Amberwood MHP, LLC | 1314 Holbrook | Randall | 2014007444 | $2,685.04 | 1647 | 11/08/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | | | 1648 | 11/12/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | | | 1642 | 11/12/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | | | 1684 | 11/22/13 | 03/15/14 | 05/13/2014 |
| 107 28th Street, LLC | 107 28th Ave | Randall | 2014007445 | $1,092.88 | 1683 | 11/25/13 | 03/15/14 | 05/13/2014 |
| Potter County Homes, LLC | 715 S Lamar | Potter | 1256629 | $289.00 | 1632 | 11/05/13 | 03/15/14 | 05/22/2014 |
| 1002 SW 11th, LLC | 1002 SW 11th Ave | Potter | 1256630 | $306.99 | 1656 | 11/20/13 | 03/15/14 | 05/22/2014 |
| Daniel L. Rogers | 612 SW 17th Ave | Potter | 1256631 | $254.27 | 1694 | 12/02/13 | 04/15/14 | 05/22/2014 |

| Owner | Address | County | Clerk's No. | Lien Amount | Invoice No. | Invoice Date | Deadline | Filed |
|---|---|---|---|---|---|---|---|---|
| 1410 Ponderosa, LLC | 1410 Ponderosa | Randall | 2014008110 | $216.54 | 1637 | 11/14/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1023 Tempe | Randall | 2014008111 | $216.54 | 1680 | 11/22/13 | 03/15/14 | 05/22/2014 |
| 1410 Ponderosa, LLC | 1410 Ponderosa | Randall | 2014008112 | $217.77 | 1672 | 12/02/13 | 04/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1143 Prescott | Randall | | | 1681 | 11/23/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1143 Prescott | Randall | 2014008113 | $511.47 | 1691 | 12/11/13 | 04/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1229 Casa Grande | Randall | 2014008114 | $446.51 | 1329 | 06/05/13 | 11/15/13 | 05/22/2014 |
| Randall County Homes, LLC | 4110 S Tyler St | Randall | 2014008115 | $454.43 | 1621 | 10/29/13 | 02/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1105 Prescott | Randall | 2014008116 | $552.68 | 1685 | 11/26/13 | 03/15/14 | 05/22/2014 |
| 2620 10th Avenue, LLC | 2620 10th Ave | Randall | 2014008117 | $485.03 | 1692 | 12/06/13 | 04/15/14 | 05/22/2014 |
| 2618 10th Avene, LLC | 2618 10th Ave | Randall | 2014008118 | $328.05 | 1679 | 11/25/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1045 Tempe | Randall | 2014008119 | $263.74 | 1620 | 10/29/13 | 02/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1313 Holbrook | Randall | 2014008120 | $287.39 | 1639 | 11/11/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1103 Prescott | Randall | 2014009121 | $216.54 | 1640 | 11/13/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1041 Tempe | Randall | 2014008122 | $250.35 | 1682 | 11/22/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1243 Casa Grande | Randall | 2014008123 | $177.69 | 1686 | 11/22/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1232 Casa Grande | Randall | 2014008129 | $177.69 | 1687 | 11/22/13 | 03/15/14 | 05/22/2014 |
| 2407 13th Avenue, LLC | 2413 13th Ave | Randall | 2014008124 | $177.69 | 1655 | 11/21/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1209 Casa Grande | Randall | 2014008125 | $177.69 | 1652 | 11/20/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1128 Prescott | Randall | 2014008126 | $177.69 | 1688 | 11/28/13 | 03/15/14 | 05/22/2014 |
| 4710 57th Street, LLC | 4710 SW 57th Ave | Randall | 2014008127 | $177.69 | 1674 | 11/21/13 | 03/15/14 | 05/22/2014 |
| Amberwood MHP, LLC | 1211 Casa Grande | Randall | 2014008128 | $177.69 | 1678 | 11/25/13 | 03/15/14 | 05/22/2014 |

2014007442    LC    Total Pages: 3

Recording requested by: Michael Weatherford    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: Michael Weatherford    Name Michael Weatherford

Address: P.O. Box 3037    Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116    City/State/Zip Amarillo TX 79116

# Claim of Lien

State of ___Texas___

County of ___Randall___

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

17.5 hrs. Labor
70000 BTU Payne Furnace
Filters, Filter Base
Pigtail
5" Double Wall 90 Vents
8' 2x4s
Gas Flex
4" Draft Hood Connector

1/2" Nipple
1/2 Black Pipe 90
Romex Connector
Silicone Screws
Carbon Monoxide Detector
Digital Programmable Thermostat Pro 6000 Thermostate
10" Metal 14x3 Fresh Air
Inspection

Vacuum
Torch + Soder
R-22 Freon
8 Ft. 13x3 Duct
Nitrogen

on the following described real property located in ___Randall___ County, State of
___Texas___, commonly known as: 4710 W. 57th

and legally described as:  Westway Addn #1
Lot Block 0001
2 and 3

which property is owned by 4710 57th Street LLC. + Daniel L. Rogers, whose address is
506 S. Lipscomb Ama TX 79101-1024, of a total value
of $ 3451.28, of which there remains unpaid $ 3451.28, and I further state that I
furnished the first of the items on the date of 1/21-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000157**

**Motion to Remove Exhibit A Page 1 of 97 Pages**

the date of ]2-19-13                     .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


_Michael Weatherford_          MICHAEL WEATHERFORD
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Randall

On 5-12-14 ___ (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.


_D.P. Brewer_
Notary Signature
Notary Public, In and for the County of Potter ___
State of Texas ___
My commission expires: 4-2-18 ___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, Michael Weatherford ___ , certify that on this date, 5-13-14 ___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: 4710 57th Street LLC.
Address: 506 S. Lipscomb Ama Tx 79101
Date: 5-13-14


_Michael Weatherford_          MICHAEL WEATHERFORD
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007442
05/13/2014 09:22 AM
Fee:    20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of __Texas__

County of __Randall__

I, __Michael Weatherford DBA ASAP Air LLC.__ , being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials:

12 hrs. Labor
$6000 B70 Furnace
Mobile Home Vent
Gas Flex

on the following described real property located in __Randall__ County, State of
__Texas__ , commonly known as: 1321 Holbrook

and legally described as: Canyon Ridge #1
Lot 084 Block 0001

which property is owned by __Amberwood Park LTD + Daniel L. Rogers__ , whose address is
__506 S. Lipscomb Amarillo TX 79101__ , of a total value
of $ __3095.06__ , of which there remains unpaid $ __3095.06__ , and I further state that I
furnished the first of the items on the date of __9-24-13__ , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000160**

the date of ___9-24-13___ .

I hereby, under the laws of the State of _____ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_                    ___MICHAEL WEATHERFORD___
Signature of Person Claiming Lien         Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On _5-12-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-13-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: _Amberwood Park LTD_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-13-14_

_Michael Weatherford_                    ___MICHAEL WEATHERFORD___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007441
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford        Space above reserved for use by Recorder's Office

When recorded, mail to:        Document prepared by:

Name: Michael Weatherford        Name Michael Weatherford

Address: P.O. Box 3037        Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116        City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 11.5 hrs Labor        Heat only Thermostate
Gas Valve
24" Thermocouple
36" Thermocouple
Robert Shaw Gas Valve
24" Thermocouple

on the following described real property located in ___Randall___ County, State of

___Texas___, commonly known as: 2312 14th Ave.

and legally described as: Ponderosa #1
Lot Block 0011
5 and 6
Lot 4 Being IN
Ponderosa #2

which property is owned by ___2312 14th Ave___ LLC + Daniel L. Rogers, whose address is

506 S. Lipscomb Amarillo Tx 79101 ___, of a total value

of $ 1,441.63 ___, of which there remains unpaid $ 1,441.63 ___, and I further state that I

furnished the first of the items on the date of ___11-15-13___, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000163**

the date of ___11-26-13___.

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___  ___MICHAEL WEATHERFORD___
Signature of Person Claiming Lien  Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-12-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-13-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___2312 14th Ave. LLC.___
Address: ___506 S. Lipscomb Ama Tx 79101___
Date: ___5-13-14___

___Michael Weatherford___  ___MICHAEL WEATHERFORD___
Signature of Person Mailing Claim of Lien  Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014007440
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford | Space above reserved for use by Recorder's Office

When recorded, mail to: | Document prepared by:

Name: Michael Weatherford | Name Michael Weatherford

Address: P.O. Box 3037 | Address P.O. Box 3037

City/State/Zip: Amarillo, TX 79116 | City/State/Zip Amarillo, TX 79116

# Claim of Lien

State of Texas

County of _____

I, Michael Weatherford | DBA: ASAP Air LLC., being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 4.5 hrs. Labor
Robert Shaw millivolt Gas Valve
Heat Only Thermostat
Carbon Monoxide Alarm

on the following described real property located in Potter County, State of Texas , commonly known as:

103 N. Carolina

and legally described as:

San Jacinto Heights
Lot 002 Block 0147

which property is owned by Daniel L. Rogers , whose address is 506 S. Lipscomb Amarillo TX 79101-1024 , of a total value of $ 733.66 , of which there remains unpaid $ 733.66 , and I further state that I furnished the first of the items on the date of 11-12-13 , and the last of the items on

the date of **11-13-13**        .

I hereby, under the laws of the State of _Texas_, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_MICHAEL Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: _PO Box 3037_
_Amarillo Tx 79114_

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Potter_

On _May 12, 2014_ (date), _Michael E. Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature

Notary Public, In and for the County of _Potter_

State of _Texas_

My commission expires: _4-2-18_      Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, _Michael Weatherford_, certify that on this date, _5-12-14_, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: _Daniel L. Rogers_

Address: _506. Lipscomb St. Amarillo TX 79101-1024_

Date: _5-12-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1255941

Filing and Recording Date: 05/13/2014 09:55:05 AM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

lhinojosa

1255940     LC
05/13/2014 09:55 AM  Total Pages: 3
Julie Smith, County Clerk - Potter County, Texas

---

Recording requested by: Michael Weatherford

When recorded, mail to:)

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:   2 hrs. Labor
Pilot Generator
Heat Only Thermostat

on the following described real property located in   Potter   County, State of
Texas   , commonly known as:

106 S. Palo Duro

and legally described as: Crestview #2
Lot 026 Block 0005

which property is owned by Amarillo Residential LP % Llano Estacado Mgmt. Co. , whose address is
506 S. Lipscomb St. Amarillo, TX 79101-1024   , of a total value
of $ 372.21   , of which there remains unpaid $ 372.21   , and I further state that I
furnished the first of the items on the date of   11-11-13   , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

## Appendix 000169

the date of __11-11-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo, Tx 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Potter__

On __May 12, 2014__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-12-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: __Amarillo Residential LP % Llano Estacado Mgmt. Co. & Daniel L. Rogers__
Address: __506. S. Lipscomb St. Ama TX 79101__
Date: __5-12-14__

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1255940

Filing and Recording Date: 05/13/2014 09:55:05 AM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



*Julie Smith*

Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

lhinojosa

2014007394    LC    Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford DBA ASAP Air, LLC

Name Kristie Brewer

Address: P.O. Box 3037

Address 7622 Cervin

City/State/Zip: Amarillo Tx 79116

City/State/Zip Amarillo TX 79121

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford _____, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or

materials: 14 hours labor                    7 pounds Freon
2.5 Ton Payne Condenser           Ran new lines set
77000 BTU Goodman Furnace        Pulled vacuum
Gas Stop
Pro 5000 Thermostat
Torch, Vacuum, Nitrogen
Armorflex, copper 7/8", copper 3/8"

on the following described real property located in __Randall__ County, State of

Texas _____, commonly known as: 1135 Prescott

and legally described as: Amberwood MHP LLC. (Canyon Ridge #1
Lot 029 Block 0002)

which property is owned by Amberwood MHP LLC + Daniel L. Rogers, whose address is

506 S. Lipscomb St. Amarillo TX 79101-1024, of a total value

of $5,242.53, of which there remains unpaid $5,242.53, and I further state that I

furnished the first of the items on the date of 11-4-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000172**

**Motion to Remove Exhibit A Page 16 of 97 Pages**

the date of __11-6-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

MICHAEL WEATHERFORD
Name of Person Claiming Lien

Address of person claiming lien:


NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Potter__

On __5-12-14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Charlene A Burns_
Notary Signature
Notary Public, In and for the County of __Potter__
State of __TEXAS__
My commission expires: __8-14-14__

CHARLENE A. BURNS
MY COMMISSION EXPIRES
August 24, 2014

Seal


CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-12-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: __Amberwood MHP LLC.__
Address: __506 S. Lipscomb St. Amarillo TX 79101__
Date: __5-12-14__

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

MICHAEL WEATHERFORD
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

2014007394
05/12/2014 02:14 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014007443    LC    Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA Asap Air LLC. , being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

6 hrs Labor
77000 Btu MH Furnace
MH DW Vent
MH DW Capacitor
Silicone
Roof Tar

2'Gas Flex 3/4"
Heat Only Thermostat

on the following described real property located in Randall County, State of Texas , commonly known as: 1310 Holbrook

and legally described as: Canyon Ridge #1
Lot 069 Block 0001

which property is owned by Amberwood Park LTD + Daniel L. Rogers , whose address is 506 S. Lipscomb Amarillo TX 79101 , of a total value of $ 2,843.25 , of which there remains unpaid $ 2,843.25 , and I further state that I furnished the first of the items on the date of 10-31-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000175**

the date of  11-5-13                     .

I hereby, under the laws of the State of _____Texas_____ , claim a lien against the above-
described property in the amount of money, stated above, which remains unpaid to me.


_Michael Weatherford_                    MICHAEL WEATHERFORD
Signature of Person Claiming Lien        Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
                                 Amarillo Tx 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas _____

County of Randall _____

On 5-12-14 _____ (date), Michael Weatherford (name of claimant), came before me per-
sonally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described
in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and
personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and
is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before
me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evi-
dence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of Potter _____
State of Texas _____
My commission expires: 4-2-18 _____           Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, Michael Weatherford _____ , certify that on this date, 5-13-14 _____ , I have mailed a
copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: Amberwood Park LTD _____
Address: 5016 S. Lipscomb Ama TX 79101 _____
Date: 5-13-14 _____


_Michael Weatherford_                    MICHAEL WEATHERFORD
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014007443
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000177**

2014007444     LC     Total Pages: 3

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of ___Texas___

County of ___Randall___

I, Michael Weatherford DBA ASAP Air LLC., being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:
8.5 hrs Labor
70 K BTU MH Furnace
MH Roof Jack
Nitrogen
Silicone
Roof Tar

on the following described real property located in ___Randall___ County, State of ___Texas___, commonly known as: 1314 Holbrook

and legally described as: Canyon Ridge #1
Lot 067 Block 0001

which property is owned by __Amberwood Park LTD + Daniel L. Rogers__, whose address is ___506 S. Lipscomb Amarillo TX 79101-1024___, of a total value of $ 2,688.04 , of which there remains unpaid $ 2,688.04 , and I further state that I furnished the first of the items on the date of ___11-7-13___, and the last of the items on

✪NOVA LF136 Claim of Lien Pg. 1 (07-11)

**Appendix 000178**

**Motion to Remove Exhibit A Page 22 of 97 Pages**

the date of _11 - 8 - 13_ .

I hereby, under the laws of the State of _Texas_ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_  **MICHEAL WEATHERFORD**
Signature of Person Claiming Lien  Name of Person Claiming Lien

Address of person claiming lien: PO Box 3037
Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of TEXAS

County of RAndall

On 5-12-14 (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_[signature]_
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18  Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, Michael Weatherford , certify that on this date, 5-13-14 , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: Amberwood Park Ltd.
Address: 506 S. Lipscomb Amarillo Tx 79101
Date: 5-13-14

_Michael Weatherford_  **MichAEL WEATHERFORD**
Signature of Person Mailing Claim of Lien  Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



*Renee Calhoun*

2014007444
05/13/2014 09:22 AM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: Michael Weatherford    Name Michael Weatherford

Address: P.O. Box 3037    Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116    City/State/Zip Amarillo TX 79121

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 9 hrs. Labor
Pilot Generator
Robert Shaw 710-410 millivolt Gas Valve
Generator

on the following described real property located in Randall County, State of Texas , commonly known as:
107 28th

and legally described as: Bales Acres
Lot Block 0002
4 Thru 7

which property is owned by 107 28th Street LLC, + Daniel L. Rogers , whose address is 506 S. Lipscomb St. Amarillo TX 79101-1024 , of a total value of $ 1,092.88 , of which there remains unpaid $ 1,092.88 , and I further state that I furnished the first of the items on the date of 11-12-13 , and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000181**

the date of ___11-25-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___
**Signature of Person Claiming Lien**

___Michael Weatherford___
**Name of Person Claiming Lien**

Address of person claiming lien: P. O. Box 3037 Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-12-2014___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-13-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___107 28th Street LLC.___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-13-14___

___Michael Weatherford___
**Signature of Person Mailing Claim of Lien**

___Michael Weatherford___
**Name of Person Mailing Claim of Lien**

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS



Renee Calhoun

2014007445
05/13/2014 09:22 AM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

1256628    LC
05/22/2014 02:45 PM   Total Pages: 3
Julie Smith, County Clerk - Potter County, Texas

Recording requested by: Michael Weatherford

When recorded, mail to:

**Rej** Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

1.5 hrs Labor
Thermostat

on the following described real property located in Potter County, State of Texas, commonly known as: 4214 NE 15th

and legally described as: East Amarillo #1 Lot 018 Block 0013

which property is owned by Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 214.82, of which there remains unpaid $ 214.82, and I further state that I furnished the first of the items on the date of 12-5-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000184**

the date of 12-5-13 .

I hereby, under the laws of the State of Texas , claim a lien against the above-
described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_                    _Michael Weatherford_
Signature of Person Claiming Lien        Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
                                 Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Potter

On 5-20-14 (date), Michael Weatherford (name of claimant), came before me per-
sonally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described
in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and
personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and
is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before
me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evi-
dence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18                          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, Michael Weatherford , certify that on this date, 5-22-14 , I have mailed a
copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: Daniel L. Rogers
Address: 506 S. Lipscomb Ama TX 79101
Date: 5-22-14

_Michael Weatherford_                    _Michael Weatherford_
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256628

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

jmiller

1256629     LC
05/22/2014 02:45 PM   Total Pages: 3
Julie Smith, County Clerk - Potter County, Texas

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

Ref.

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:
2 hrs labor
SP Switch
Dryer Plug
2G Plate

on the following described real property located in Potter County, State of Texas, commonly known as: 715 S. Lamar

and legally described as: Orig Town of Ama
Lot 0006 Block 0078

which property is owned by Potter County Homes LLC. | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 289.00, of which there remains unpaid $ 289.00, and I further state that I furnished the first of the items on the date of 11-5-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000187**

the date of __11-5-13__ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___    ___Michael Weatherford___
Signature of Person Claiming Lien       Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Potter___

On __May 20- 2014__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__          Seal

> DEREK PAUL BREWER
> Notary Public, State of Texas
> My Commission Expires
> April 02, 2018

CERTIFICATE OF MAILING

I, __Michael Weatherford__, certify that on this date, __5-22-14__, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: __Potter County Homes LLC / Daniel L. Rogers__
Address: __506 S. Lipscomb Ama TX 79101__
Date: __5-22-14__

___Michael Weatherford___    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien       Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256629

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



_Julie Smith_

Julie Smith, County Clerk
Potter County, Texas

***DO NOT DESTROY - This document is part of the Official Public Record.***

jmiller

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air LLC being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: 2.5 hrs. labor
3 way switch
Lamp Holder

on the following described real property located in _____ Potter _____ County, State of
Texas _____, commonly known as: 1002 SW 11th St.

and legally described as: Madden Addn
Lot Block 0004
12 and 13

which property is owned by 1002 SW 11th LLC / Daniel L. Rogers, whose address is
506 S. Lipscomb Amarillo TX 79101 _____, of a total value
of $ 306.99 _____, of which there remains unpaid $ 306.99 _____, and I further state that I
furnished the first of the items on the date of 11-11-13 _____, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000190**

**Motion to Remove Exhibit A Page 34 of 97 Pages**

the date of ‾11-20-13‾ .

I hereby, under the laws of the State of ‾Texas‾, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037 Amarillo Tx 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ‾Texas‾

County of ‾Potter‾

On 5-20-14 (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above-noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature

Notary Public, In and for the County of ‾Potter‾

State of ‾Texas‾

My commission expires: ‾4-2-18‾

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ‾Michael Weatherford‾, certify that on this date, ‾5-22-14‾, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ‾1002 SW 11th LLC / Daniel L. Rogers‾
Address: ‾506 S. Lipscomb Ama TX 79101‾
Date: ‾5-22-14‾

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256630

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.

Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

jmiller

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3032

Address P.O. Box 3032

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Potter

I, Michael Weatherford DBA ASAP Air, LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: 2 hrs. Labor
Wire Nuts

on the following described real property located in Potter, County, State of
Texas, commonly known as: 612 SW 17th.

and legally described as: Plemons
Lot Block 0221
E 40ft of 11 IN
A EBERSTADTS' AMO SUB OF

which property is owned by Daniel L. Rogers, whose address is
506 S. Lipscomb St. Amarillo TX 79101, of a total value
of $ 254.27, of which there remains unpaid $ 254.27, and I further state that I
furnished the first of the items on the date of 12-2-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000193**

the date of ___12-2-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

*Michael Weatherford*
Signature of Person Claiming Lien

*Michael Weatherford*
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Potter___

On ___5-20-14___ (date), *Michael Weatherford* (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above-noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Derek Brewer*
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Daniel L. Rogers___
Address: ___506 S. Lipscomb Amarillo TX 79101___
Date: ___5-22-14___

*Michael Weatherford*
Signature of Person Mailing Claim of Lien

*Michael Weatherford*
Name of Person Mailing Claim of Lien

# FILED and RECORDED

Instrument Number: 1256631

Filing and Recording Date: 05/22/2014 02:45:58 PM  Pages: 3  Recording Fee: $20.00

I hereby certify that this instrument was FILED on the date and time stamped hereon and RECORDED in the OFFICIAL PUBLIC RECORDS of Potter County, Texas.



Julie Smith, County Clerk
Potter County, Texas

*DO NOT DESTROY - This document is part of the Official Public Record.*

jmiller

Appendix 000195

Recording requested by: Michael Weatherford    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: Michael Weatherford    Name Michael Weatherford

Address: P.O. Box 3037    Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116    City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1.5 hrs. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1410 Ponderosa

and legally described as: Ponderosa #2
Lot Block 0011
1 Thru 3

which property is owned by 1410 Ponderosa LLC. Daniel L. Rogers whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 216.54, of which there remains unpaid $ 216.54, and I further state that I furnished the first of the items on the date of 11-14-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

the date of ___11-14-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Claiming Lien            Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: 1410 Ponderosa LLC / Daniel L. Rogers
Address: 506 S. Lipscomb Ama TX 79101
Date: 5-22-14

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)
**Appendix 000197**

**Motion to Remove Exhibit A Page 41 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008110
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000198**

**Motion to Remove Exhibit A Page 42 of 97 Pages**

Recording requested by: _Michael Weatherford_    Space above reserved for use by Recorder's Office

When recorded, mail to:      Document prepared by:

Name: _Michael Weatherford_      Name _Michael Weatherford_

Address: _P.O. Box 3037_      Address _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_      City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC_, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:    _1.5 hrs. Labor_

on the following described real property located in _Randall_ County, State of _Texas_, commonly known as: _1023 Tempe_

and legally described as: _Canyon Ridge #1 Lot 013 Block 0001_

which property is owned by _Amberwood MHP LLC. / Daniel L. Rogers_, whose address is _506 S. Lipscomb Amarillo TX 79101_, of a total value of $ _216.54_, of which there remains unpaid $ _216.54_, and I further state that I furnished the first of the items on the date of _11-22-13_, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000199**

the date of ___11-22-13___.

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___      ___Michael Weatherford___
Signature of Person Claiming Lien      Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[Notary Signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___      Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-22-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood MHP LLC / Daniel L. Rogers
Address: 5016 S. Lipscomb Ama TX 79101
Date: 5-22-14

___Michael Weatherford___      ___Michael Weatherford___
Signature of Person Mailing Claim of Lien      Name of Person Mailing Claim of Lien

# FILED AND RECORDED

**OFFICIAL PUBLIC RECORDS**



2014008111
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Appendix 000201

Motion to Remove Exhibit A Page 45 of 97 Pages

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:

1.5 hr. Labor
Wire Nuts
Tape

on the following described real property located in Randall County, State of Texas, commonly known as: 1410 Ponderosa

and legally described as:

Ponderosa #2
Lot Block 0011
1 Thru 3

which property is owned by 1410 Ponderosa LLC / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 217.77, of which there remains unpaid $ 217.77, and I further state that I furnished the first of the items on the date of 12-2-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS



*Renee Calhoun*

2014008112
05/22/2014 01:20 PM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014008113    LC    Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 5 hrs labor

48" Thermocouple

on the following described real property located in Randall County, State of Texas, commonly known as: 1143 Prescott

and legally described as: Canyon Ridge #1 Lot 025 Block 0002

which property is owned by Amberwood MHP LLC / Daniel L. Rogers, whose address is 506 S. Lipscomb St. Amarillo TX 79101, of a total value of $511.47, of which there remains unpaid $ 511.47, and I further state that I furnished the first of the items on the date of 11-23-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

the date of ____12-11-13____ .

I hereby, under the laws of the State of ____Texas____ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

____Michael Weatherford____          ____Michael Weatherford____
Signature of Person Claiming Lien                    Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX. 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ____Texas____

County of ____Randall____

On ____5-20-14____ (date), ____Michael Weatherford____ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of ____Potter____
State of ____Texas____
My commission expires: ____4-2-18____                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ____Michael Weatherford____ , certify that on this date, ____5-22-14____ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ____Amberwood MHP 1 LLC / Daniel L. Rogers____
Address: ____506 S. Lipscomb Ama TX 79101____
Date: ____5-22-14____

____Michael Weatherford____          ____Michael Weatherford____
Signature of Person Mailing Claim of Lien            Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)

**Appendix 000205**

# FILED AND RECORDED

**OFFICIAL PUBLIC RECORDS**



2014008113
05/22/2014 01:20 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford Space above reserved for use by Recorder's Office

When recorded, mail to:                                 Document prepared by:

Name: Michael Weatherford                              Name Michael Weatherford

Address: P.O. Box 3037                                 Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116                      City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or

materials: 2 hrs. Labor
2.08 V. Contractor
Pro 5000 Honeywell Thermostat
2 lbs. Freon

on the following described real property located in Randall _____ County, State of

Texas _____, commonly known as: 1229 Casa Grande

and legally described as: Canyon Ridge #1
Lot 054 Block 0002

which property is owned by Amberwood Park LTD | Daniel L. Rogers, whose address is

506 S. Lipscomb Amarillo TX 79101 _____, of a total value

of $ 446.51 _____, of which there remains unpaid $ 446.51 _____, and I further state that I

furnished the first of the items on the date of 6-5-13 _____, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000207**

the date of 6-5-13                    .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


*Michael Weatherford*                    *Michael Weatherford*
Signature of Person Claiming Lien         Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
                                  Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Randall

On 5-20-14 ____ (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

*Del Brewer*
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4·2·14 ____          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018


CERTIFICATE OF MAILING

I, Michael Weatherford ____ , certify that on this date, 5-22-14 ____ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: Amberwood Park LTD / Daniel L. Rogers
Address: 5016 S. Lipscomb Amarillo TX 79101
Date: 5-22-14


*Michael Weatherford*                    *Michael Weatherford*
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014008114
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo Tx 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo Tx 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 4 hrs. Labor Heat only Thermostat

on the following described real property located in Randall County, State of Texas, commonly known as: 4110 S. Tyler

and legally described as: Broadmoor Addition Lot Block 000 F 25 Less W 10FT Alley Row

which property is owned by Randall County Homes LLC / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo Tx 79101, of a total value of $ 454.43, of which there remains unpaid $ 454.43, and I further state that I furnished the first of the items on the date of 10-29-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000210**

the date of __10-29-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

__Michael Weatherford__
Signature of Person Claiming Lien

__Michael Weatherford__
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Randall__

On __5·20·14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

__Derek Brewer__
Notary Signature
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-14__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-22-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: __Randall County Homes LLC / Daniel L. Rogers__
Address: __506 S. Lipscomb Ama TX 79101__
Date: __5-22-14__

__Michael Weatherford__
Signature of Person Mailing Claim of Lien

__Michael Weatherford__
Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)

Appendix 000211

Motion to Remove Exhibit A Page 55 of 97 Pages

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008115
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC., being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 4 hrs Labor
Blower motor

on the following described real property located in ___Randall___ County, State of
___Texas___, commonly known as: 1105 Prescott

and legally described as: Canyon Ridge #1
Lot 028 Block 0001

which property is owned by Amberwood MHP LLC. | Daniel L. Rogers, whose address is
506 S. Lipscomb Amarillo TX 79101, of a total value
of $ 552.68, of which there remains unpaid $ 552.68, and I further state that I
furnished the first of the items on the date of 11-26-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000213**

the date of ___11-26-13___ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___     ___Michael Weatherford___
Signature of Person Claiming Lien         Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Carl Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___        Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-22-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood MHP LLC / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-22-14___

___Michael Weatherford___     ___Michael Weatherford___
Signature of Person Mailing Claim of Lien      Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)

**Appendix 000214**

**Motion to Remove Exhibit A Page 58 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008116
05/22/2014 01:20 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo Tx 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo Tx 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:    4 hrs labor
Focus Pro 5000 Thermostat

on the following described real property located in Randall County, State of Texas, commonly known as: 2620 10th Ave. Parkview Apts.

and legally described as: Conner Lot Block 0079 1 and 2 and E 30ft of 3

which property is owned by 2620 10th Avenue LLC. / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo Tx 79101, of a total value of $ 485.03, of which there remains unpaid $ 485.03, and I further state that I furnished the first of the items on the date of 12-6-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000216**

**Motion to Remove Exhibit A Page 60 of 97 Pages**

the date of ___12-6-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___
**Signature of Person Claiming Lien**

___Michael Weatherford___
**Name of Person Claiming Lien**

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5-20-14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
**Notary Signature**
**Notary Public, In and for the County of** _Potter_
State of _Texas_
My commission expires: _4-2-14_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-22-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: _2620 10th Ave LLC / Daniel Rogers_
Address _506 S. Lipscomb Ama TX 79101_
Date: _5-22-14_

___Michael Weatherford___
**Signature of Person Mailing Claim of Lien**

___Michael Weatherford___
**Name of Person Mailing Claim of Lien**

★NOVA LF136 Claim of Lien Pg.2 (07-11)

**Appendix 000217**

**Motion to Remove Exhibit A Page 61 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008117
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford | Space above reserved for use by Recorder's Office

When recorded, mail to: | Document prepared by:

Name: Michael Weatherford | Name Michael Weatherford

Address: P.O. Box 3037 | Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116 | City/State/Zip Amarillo TX 79116

# Claim of Lien

State of ___Texas___

County of ___Randall___

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 2 hrs labor
Focus Pro 5000 Honeywell Thermostat

on the following described real property located in ___Randall___ County, State of ___Texas___, commonly known as: 2618 10th

and legally described as: Conner
Lot Block 0079
W 20ft of 3 + All of
4 thru 8 Plus E 30ft of
ABND 27th St.

which property is owned by 2618 10th Avenue LLC, Daniel L. Rogers, whose address is ___506 S. Lipscomb Amarillo TX 79101___, of a total value of $ 328.05, of which there remains unpaid $ 328.05, and I further state that I furnished the first of the items on the date of ___11-25-13___, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000219**

the date of ___11-25-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Derek Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___S20. Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018


CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___2618 10th Ave LLC / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-22-14___


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

**Appendix 000220**

**Motion to Remove Exhibit A Page 64 of 97 Pages**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008118
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: _Michael Weatherford_    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: _Michael Weatherford_    Name _Michael Weatherford_

Address: _P.O. Box 3037_    Address _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_    City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC_, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or
materials: _2 hrs labor_
_5 Amp fuse_

on the following described real property located in _Randall_ County, State of
_Texas_, commonly known as: _1045 Tempe_

and legally described as: _Canyon Ridge #1_
_Lot 002 Block 0002_

which property is owned by _Amberwood MHP LLC / Daniel L. Rogers_, whose address is
_506 S. Lipscomb Amarillo TX 79101_, of a total value
of $ _263.74_, of which there remains unpaid $ _263.74_, and I further state that I
furnished the first of the items on the date of _10-29-13_, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000222**

the date of \_\_10-29-13\_\_ .

I hereby, under the laws of the State of \_\_Texas\_\_ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

\_\_Michael Weatherford\_\_          \_\_Michael Weatherford\_\_
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of Texas

County of Randall

On 3-26-14 (date), Michael Weatherford (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of Potter
State of Texas
My commission expires: 4-2-18                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, Michael Weatherford , certify that on this date, 5-22-14 , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: Amberwood MHP LLC. / Daniel L. Rogers
Address: 506 S. Lipscomb Ama Tx 79101
Date: 5-22-14

\_\_Michael Weatherford\_\_          \_\_Michael Weatherford\_\_
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)
**Appendix 000223**

**Motion to Remove Exhibit A Page 67 of 97 Pages**



**FILED AND RECORDED**

OFFICIAL PUBLIC RECORDS

 _Renee Calhoun_

2014008119
05/22/2014 01:20 PM
Fee:    20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford    Space above reserved for use by Recorder's Office

When recorded, mail to:    Document prepared by:

Name: Michael Weatherford    Name Michael Weatherford

Address: P.O. Box 3037    Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116    City/State/Zip Amarillo TX 79116

# Claim of Lien

State of ___Texas___

County of ___Randall___

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:    2 hrs. Labor

Nitrogen

Foil Tape

on the following described real property located in ___Randall___ County, State of ___Texas___, commonly known as: 1313 Holbrook

and legally described as: Canyon Ridge #1 Lot 080 Block 0001

which property is owned by Amberwood Park LTD / Daniel L. Rogers, whose address is 5916 S. Lipscomb Amarillo TX 79101, of a total value of $287.39, of which there remains unpaid $287.39, and I further state that I furnished the first of the items on the date of 11-11-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000225**

the date of ___11-11-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Claiming Lien            Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-20-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___(signature)___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018


CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-22-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood Park LTD | Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-22-14___


___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

**Appendix 000226**

**Motion to Remove Exhibit A Page 70 of 97 Pages**

# FILED AND RECORDED

**OFFICIAL PUBLIC RECORDS**



*Renee Calhoun*

2014008120
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1.5 hrs Labor

on the following described real property located in Randall County, State of
Texas, commonly known as: 1103 Prescott

and legally described as: Canyon Ridge #1 Lot 037 Block 0001

which property is owned by Amberwood MHP LLC / Daniel L. Rogers, whose address is
5016 S. Lipscomb Amarillo TX 79101, of a total value
of $ 216.54, of which there remains unpaid $ 216.54, and I further state that I
furnished the first of the items on the date of 11-13-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000228**



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

2014008121
05/22/2014 01:20 PM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:   1 hr. Labor
Pro 5000 Honeywell Thermostat

on the following described real property located in Randall County, State of Texas, commonly known as: 1041 Tempe

and legally described as:   Canyon Ridge #1
Lot 004 Block 0002

which property is owned by Amberwood MHP LLC, Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 250.35, of which there remains unpaid $ 250.35, and I further state that I furnished the first of the items on the date of 11-22-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000230**

the date of __11-22-13__ .

I hereby, under the laws of the State of __Texas__ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

Michael Weatherford
**Signature of Person Claiming Lien**

Michael Weatherford
**Name of Person Claiming Lien**

Address of person claiming lien: __P.O. Box 3037__
__Amarillo TX 79116__

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of __Texas__

County of __Randall__

On __5-20.14__ (date), __Michael Weatherford__ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
**Notary Signature**
Notary Public, In and for the County of __Potter__
State of __Texas__
My commission expires: __4-2-18__

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, __Michael Weatherford__ , certify that on this date, __5-22-14__ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: __Amberwood MHP LLC / Daniel L. Rogers__
Address: __5016 Lipscomb Amarillo TX 79101__
Date: __5-22-14__

Michael Weatherford
**Signature of Person Mailing Claim of Lien**

Michael Weatherford
**Name of Person Mailing Claim of Lien**

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



*Renee Calhoun*

2014008122
05/22/2014 01:20 PM
Fee:    20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

2014008123    LC    Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1243 Casa Grande

and legally described as: Canyon Ridge #1 Lot 047 Block 0002

which property is owned by Amberwood Park LTD | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-22-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000233**

the date of ___11-22-13___ .

I hereby, under the laws of the State of ___Texas___, claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Claiming Lien            Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                    Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___, certify that on this date, ___5-24-14___, I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood Park LTD / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama Tx 79101___
Date: ___5-24-14___

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien    Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)
**Appendix 000234**

# FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014008123
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Document prepared by:

Name: Michael Weatherford

Name Michael Weatherford

Address: P.O. Box 3037

Address P.O. Box 3037

City/State/Zip: Amarillo TX 79116

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials:    1 hr. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1232 Casa Grande

and legally described as: Canyon Ridge #1 Lot 038 Block 0002

which property is owned by Amberwood MHP LLC, Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-22-13, and the last of the items on

*NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000236**

the date of ___11-22-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien: ___P.O. Box 3037___
___Amarillo TX 79116___

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Derek Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood MHP LLC. / Daniel L. Rogers___
Address: ___506 S. Lipscomb Amarillo TX 79101___
Date: ___5-24-14___


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008129
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000238**

**Motion to Remove Exhibit A Page 82 of 97 Pages**

2014008124    LC    Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:
Name: Michael Weatherford
Address: P.O. Box 3037
City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office
Document prepared by:
Name Michael Weatherford
Address P.O. Box 3037
City/State/Zip Amarillo TX 79116

# Claim of Lien

State of ___Texas___
County of ___Randall___

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr Labor

on the following described real property located in ___Randall___ County, State of ___Texas___, commonly known as: 2413 13th Ave.

and legally described as: Conner Lot Block 0088 19 Thru 21 and w/2 of 22

which property is owned by 2407 13th Avenue LLC, / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-21-13, and the last of the items on

☆NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000239**

**Motion to Remove Exhibit A Page 83 of 97 Pag**

the date of  11-21-13  .

I hereby, under the laws of the State of  Texas  , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Claiming Lien          Name of Person Claiming Lien

Address of person claiming lien:  P.O. Box 3037
                                   Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of  Texas

County of  Randall

On 5-22-14  (date),  Michael Weatherford  (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Derek Brewer___
Notary Signature
Notary Public, In and for the County of  Potter
State of  Texas
My commission expires:  4-2-18          Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I,  Michael Weatherford  , certify that on this date,  5-24-14  , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name:  2407 13th Ave. LLC / Daniel L. Rogers
Address:  506 S. Lipscomb  Ama TX 79101
Date:  5-24-14


___Michael Weatherford___          ___Michael Weatherford___
Signature of Person Mailing Claim of Lien          Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)

Appendix 000240

Motion to Remove Exhibit A Page 84 of 97 Pages

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS


*Renee Calhoun*

2014008124
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: Michael Weatherford

Space above reserved for use by Recorder's Office

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC., being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1209 Casa Grande

and legally described as: Canyon Ridge #1 Lot 054 Block 0001

which property is owned by Amberwood MHP LLC. | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-20-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000242**

the date of ___11-20-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Claiming Lien             Name of Person Claiming Lien

Address of person claiming lien: ___P.O. Box 3037___
___Amarillo TX 79116___

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above-noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___                    Seal

DEREK PAUL BREWER
Notary Public, State of Tex...
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:

Name: ___Amberwood MHP LLC. | Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79101___
Date: ___5-24-14___

___Michael Weatherford___                    ___Michael Weatherford___
Signature of Person Mailing Claim of Lien     Name of Person Mailing Claim of Lien

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS

*Renee Calhoun*

2014008125
05/22/2014 01:20 PM
Fee:   20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Recording requested by: _Michael Weatherford_

When recorded, mail to:

Name: _Michael Weatherford_

Address: _P.O. Box 3037_

City/State/Zip: _Amarillo TX 79116_

Space above reserved for use by Recorder's Office

Document prepared by:

Name _Michael Weatherford_

Address _P.O. Box 3037_

City/State/Zip _Amarillo TX 79116_

# Claim of Lien

State of _Texas_

County of _Randall_

I, _Michael Weatherford DBA ASAP Air LLC_ being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: _1 hr. Labor_

on the following described real property located in _Randall_ County, State of _Texas_, commonly known as: _1128 Prescott_

and legally described as: _Canyon Ridge #1_
_Lot 014 Block 0002_

which property is owned by _Amberwood MHP LLC. | Daniel L. Rogers_, whose address is _506 S. Lipscomb Amarillo TX 79101_, of a total value of $ _177.69_, of which there remains unpaid $ _177.69_, and I further state that I furnished the first of the items on the date of _11-27-13_, and the last of the items on

★NOVA LF136 Claim of Lien Pg.1 (07-11)

**Appendix 000245**

the date of ___11-27-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.


___Michael Weatherford___
Signature of Person Claiming Lien

___Michael Weatherford___
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above-noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___[signature]___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018


CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood MHP LLC. | Daniel L. Rogers___
Address: ___506 S. Lipscomb Amarillo TX 79101___
Date: ___5-24-14___


___Michael Weatherford___
Signature of Person Mailing Claim of Lien

___Michael Weatherford___
Name of Person Mailing Claim of Lien

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008126
05/22/2014 01:20 PM
Fee:  20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

Appendix 000247

Motion to Remove Exhibit A Page 91 of 97 Pages

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of _Texas_

County of _Randall_

I, Michael Weatherford DBA ASAP Air LLC, being duly sworn, state the following:

In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in _Randall_ County, State of _Texas_, commonly known as: 4710 SW 57th

and legally described as: Westway Addu #1 Lot Block 0001 2 and 3

which property is owned by 4710 50th Street LLC. | Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-26-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg. 1 (07-11)

Appendix 000248

described property in the amount of money, stated above, which remains unpaid to me.

_Michael Weatherford_
Signature of Person Claiming Lien

_Michael Weatherford_
Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

## NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of _Texas_

County of _Randall_

On _5·22·14_ (date), _Michael Weatherford_ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

_Derek Brewer_
Notary Signature
Notary Public, In and for the County of _Potter_
State of _Texas_
My commission expires: _4·2·18_

Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

## CERTIFICATE OF MAILING

I, _Michael Weatherford_ , certify that on this date, _5-24-14_ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: _4710 57th Street LLC. / Daniel L. Rogers_
Address: _506 S. Lipscomb Ama TX 79101_
Date: _5-24-14_

_Michael Weatherford_
Signature of Person Mailing Claim of Lien

_Michael Weatherford_
Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)



FILED AND RECORDED
OFFICIAL PUBLIC RECORDS

2014008127
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

**Appendix 000250**

**Motion to Remove Exhibit A Page 94 of 97 Page**

2014008128 LC Total Pages: 3

Recording requested by: Michael Weatherford

When recorded, mail to:

Name: Michael Weatherford

Address: P.O. Box 3037

City/State/Zip: Amarillo TX 79116

Space above reserved for use by Recorder's Office

Document prepared by:

Name Michael Weatherford

Address P.O. Box 3037

City/State/Zip Amarillo TX 79116

# Claim of Lien

State of Texas

County of Randall

I, Michael Weatherford DBA ASAP Air LLC., being duly sworn, state the following:
In accordance with an agreement to provide labor and/or material, I did furnish the following labor and/or materials: 1 hr. Labor

on the following described real property located in Randall County, State of Texas, commonly known as: 1211 Casa Grande

and legally described as: Canyon Ridge #1 Lot 055 Block 0001

which property is owned by Amberwood Park LTD / Daniel L. Rogers, whose address is 506 S. Lipscomb Amarillo TX 79101, of a total value of $ 177.69, of which there remains unpaid $ 177.69, and I further state that I furnished the first of the items on the date of 11-25-13, and the last of the items on

★NOVA LF136 Claim of Lien Pg. 1 (07-11)

Appendix 000251

Motion to Remove Exhibit A Page 95 of 97 Pages

the date of ___11-25-13___ .

I hereby, under the laws of the State of ___Texas___ , claim a lien against the above-described property in the amount of money, stated above, which remains unpaid to me.

___Michael Weatherford___  ___Michael Weatherford___
Signature of Person Claiming Lien  Name of Person Claiming Lien

Address of person claiming lien: P.O. Box 3037
Amarillo TX 79116

NOTARY CERTIFICATION FOR CLAIM OF LIEN

State of ___Texas___

County of ___Randall___

On ___5-22-14___ (date), ___Michael Weatherford___ (name of claimant), came before me personally, and duly sworn on oath, and under penalty of perjury, stated that he or she is the claimant described in the above claim of lien and that he or she has read the foregoing claim of lien and has knowledge of and personally knows the foregoing statement of claim of lien which he or she subscribed is true and correct and is not frivolous, nor clearly excessive, and is made with reasonable cause. Subscribed and sworn to before me on the above noted date by the above noted claimant, and proved to me on the basis of satisfactory evidence to be the person who appeared before me.

___Carl Brewer___
Notary Signature
Notary Public, In and for the County of ___Potter___
State of ___Texas___
My commission expires: ___4-2-18___  Seal

DEREK PAUL BREWER
Notary Public, State of Texas
My Commission Expires
April 02, 2018

CERTIFICATE OF MAILING

I, ___Michael Weatherford___ , certify that on this date, ___5-24-14___ , I have mailed a copy of this Claim of Lien by USPS certified mail, return receipt requested, in accordance with the law, to:
Name: ___Amberwood Park LTD / Daniel L. Rogers___
Address: ___506 S. Lipscomb Ama TX 79116___
Date: ___5-24-14___

___Michael Weatherford___  ___Michael Weatherford___
Signature of Person Mailing Claim of Lien  Name of Person Mailing Claim of Lien

★NOVA LF136 Claim of Lien Pg.2 (07-11)
**Appendix 000252**

# FILED AND RECORDED

OFFICIAL PUBLIC RECORDS



2014008128
05/22/2014 01:20 PM
Fee: 20.00
Renee Calhoun, County Clerk
Randall County, Texas
LC

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/26/2013 | 1677 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30667 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT AND FOUND THAT UNIT WAS LOCKED OUT. RESET SYSTEM AND FOUND FLAME SENSOR DIRTY, CLEANED REALLY GOOD, CHECKED OPERATION AND ALL CHECKED OUT GOOD. | 70.00 | 70.00 |
| | 4710 SW 57TH #52<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total** $70.00

**Appendix 000254**

**Motion to Remove Exhibit B Page 1 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/20/2013 | 1724 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30606 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 9.5 | Heating & Cooling Labor:INSTALLED COMBUSTION AIR HOOKED BACK UP AC. PULLED VACUUM AND CHECKED AND CLEANED. CHECKED UNIT AND ALL CHECKED OUT OK.<br>ALSO FINISHED DRAIN LINE. | 70.00 | 665.00 |
| | Job Materials Cost:VACUUM, TORCH AND SODER, 3LBS R22 FREON, 8FT 13X3 DUCT, NITROGEN, PRO 6000 THERMOSTAT | 366.78 | 366.78T |
| | 4710 W 57TH # 47 | | |
| | Sales Tax | 8.25% | 30.26 |

Thank you for your business.

| **Total** | **$1,062.04** |
|-----------|---------------|

**Appendix 000255**

**Motion to Remove Exhibit B Page 2 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/24/2013 | 1573 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30091 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Heating & Cooling Labor:INSTALLED NEW FURNACE AND VENT. FIXED THERMOSTAT WIRE, TIGHTENED BATHROOM KNOBS, GUESS BATHROOM KNOBS NEEDS REPLACED. | 1,260.00 | 1,260.00 |
| | Job Materials Cost:56000B70 FURNACE<br>MOBILE HOME VENT<br>GAS FLEX | 1,292.15 | 1,292.15T |
| | 1321 HOLLBROOK<br>Sales Tax | 8.25% | 106.60 |

Thank you for your business.

| | Total | $2,658.75 |
|--|-------|-----------|

**Appendix 000256**

**Motion to Remove Exhibit B Page 3 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/15/2013 | 1657 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30562 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:CHECK OUT UNIT, FOUND THERMOSTAT TO BE BAD. REPLACED THERMOSTAT AND LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 140.00 |
| | Job Materials Cost: HEAT ONLY THERMOSTAT | 33.16 | 33.16T |
| | 2312 14TH AVE. #201 | | |
| | Sales Tax | 8.25% | 2.74 |

Thank you for your business.

| **Total** | $175.90 |
|-----------|---------|

**Appendix 000257**

**Motion to Remove Exhibit B Page 4 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 1653 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30618 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Heating & Cooling Labor:CHECKED UNIT AND FOUND GAS VALVE AND THERMOCOUPLE TO BE BAD. REPLACED BOTH AND DID A CARBON MONOXIDE CHECK, ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 210.00 |
| | Job Materials Cost: ROBERT SHAW GAS VALVE, 24" THERMOCOUPLE | 161.10 | 161.10T |
| | 2312 14TH AVE. #114<br>Sales Tax | 8.25% | 13.29 |

Thank you for your business.

| **Total** | $384.39 |
|-----------|---------|

**Appendix 000258**

**Motion to Remove Exhibit B Page 5 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2013 | 1675 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30562 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor: CHECKED OUT UNIT AND FOUND THAT THERMOCOUPLE TO BE BAD. REPLACED THERMOCOUPLE, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. (USE ORIGINAL WORK ORDER #30562 FROM 11-15) | 70.00 | 70.00 |
| | Job Materials Cost:36" THERMOCOUPLE | 12.08 | 12.08T |
| | 2312 14TH #201 | | |
| | Sales Tax | 8.25% | 1.00 |

Thank you for your business.

| | **Total** | **$83.08** |
|--|-----------|-----------|

**Appendix 000259**

**Motion to Remove Exhibit B Page 6 of 41 Pages**

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/26/2013 | 1676 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30654 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3.5 | Heating & Cooling Labor:CHECKED UNIT AND FOUND GAS VALVE TO BE BAD, REPLACED GAS VALVE AND THERMOCOUPLE. CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 245.00 |
| | Job Materials Cost:GAS VALVE, 24" THERMOCOUPLE | 183.48 | 183.48T |
| | 2312 14TH #208 | | |
| | Sales Tax | 8.25% | 15.14 |

Thank you for your business.

**Total** **$443.62**

**Appendix 000260**

**Motion to Remove Exhibit B Page 7 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/13/2013 | 1649 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30550 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4.5 | Heating & Cooling Labor:(11-12) CHECKED OUT UNIT AND FOUND A CRACK IN THE HEAT EXCHANGER. LET DONNIE KNOW THAT UNIT NEEDS TO BE REPLACED. PER DONNIE, REPAIR UNIT. (11-13) PULLED UNIT OUT AND REPLACED GAS VALVE AND THERMOSTAT. WASHED OUT UNIT, CHECKED VENTS, ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 315.00 |
| | Job Materials Cost: ROBERT SHAW MILLIVOLT GAS VALVE, HEAT ONLY THERMOSTAT, CARBON MONOXIDE ALARM | 244.35 | 244.35T |
| | 103 N. CAROLINA<br>Sales Tax | 8.25% | 20.16 |

Thank you for your business.

**Total** $579.51

**Appendix 000261**

**Motion to Remove Exhibit B Page 8 of 41 Pages**

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|---|---|
| 11/11/2013 | 1651 |

| Bill To |
|---|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|---|---|---|
| 30396 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2 | Heating & Cooling Labor: PULLED OUT UNIT AND FOUND PILOT GENERATOR AND THERMOSTAT TO BE BAD. REPLACED BOTH, CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. (PER DONNIE, USE OLD W/O #) | 70.00 | 140.00 |
| | Job Materials Cost: PILOT GENERATOR AND HEAT ONLY THERMOSTAT | 100.66 | 100.66T |
| | 106 S. PALO DURO # A (ORIGINAL W/O FROM 10-23, PER DONNIE USE OLD W/O #) | | |
| | Sales Tax | 8.25% | 8.30 |

Thank you for your business.

**Total** $248.96

**Appendix 000262**

**Motion to Remove Exhibit B Page 9 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/6/2013 | 1673 |



RECEIVED FEB 2 1 2014

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30483 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 14 | Heating & Cooling Labor: (2 MAN LABOR) COMPLETE NEW INSTALL 2.5 TON PAYNE CONDENSER AND 77000 BTU GAS FURNACE. RAN NEW LINE SET, PULLED VACUUM. | 105.00 | 1,470.00 |
| | Job Materials Cost:2.5 TON PAYNE CONDENSER, 77000 BTU GOODMAN FURNACE, 3/4" GAS STOP, PRO 5000 THERMOSTAT, TORCH, VACUUM, NITROGEN, ARMORFLEX, 7/8" COPPER, 3/8" COPPER, 7 POUNDS R-22 FREON | 3,071.15 | 3,071.15T |
| | 1135 PRESCOTT Sales Tax | 8.25% | 253.37 |

Thank you for your business.

| **Total** | $4,794.52 |
|-----------|-----------|

**Appendix 000263**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2013 | 1635 |



| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30483 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 10 | Heating & Cooling Labor:INSTALLED NEW 2.5 TON CONDENSER AND RAN NEW LINE SET. INSTALLED NEW 77000 BTU GAS FURNACE. (2 MAN LABOR) | 105.00 | 1,050.00 |
| | Job Materials Cost:2.5 TON PAYNE CONDENSER, 77000 BTU GOODMAN FURNACE, 3/4" GAS STOP, PRO 5000 THERMOSTAT, TORCH AND SOLDER, VACUUM, NITROGEN, ARMAFLEX, 7/8" COPPER, 3/4" COPPER, R-22 FREON | 3,071.15 | 3,071.15T |
| | 1135 PRESCOTT | | |
| | Sales Tax | 8.25% | 253.37 |

Thank you for your business.

| **Total** | **$4,374.52** |
|-----------|---------------|

**Appendix 000264**

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/5/2013 | 1636 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30448 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 6 | Heating & Cooling Labor:10-29 CHECKED FURNACE AND LIT PILOT LIGHT THEN FOUND A HOLE IN HEAT EXCHANGER. CONDEMNED UNIT. 10-30 REPLACE UNIT PER DONNIE. 10-31 REPLACED INDOOR FURNACE AND VENT. OPERATION CHECKED OUT AND RETURNED UNIT TO SERVICE. (2 MAN LABOR) | 105.00 | 630.00 |
| | Job Materials Cost:77000 BTU MH FURNACE, MH DW VENT, MH DW CAPACITOR, SILICONE, ROOF TAR, 2' GAS FLEX 3/4", HEAT ONLY THERMOSTAT | 1,735.64 | 1,735.64T |
| | 1310 HOLBROOK | | |
| | Sales Tax | 8.25% | 143.19 |

Thank you for your business.

| **Total** | **$2,508.83** |
|-----------|---------------|

**Appendix 000265**

**Motion to Remove Exhibit B Page 12 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/8/2013 | 1647 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30510 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8.5 | Heating & Cooling Labor:(11-7) PILOT LIGHT KEPT BLOWING OUT. CHECKED FURNACE AND HEAT EXCHANGER AND FOUND A PIN HOLE CAUSING THE ISSUES. CONDEMNED UNIT, INSTALL NEW FURNACE PER DONNIE. (11-8) CHANGED OUT INDOOR FURNACE AND VENTS, REWIRED AND CONNECTED GAS. CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 595.00 |
| | Job Materials Cost: 70K BTU MH FURNACE, MH ROOF JACK, NITROGEN, SILICONE, ROOF TAR. | 1,636.83 | 1,636.83T |
| | 1314 HOLBROOK<br>Sales Tax | 8.25% | 135.04 |

Thank you for your business.

| **Total** | $2,366.87 |
|-----------|-----------|

**Appendix 000266**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/12/2013 | 1648 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30544 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | Heating & Cooling Labor: CHECKED UNIT AND FOUND GAS VALVE TO BE BAD, REPLACED GAS VALVE AND GENERATOR. CHECKED OUT OPERATION AND ALL CHECKED OUT GOOD. | 70.00 | 350.00 |
| | Job Materials Cost:ROBERT SHAW 710-410 MILLIVOLT GAS VALVE,GENERATOR | 200.00 | 200.00T |
| | 107 28TH ST. #15 | | |
| | Sales Tax | 8.25% | 16.50 |

Thank you for your business.

| **Total** | **$566.50** |
|-----------|-------------|

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/12/2013 | 1642 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30555 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT, UNIT WAS WORKING FINE WHEN WE ARRIVED. DID A THOROUGH CHECK AND FOUND NO PROBLEMS OR ISSUES WITH UNIT. RETURNED UNIT TO SERVICE. | 70.00 | 70.00 |
| | 107 28TH #8<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000268**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1684 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30632 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:(11-21) CHECKED OUT UNIT AND FOUND THAT THE PILOT GENERATOR WAS BAD. (11-22) REPLACED PILOT GENERATOR, CHECKED OUT OPERATION AND ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:PILOT GENERATOR | 56.85 | 56.85T |
| | 107 28TH ST. #12 | | |
| | Sales Tax | 8.25% | 4.69 |

Thank you for your business.

| Total | $201.54 |
|-------|---------|

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2013 | 1683 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30655 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 70.00 |
| | 107 28TH #7<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000270**

**Motion to Remove Exhibit B Page 17 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/5/2013 | 1632 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30486 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Electrical & Lighting: REPLACED 2 LIGHT FIXTURES, REPLACED DRYER PLUG, HAD TO LOCATED SWITCH FOR LIVING ROOM LIGHTS AND REPLACED SWITCH. | 70.00 | 140.00 |
| | Job Materials Cost:SP SWITCH, DRYER PLUG, 2G PLATE | 28.00 | 28.00T |
| | 715 S. LAMAR<br>Sales Tax | 8.25% | 2.31 |

Thank you for your business.

| Total | $170.31 |
|-------|---------|

**Appendix 000271**

**Motion to Remove Exhibit B Page 18 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 1656 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30619 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor: CHECKED OUT UNIT, CYCLED UNIT SEVERAL TIMES WITH EACH TIME UNIT RUNNING FINE. DID NOT DETECT ANY PROBLEMS WITH UNIT, ALL CHECKED OUT OK. | 70.00 | 70.00 |
| | 1002 SW 11TH ST. #7 | | |
| | Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000272**

**Motion to Remove Exhibit B Page 19 of 41 Pages**

# Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 12/2/2013 | 1694 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30704 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Electrical & Lighting: (12-2) NO POWER TO TWO PLUGS IN HOUSE. NEED ACCESS TO ATTIC IN OTHER TENANTS HOUSE, UNIT A. HAD TO MAKE ARRANGEMENTS WITH TENANT TO COME BACK ANOTHER DAY. (12-4) FOUND LOOSE CONNECTION IN ATTIC, REPAIRED CONNECTION WITH WIRE NUTS. | 70.00 | 140.00 |
| 2 | Job Materials Cost:WIRE NUTS | 0.50 | 1.00T |
| | 612 SW 17TH #B.<br>Sales Tax | 8.25% | 0.08 |

Thank you for your business.

| **Total** | $141.08 |
|-----------|---------|

**Appendix 000273**

**Motion to Remove Exhibit B Page 20 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/14/2013 | 1637 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30558 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Electrical & Lighting: REPLACED SCREW THAT MOUNTS COVER ON STOVE PLUG. CHECKED OPERATION AND ALL CHECKED OUT OK. LEFT NOTE FOR THE TENANT. | 70.00 | 105.00 |
| | 1410 PONDEROSA # 131<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $105.00 |
|-------|---------|

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1680 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30646 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Heating & Cooling Labor:CHECKED DUCT WORK, REPAIRED DUCT IN MASTER BATH. CHECKED THE REST OF THE DUCT WITH CAMERA AND COULDN'T PINPOINT WHERE OR WHAT WAS CAUSING POOR AIR FLOW. ALL LOOKED GOOD. | 70.00 | 105.00 |
| | 1023 TEMPE<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $105.00 |
|-------|---------|

**Appendix 000275**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/2/2013 | 1672 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30702 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Electrical & Lighting: FOUND BURNED UP CONNECTION INSIDE HEATER. REPAIRED CONNECTION, CHECKED OUT UNIT AND ALL WORKING PROPERLY. | 70.00 | 105.00 |
| | Job Materials Cost: WIRE NUTS AND TAPE | 2.50 | 2.50T |
| | 1410 PONDEROSA #230 | | |
| | Sales Tax | 8.25% | 0.21 |

Thank you for your business.

| Total | $107.71 |
|-------|---------|

**Appendix 000276**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/23/2013 | 1681 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30639 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:(11-22) CHECKED UNIT AND FOUND PILOT OFF, LIT PILOT AND CYCLED UNIT, ALL CHECKED OUT. (11-23) CHECKED UNIT AND FOUND THERMOCOUPLE BAD, REPLACED, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:48" THERMOCOUPLE | 14.18 | 14.18T |
| | 1143 PRESCOTT<br>Sales Tax | 8.25% | 1.17 |

Thank you for your business.

| Total | $155.35 |
|-------|---------|

**Appendix 000277**

**Motion to Remove Exhibit B Page 24 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/11/2013 | 1691 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30639 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 3 | Heating & Cooling Labor:(PER DONNIE, USE OLD WORK ORDER NUMBER 30639 FOR THIS INVOICE). CHECKED OUT ENTIRE SYSTEM HEATER REWIRED, PULLED VENT CAP OFF, CHECKED VENT, PILOT WAS BLOWING OUT. POSSIBLE CRACK IN HEAT EXCHANGER. NEEDS A NEW UNIT, TECH HAS DISABLED UNIT. | 70.00 | 210.00 |
| | 1143 PRESCOTT<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| **Total** | $210.00 |
|-----------|---------|

# Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 6/5/2013 | 1329 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor: REPLACED CONTACT ON CONDENSING UNIT. AND THERMOSTAT, DUE TO STORM. (LIGHTING POWER SURGE). AND CHARGED WITH FREON | 70.00 | 140.00 |
| | Job Materials Cost:208 V. CONTRACTOR, PRO 5000 HONEYWELL THERMOSTAT, FREON | 134.45 | 134.45T |
| | 1229 CASA GRANDE Sales Tax | 8.25% | 11.09 |

Thank you for your business.

| | **Total** | $285.54 |

**Appendix 000279**

**Motion to Remove Exhibit B Page 26 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2013 | 1621 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30428 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Heating & Cooling Labor:CHECKED UNIT, PULLED HEATER OUT. WASHED HEAT EXCHANGER AND SCRAPED PLASTIC OFF HEAT EXCHANGER. REPLACED THERMOSTAT AND WIRED UNIT BACK UP. CHECKED OPERATION AND ALL WORKING PROPERLY. | 70.00 | 280.00 |
| | Job Materials Cost:HEAT ONLY THERMOSTAT | 31.99 | 31.99T |
| | 4110 S. TYLER  # A | | |
| | Sales Tax | 8.25% | 2.64 |

Thank you for your business.

| **Total** | $314.63 |
|-----------|---------|

**Appendix 000280**

**Motion to Remove Exhibit B Page 27 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/26/2013 | 1685 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30644 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Heating & Cooling Labor:(11-22) CHECKED OUT UNIT AND DUCT WORK. ADJUSTED BLOWER SPEED, CHECKED GAS PRESSURE STILL NOT WARMING UP HOUSE. FOUND THAT THE BLOWER MOTOR WAS NOT WORKING, NEEDS REPLACED.(11-26) INSTALLED NEW BLOWER MOTOR, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 280.00 |
| | Job Materials Cost: BLOWER MOTOR | 118.13 | 118.13T |
| | 1105 PRESCOTT<br>Sales Tax | 8.25% | 9.75 |

Thank you for your business.

| **Total** | **$407.88** |
|-----------|-------------|

**Appendix 000281**

**Motion to Remove Exhibit B Page 28 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/6/2013 | 1692 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30731 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 4 | Heating & Cooling Labor:(12-5) CHECKED OUT UNIT AND FOUND THAT THE HEATER AND A/C RUNNING AT THE SAME TIME. NEEDS A NEW THERMOSTAT. (12-6) INSTALLED NEW FOCUS PRO 5000 THERMOSTAT. CHECKED OUT OPERATION AND ALL CHECKED OUT OK. | 70.00 | 280.00 |
| 1 | Job Materials Cost:FOCUS PRO 5000 THERMOSTAT | 66.63 | 66.63T |
| | 2620 10TH AVE #20  PARKVIEW APTS.<br>Sales Tax | 8.25% | 5.50 |

Thank you for your business.

**Total** $352.13

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/25/2013 | 1679 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30651 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:(11-23)CHECKED UNIT AND FOUND THERMOSTAT TO BE BAD. INSTALLED TEMP. THERMOSTAT UNTIL COULD COME BACK WITH NEW ONE.(11-25) REPLACED NEW THERMOSTAT, CHECKED OPERATION AND ALL CHECKED OUT GOOD. | 70.00 | 140.00 |
| | Job Materials Cost:FOCUS PRO 5000 HONEYWELL THERMOSTAT | 60.49 | 60.49T |
| | 2618 10TH #9<br>Sales Tax | 8.25% | 4.99 |

Thank you for your business.

| Total | $205.48 |
|-------|---------|

**Appendix 000283**

**Motion to Remove Exhibit B Page 30 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/29/2013 | 1620 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30447 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor:CHECKED UNIT AND FOUND 5 AMP FUSE TO BE BAD. REPLACED FUSE, CHECKED OPERATION, ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:5 AMP FUSE | 4.95 | 4.95T |
| | 1045 TEMPE | | |
| | Sales Tax | 8.25% | 0.41 |

Thank you for your business.

| **Total** | **$145.36** |
|-----------|-------------|

**Appendix 000284**

## Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/11/2013 | 1639 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30514 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 2 | Heating & Cooling Labor: CHECKED UNIT AND FOUND THE PANEL ON THE FURNACE NOT IN PLACE AND NOT ALLOWING AIR FLOW TO RUN THROUGH VENTS. PULLED BLOWER MOTOR OUT AND CLEANED IT REALLY GOOD. REPLACED FILTERS (CUSTOMER PROVIDED), CHECKED OUT OPERATION AND ALL CHECKED OUT OK. | 70.00 | 140.00 |
| | Job Materials Cost:NITROGEN, FOIL TAPE | 27.50 | 27.50T |
| | 1313 HOLBROOK | | |
| | Sales Tax | 8.25% | 2.27 |

Thank you for your business.

| | **Total** | **$169.77** |
|---|---|---|

**Appendix 000285**

**Motion to Remove Exhibit B Page 32 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/13/2013 | 1640 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30560 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1.5 | Heating & Cooling Labor:CHECKED UNIT, ADJUSTED WATER COLUMN PRESSURE ON GAS VALVE. CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 105.00 |
| | 1103 PRESCOTT<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $105.00 |
|-------|---------|

**Appendix 000286**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1682 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30638 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECK UNIT AND FOUND THE THERMOSTAT TO BE BAD. REPLACED THERMOSTAT, CHECKED OPERATION AND ALL CHECKED OUT OK. | 70.00 | 70.00 |
| | Job Materials Cost:PRO 5000 HONEYWELL THERMOSTAT | 60.49 | 60.49T |
| | 1041 TEMPE<br>Sales Tax | 8.25% | 4.99 |

Thank you for your business.

| | |
|---|---|
| **Total** | $135.48 |

**Appendix 000287**

**Motion to Remove Exhibit B Page 34 of 41 Pages**

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1686 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30636 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor: CHECKED UNIT, LIT PILOT, CYCLED UNIT THROUGH A FEW TIMES TO MAKE SURE IT WAS WORKING PROPERLY, ALL CHECKED OUT OK, RETURNED UNIT TO SERVICE. | 70.00 | 70.00 |
| | 1243 CASA GRANDE | | |
| | Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total**     $70.00

**Appendix 000288**

**Motion to Remove Exhibit B Page 35 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/22/2013 | 1687 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30637 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED OUT UNIT, LIT PILOT, CYCLED UNIT THOUGH, CHECKED AIR FLOW AND FOUND THAT AIR FLOW WAS VERY POOR AND UNIT IS LOUD BECAUSE ITS AN OLD UNIT. | 70.00 | 70.00 |
| | 1232 CASA GRANDE<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000289**

**Motion to Remove Exhibit B Page 36 of 41 Pages**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 1655 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30633 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, LIT PILOT, CYCLED FURNACE A FEW TIMES AND DID A CARBON MONOXIDE CHECK, NO TRACES OF CO WERE DETECTED. UNIT IS WORKING PROPERLY. | 70.00 | 70.00 |
| | 2413 13TH #13<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

| Total | $70.00 |
|-------|--------|

**Appendix 000290**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/20/2013 | 1652 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30621 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, DID A CO TEST WITH FURNACE RUNNING AND DIDN'T GET ANY TRACES, HOWEVER AS SOON AS I ENTERED THE PROPERTY I COULD SMELL A MUSTY SMELL. UNIT CHECKED OUT OK. | 70.00 | 70.00 |
| | 1209 CASA GRANDE<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total** $70.00

**Appendix 000291**

**Motion to Remove Exhibit B Page 38 of 41 Pages**

# Invoice

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/27/2013 | 1688 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30680 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, LIT PILOT, CHECKED OPERATION AND ALL CHECKED OUT OK. RETURNED UNIT TO SERVICE. | 70.00 | 70.00 |
| | 1128 PRESCOTT<br>Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total**     $70.00

**Appendix 000292**

ASAP AIR L.L.C.

P.O. BOX 3037
AMARILLO, TX 79116

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/21/2013 | 1674 |

| Bill To |
|---------|
| MAKE READY CONSTRUCTION CO<br>506 S. LIPSCOMB<br>AMARILLO, TX 79101<br>TURNED OVER TO COLLECTIONS!!!!!!!!! |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30606 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 8 | Heating & Cooling Labor:(2 MAN JOB) (11-19) CHECKED UNIT, CONDEMNED FURNACE, NEEDS REPLACED. (11-21) REPLACED FURNACE, BUILT NEW PLAT FORM, WIRED UP UNIT, OPERATION GOOD. | 105.00 | 840.00 |
| | Job Materials Cost: 70000 BTU PAYNE FURNACE, 16X15X1 FILTER BASE, 16X25X1 FILTERS, PIGTAIL, 5" DOUBLE WALL 90 VENTS, 8' 2X4S, GAS FLEX, 4" DRAFT HOOD CONNECTOR, 1/2" NIPPLE, 1/2 BLACK PIPE 90, ROMEX CONNECTOR, SILICONE/SCREWS, CARBON MONOXIDE DETECTOR, DIGITAL PROGRAMMABLE THERMOSTAT, 10' METAL 14X3 FRESH AIR, INSPECTION | 1,074.24 | 1,074.24T |
| | 4710 W. 57TH #47<br>Sales Tax | 8.25% | 88.62 |

Thank you for your business.

| Total | $2,002.86 |
|-------|-----------|

**Appendix 000293**

**Motion to Remove Exhibit B Page 40 of 41 Pages**

# Invoice

**ASAP AIR L.L.C.**

P.O. BOX 3037
AMARILLO, TX 79116

| Date | Invoice # |
|------|-----------|
| 11/25/2013 | 1678 |

**Bill To**

MAKE READY CONSTRUCTION CO
506 S. LIPSCOMB
AMARILLO, TX 79101
TURNED OVER TO COLLECTIONS!!!!!!!!!

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 30650 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Heating & Cooling Labor:CHECKED UNIT, LIT PILOT, CHECKED FOR CARBON MONOXIDE AND CHECKED AIR FLOW, ALL CHECKED OUT OK. OPERATION GOOD. | 70.00 | 70.00 |
| | 1211 CASA GRANDE | | |
| | Sales Tax | 8.25% | 0.00 |

Thank you for your business.

**Total**

Filed
Caroline Woodburn
District Clerk
4/14/2015 11:08:35 A
Potter County, Texas
By: Deputy

**Appendix 000294**

# CAUSE NO. 102171-A

| | | |
|---|---|---|
| MAKE READY CONTRACTORS, INC., | § § | IN THE 47th DISTRICT COURT |
| Plaintiff, | § § | |
| | § | IN AND FOR |
| vs. | § | |
| | § | |
| ASAP AIR OF AMARILLO, L.L.C., | § | POTTER COUNTY, TEXAS |
| Defendant. | | |

## DEFENDANT'S RESPONSE TO SUMMARY MOTION TO REMOVE INVALID OR UNENFORCEABLE LIENS

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW, ASAP AIR OF AMARILLO, L.L.C. ("ASAP Air"), Defendant in the above-entitled and numbered cause, and files this response to Plaintiff's Summary Motion to Remove Invalid or Unenforceable Liens (the "Motion"):

### I. INTRODUCTION AND FACTS

1.      Defendant is in the business of performing HVAC installation and repair services in the Amarillo area. From May through December 2013, Defendant performed a majority of its work for Plaintiff and its various subsidiaries and related companies.

2.      On February 24, 2014, Plaintiff filed suit against ASAP Air. Its only claims for relief are (1) for $506.74 Plaintiff alleges it was improperly charged as sales tax for services rendered and (2) a request for declaratory relief that it does not owe the amounts included in two invoices attached to the Original Petition. ASAP Air filed its Original Answer, a general denial, on May 5, 2015.

3.      In May 2014, after being served with the Original Petition, ASAP Air and its sole member, Michael Weatherford, filed approximately 40 liens (the "Liens") against the various entities (the "Entities") named in the Motion. Each of the Entities is owned or

---

Defendant's Response to Motion to Remove Liens

controlled by Daniel L. Rogers. Exhibit A, which is a true and correct copy of the Assignment, Ratification and Limited Power of Attorney (the "Assignment") through which Plaintiff claims the authority to seek to remove liens filed against the Entities, is incorporated herein by reference for all purposes. The Assignment establishes that Rogers is the President of Plaintiff and all but one of the Entities. He is the "agent" of the final entity, Amarillo Residential, LLC. He has held positions of authority in Plaintiff and the Entities for several years prior to any relationship Plaintiff or the Entities had with ASAP Air. Exhibit B, which is a true and correct copy of the formation documents for Plaintiff and the Entities, is incorporated herein by reference for all purposes.

4.      On April 13, 2015, Plaintiff filed the Motion seeking to remove each of the Liens under TEX. PROP. CODE § 53.160. Plaintiff's sole reason that the Liens should be removed is that they were untimely filed and, thus, do not comply with TEX. PROP. CODE § 53.052.

5.      Because the Liens are constitutional liens, and not statutory liens, compliance with Chapter 53 of the Texas Property Code was not required to perfect the Liens. Therefore, the Motion should be denied.

### III. ARGUMENT AND AUTHORITIES

6.      Texas recognizes two types of mechanics and materialmen's liens: constitutional and statutory. *Crawford Servs., Inc. v. Skillman Int'l Firm, L.L.C.*, 444 S.W.3d 265, 267 (Tex. App.—Dallas 2014, pet. dism'd). Both liens exist to protect people and entities who furnish labor and materials for improving the value of another's land. *Id.* The law governing mechanic's and materialmen's liens in Texas are to be liberally construed for the purposes of protecting laborers, materialmen, and owners.

*Trinity Drywall Sys., LLC v. Toka Gen. Contractors, Ltd.*, 416 S.W.3d 201, 211 (Tex. App.—El Paso 2013, pet. denied)

7.    The statutory lien, deriving from Chapter 53 of the Texas Property Code, was created to protect contractors and suppliers who did not contract directly with the property owner. *Id.* at 268; TEX. PROP. CODE § 53.021. This statutory lien requires substantial compliance with the deadlines and formalities of Chapter 53. *First Nat'l Bank in Graham v. Sledge*, 653 S.W.2d 283, 285–86 (Tex. 1983). In addition to the other requirements of Chapter 53, a statutory lien must be filed "no later than the 15th day of the fourth calendar month after the day on which the indebtedness accrues." TEX. PROP. CODE § 53.052.

8.    The constitutional lien, deriving from Article 16, § 37 of the Texas Constitution, protects only those who directly contract with the owner of the real property against which the lien is asserted. *Crawford Servs., Inc.*, 444 S.W.3d at 267. A constitutional lien is self-executing and attaches to the real property irrespective of compliance, or lack thereof, with Chapter 53. *First Nat'l Bank in Dallas v. Whirlpool Corp.*, 517 S.W.2d 262, 267 (Tex. 1974); *In re Curry*, 407 S.W.3d 376, 379 (Tex. App.— Dallas 2013, no pet.); *Trinity Drywall Sys., LLC*, 416 S.W.3d at 208; *Tex. Wood Mill Cabinets, Inc. v. Butter*, 117 S.W.3d 98, 100 (Tex. App.—Tyler 2003, no pet.); *Apex Fin. Corp. v. Brown*, 7. S.W.3d 820, 830 (Tex. App.—Texarkana 1999, no pet.).

9.    Important to this discussion, a laborer who furnishes labor or materials under a direct contractual relationship with a person other than the owner of the real property is considered to be in direct contractual relationship with the owner if the owner and the other person are effectively controlled by the same person. TEX. PROP. CODE

§ 53.026. Put another way, a subcontractor or materialman to an original contractor is elevated to original contractor status if there is a "sham relationship" between the owner of the real property and the general contractor. *Trinity Drywall Sys., LLC*, 416 S.W.3d at 209–10. Once elevated to original contractor status, even what appears at first blush to be a subcontractor may assert and enforce a constitutional lien on the real property. *Da-Col Paint Mfg. Co. v. Am. Indem. Co.*, 517 S.W.2d 270, 273 (Tex. 1974); *Trinity Drywall Sys., LLC*, 416 S.W.3d at 212.

10.     Though an original contractor has a self-executing lien against the owner of the real property, notice of the lien must still be provided in order to enforce the constitutional lien against a third party. *Tex. Wood Mill Cabinets, Inc.*, 117 S.W.3d at 105. A third party is considered to have constructive notice of the constitutional lien if the lien claimant complies with Chapter 53. *Detering Co. v. Green*, 989 S.W.2d 479, 481 (Tex. App.—Houston [1st Dist.] 1999, pet. denied). However, even absent compliance with the requirements of Chapter 53, a constitutional lien claimant is still protected as to third parties if the third party has actual knowledge of the constitutional lien. *Id.* A third party would have actual knowledge if it searched the property records and discovered the filed and recorded lien affidavit. *Thomson Oil Royalty, LLC v. Graham*, 351 S.W.3d 162, 166–67 (Tex. App.—Tyler 2011, no pet.) (citing *Madison v. Gordon*, 39 S.W.3d 605, 606 (Tex. 2001) (finding actual notice of mineral lease when third party personally viewed recorded lease prior to executing lease on same property). Because a constitutional lien claimant cannot feasibly give actual notice of its lien to every potential third party purchaser of the subject real property, filing the lien affidavit is the only way in which a claimant may reasonably be expected to attempt to provide actual notice. In performing

its due diligence, a third party would be expected to search the property records and would discover the lien affidavit; thus, providing actual notice of the claimed constitutional lien and preserving the rights of the claimant. This must be so even if the affidavit is untimely to provide constructive notice pursuant to Chapter 53. *See Trinity Drywall Sys., LLC*, 416 S.W.3d at 211 (stating that mechanic's liens provisions are to be construed liberally for the purposes of protecting laborers, materialmen, and owners).

11.     Plaintiff, the party purporting to be the general contractor that hired ASAP Air, is in just such a sham relationship with each of the Entities; thus, ASAP Air is considered to be an original contractor and holds a constitutional lien on each of the properties in question. Exhibit A; Exhibit B. Daniel Rogers is Plaintiff's sole director. Exhibit B. Rogers also owns and/or manages each of the Entities. Exhibit A. Because of Rogers' dual control of Plaintiff and the Entities, either the Entities, owners of the real property, can effectively control the purported general contractor Plaintiff, or vice versa. *See Da-Col Paint Mfg. Co.*, 517 S.W.2d at 271–74 (affirming trial court's application of the predecessor to Section 53.062 when two of three owners of real property owned 99% of the shares of stock issued by general contractor).

12.     In addition to maintaining a position of control for both Plaintiff and the Entities, the work order, billing, and payment process indicates a unity in interest between Plaintiff and the Entities. Exhibit C, which is a true and correct copy of one of the work orders Plaintiff presented to Defendant, is incorporated herein by reference for all purposes. Each work order Plaintiff delivered to ASAP Air was on behalf of Plaintiff, not any of the Entities. However, when Plaintiff paid ASAP Air upon completion of the work specified in the work order, payments were made through different accounts held by the

individual Entities. Exhibit D, which is a true and correct copy of the check stubs for payments actually made to ASAP Air, is incorporated herein by reference for all purposes. The fact that payment was made by the Entities owned and/or operated by Rogers for work orders submitted by Plaintiff, which is also owned and/or operated by Rogers, is further evidence that there is a unity of interest between Plaintiff and the Entities and a sham relationship exists under Section 53.026.

13.     Because of this sham relationship, Plaintiff's role in the chain of contractors is ignored and ASAP Air is considered to be in a direct contractual relationship with each of the Entities. TEX. PROP. CODE § 53.026. Because of ASAP Air's status as an original contractor, the date the liens were recorded is immaterial to their effectiveness and enforceability as to Plaintiff or the Entities. Further, because ASAP Air must provide actual notice to any third party that desires to purchase any of the subject properties, it must be permitted to file the Liens despite being untimely with Chapter 53. Thus, the Motion should be denied.

### III. ATTORNEYS' FEES

14.     Because the Motion should be denied, ASAP Air is entitled to its reasonable attorneys' fees under TEX. PROP. CODE § 53.156. A reasonable attorneys' fee to respond to this Motion would be $1,200. Exhibit E, which is the affidavit of Jason Fenton, is incorporated herein for all purposes.

### IV. PRAYER

WHEREFORE PREMISES CONSIDERED, Defendant, ASAP AIR OF AMARILLO, L.L.C., prays that the Motion be denied and that it be awarded its reasonable and necessary attorneys' fees in responding to this Motion.

Defendant's Response to Motion to Remove Liens

Respectfully submitted,

UNDERWOOD LAW FIRM, P.C.
Mike Smiley
State Bar No. 18526550
Mike.Smiley@uwlaw.com
C. Jason Fenton
State Bar No. 24087505
Jason.Fenton@uwlaw.com
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79105
Telephone: (806) 376-5613
Fax: (806) 373-0316

By: _____
C. Jason Fenton
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of May, 2015, a true and correct copy of the above and foregoing document was served via email and first class mail to the following:

Frederic M. Wolfram
The Wolfram Law Firm, P.C.
Chase Tower
600 S. Tyler St.
Suite 1406
Amarillo, TX  79101-2361
eric@wolframlaw.com

C. Jason Fenton

# EXHIBIT A

Appendix 000303

Cause No. 102,171-A

| | | |
|---|---|---|
| Make Ready Contractors, Inc., | * | In the 47th District Court |
| Plaintiff, | * | |
| | * | |
| v. | * | In and For |
| | * | |
| ASAP Air of Amarillo, L.L.C., | * | |
| Defendant | * | Potter County, Texas |

## ASSIGNMENT, RATIFICATION AND LIMITED POWER OF ATTORNEY

For ten dollars and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the following entities or persons each assign all of their right, title and interest in an to all claims against ASAP Air of Amarillo, L.L.C., its members, managers, representatives and agents, arising from or related to any claims made or which could be made in the above captioned proceeding, including the right to enforce claims, answer counterclaims, and move to remove liens on property owned by such entities or persons, subject to the further terms of this agreement:

1.  4710 57th Street, LLC
2.  Amberwood MHP, LLC
3.  2312 14th Avenue, LLC
4.  Daniel L. Rogers
5.  Amarillo Residential, LLC
6.  Potter County Homes, LLC
7.  107 28th Street, LLC
8.  1002 SW 11th, LLC
9.  4710 57th Street, LLC
10.  2407 13th Avenue, LLC
11.  2620 10th Avenue, LLC
12.  2618 10th Avene, LLC
13.  1410 Ponderosa, LLC
14.  Randall County Homes, LLC

Each of the above entities or persons hereby adopts and ratifies all actions taken in the above

Appendix 000304

captioned proceeding by Make Ready Contractors, Inc., and adopts such actions as their own.

Each of the below named entities or persons appoints Make Ready Contractors, Inc., whose signature is set forth below, my true and lawful agent and attorney-in-fact. The attorney-in-fact appointed by this document has the following powers only:

1.      The power to prosecute and defend the above referenced case to judgment and appeal, if necessary.

2.      The power to settle or compromise any and all claims and counterclaims in the above referenced case.

3.      The power to seek removal of mechanic's liens on property owned by each such entity or person which property is involved in the above referenced proceeding.

The attorney-in-fact appointed by this document has the power and authority to do and perform every act necessary and proper to be done in the exercise of any of the powers described above, as fully as I might or could do if personally present.

The attorney-in-fact appointed by this document has full and complete power to delegate to or to substitute any other person for the performance of any act necessary and proper to be done in the exercise of any of the powers described above.

This power of attorney shall be effective on April 10, 2015, and shall remain in full force and effect until the above referenced proceeding is concluded.

Accepted:

_____        Date: April _24_, 2015
Make Ready Contractors, Inc.
By its: _____

Assignment, Ratification and Limited Power of Attorney
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\Ma2814.007.wpd      Page 2 of 9

Appendix 000305

4710 57th Street, LLC

By its: _____

## Acknowledgment

STATE OF TEXAS     *

COUNTY OF POTTER     *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ *Amberwood MHP, LLC* , a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April 24, 2015

_____
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

Amberwood MHP, LLC

By its: _____

## Acknowledgment

STATE OF TEXAS     *

COUNTY OF POTTER     *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ *2312 14th Ave LLC* , a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April 24, 2015

_____
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

2312 14th Avenue, LLC

By its: _____

## Acknowledgment

STATE OF TEXAS      *

COUNTY OF POTTER    *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of ____ _Amarillo Rehab LLC_ , a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April 24, 2015

Sharon D. Roberts

Notary Public, In and For

The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

Daniel L. Rogers

## Acknowledgment

STATE OF TEXAS      *

COUNTY OF POTTER    *

This instrument was acknowledged before me on April 24, 2015, by Dan Roger.

Sharon D. Roberts

Notary Public, In and For

The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

Amarillo Residential, LLC

By its: _____

Assignment, Ratification and Limited Power of Attorney
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\Ma2814.007.wpd      Page 4 of 9

Appendix 000307

## Acknowledgment

STATE OF TEXAS      *
COUNTY OF POTTER      *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _Potter County Homes LLC_ a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_____
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

_____
Potter County Homes, LLC
By its: _____

## Acknowledgment

STATE OF TEXAS      *
COUNTY OF POTTER      *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _107 28th Street LLC_ , a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_____
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

_____
107 28th Street, LLC
By its: _____

Assignment, Ratification and Limited Power of Attorney
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\Ma2814.007.wpd      Page 5 of 9

Appendix 000308

## Acknowledgment

STATE OF TEXAS      *
COUNTY OF POTTER      *

    Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _100 2 Sw /1th LLC_ a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _2\_/_, 2015

_Sharon D. Roberts_
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

1002 SW 11th, LLC
By its: _____

## Acknowledgment

STATE OF TEXAS      *
COUNTY OF POTTER      *

    Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _4710 57th St. LLC_ a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _2\_/_, 2015

_Sharon D. Roberts_
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

4710 57th Street, LLC
By its: _____

Assignment, Ratification and Limited Power of Attorney
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\Ma2814.007.wpd      Page 6 of 9

## Acknowledgment

STATE OF TEXAS      *
COUNTY OF POTTER      *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _2 4o 7 /3ᵗʰ Aᵤₘₘ, LLᵧa_ Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_____
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

_____
2407 13th Avenue, LLC
By its: _____

## Acknowledgment

STATE OF TEXAS      *
COUNTY OF POTTER      *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _2b2o / oᵗʰ Aᵤₘₘ, LLC,_ a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_____
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

_____
2620 10th Avenue, LLC
By its: _____

Appendix 000310

**Acknowledgment**

STATE OF TEXAS          *

COUNTY OF POTTER     *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _2618 10th Avenue, LLc_ , a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_Sharon D. Roberts_
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

2618 10th Avene, LLC
By its: _____

**Acknowledgment**

STATE OF TEXAS          *

COUNTY OF POTTER     *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of _____ _1410 Ponderosa, LLC_ , a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_Sharon D. Roberts_
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2016

1410 Ponderosa, LLC
By its: _____

Assignment, Ratification and Limited Power of Attorney
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\Ma2814.007.wpd     Page 8 of 9

Appendix 000311

# Acknowledgment

STATE OF TEXAS     *
COUNTY OF POTTER     *

Before me, the undersigned authority, on this day personally appeared Dan Rogers of ____ _Randall County Homes, LLC_ a Texas limited liability company, known to me to be the person whose name is subscribed to the foregoing instrument, and acknowledged to me that he executed the same for the purposes and consideration therein expressed, in the capacity therein stated and as the act and deed of said limited liability company.

Date: April _24_, 2015

_Sharon D. Roberts_
Notary Public, In and For
The State of T E X A S

SHARON D ROBERTS
NOTARY PUBLIC
State of Texas
Comm. Exp. 12-14-2018

Randall County Homes, LLC
By its: _____

Appendix 000312

# EXHIBIT B

**Form 424**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $150



**Certificate
of Amendment**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 800594995 12/13/2006
Document #: 154059830004
Image Generated Electronically
for Web Filing**

## Entity Information

The filing entity is a: **Domestic For-Profit Corporation**

The name of the corporation is: **Limping Goat Corporation**

The file number issued to the corporation by the secretary of state is: **800594995**

## Amendment to Name

The amendment changes the formation document of the corporation to change the article or provision that names the corporation. The article or provision is amended to read as follows:

The name of the corporations is:(state the new name of the entity below)
**Make Ready Contractors, Inc.**

A letter of consent, if applicable, is attached.

## Statement of Approval

The amendment has been approved in the manner required by the applicable business organization statute that governs the filing entity and by the governing documents of the entity.

## Effectiveness of Filing

☐ A. This document becomes effective when the document is filed by the secretary of state.

☑ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its filing by the secretary of state. The delayed effective date is: **January 1, 2007**

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: **December 13, 2006**      **Daniel L. Rogers, President**

Signature and title of authorized officer

FILING OFFICE COPY

Appendix 000314

**ARTICLES OF INCORPORATION**

**OF**

**LLANO ESTACADO MANAGEMENT COMPANY, INC.**

**FILED**
In the Office of the
Secretary of State of Texas
DEC 1 5 2004
Corporations Section

## ARTICLE ONE

The name of the Corporation is LLANO ESTACADO MANAGEMENT COMPANY, INC. ("the Corporation").

## ARTICLE TWO

The period of its duration is perpetual.

## ARTICLE THREE

The purpose for which the Corporation is organized is the transaction of any and all lawful business for which a corporation may be organized under the Texas Business Corporation Act.

## ARTICLE FOUR

The street address of its initial Registered Office, and the name of its initial Registered Agent at this address, is as follows:

Daniel Rogers
506 South Lipscomb
Amarillo, Texas 79101

## ARTICLE FIVE

The aggregate number of shares which the Corporation shall have authority to issue is One Hundred Thousand (100,000). The shares shall have no par value.

Appendix 000315

## ARTICLE SIX

The number of initial Directors is one. The name and address of the initial director is:

> Daniel Rogers
> 506 South Lipscomb
> Amarillo, Texas 79101

## ARTICLE SEVEN

In an election of Directors, each Shareholder shall have the right to cumulate his votes by giving any one candidate as many votes as the number of such Directors multiplied by the number of such Shareholder's shares shall equal, or by distributing such votes on the same principle among any number of such candidates, in the manner provided by Art. 2.29D of the Texas Business Corporation Act.

## ARTICLE EIGHT

The Shareholders of the Corporation shall have the preemptive right to purchase additional shares or securities of the Corporation as set forth in Article 2.22-1 of the Texas Business Corporation Act.

## ARTICLE NINE

The Corporation shall have the power to indemnify any of its Directors or Officers, or former Directors or Officers, or any person who may have served at its request as a Director or Officer of other corporations in which it owns shares of capital stock or of which it is a creditor, against expenses actually and necessarily incurred by them in connection with the defense of any action, suit, or proceeding in which they, or any of them, are made parties, or a party, by reason of being or having been Directors or Officers of the Corporation, or of such other corporations, except in relation to matters as to which any such Director or Officer shall be adjudged in such action, suit, or proceeding to be liable for negligence or misconduct in the performance of duty. Such indemnification shall not be deemed exclusive of any other right to which those indemnified may be entitled, under any Bylaw, agreement, vote of Shareholders, or otherwise.

---

**Appendix 000316**

## ARTICLE TEN

The name and address of the Incorporator is:

Sharon M. Leal
408 W. 17th Street, Suite 101
Austin, Texas 78701-1207
(512) 474-2002

IN WITNESS WHEREOF, I have hereunto set my hand this thirteenth day of December, 2004.

_Sharon M. Leal_

Sharon M. Leal, Incorporator

**Appendix 000317**



**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801411688 04/13/2011**
**Document #: 363837010016**
**Image Generated Electronically**
**for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**Randall County Homes, LLC**

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Llano Estacado Management Company, Inc.**

### OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**506 S. Lipscomb    Amarillo  TX  79101**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

### OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb    Amarillo  TX, USA  79101**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

Appendix 000318

[The attached addendum, if any, is incorporated herein by reference.]

### Organizer

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC     <u>506 S. Lipscomb Amarillo, TX 79101</u>**

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000319

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801411683 04/13/2011
Document #: 363837010014
Image Generated Electronically
for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**2620 10th Avenue, LLC**

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Llano Estacado Management Company, Inc.**

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**506 S. Lipscomb    Amarillo  TX  79101**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb    Amarillo  TX, USA  79101**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

**Appendix 000320**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC     506 S. Lipscomb Amarillo, TX 79101**

**Effectiveness of Filing**

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000321

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801685964 11/19/2012**
**Document #: 453378290003**
**Image Generated Electronically**
**for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**1410 Ponderosa, LLC**

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Llano Estacado Management Company, Inc.**

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**506 S. Lipscomb   Amarillo  TX  79101**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

OR

☑B. The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb   Amarillo  TX, USA  79101**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

Appendix 000322

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC     <u>506 S. Lipscomb Amarillo, TX 79101</u>**

**Effectiveness of Filing**

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000323

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation**
**Limited Liability Company**

Filed in the Office of the
Secretary of State of Texas
Filing #: 801411680 04/13/2011
Document #: 363837010013
Image Generated Electronically
for Web Filing

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

**2618 10th Avenue, LLC**

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Llano Estacado Management Company, Inc.**

OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

Street Address:
**506 S. Lipscomb   Amarillo  TX  79101**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

OR

☑B. The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb    Amarillo  TX, USA  79101**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

Appendix 000324

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC**        **506 S. Lipscomb Amarillo, TX 79101**

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

**Appendix 000325**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



## Certificate of Formation
## Limited Liability Company

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801685965 11/19/2012
Document #: 453378290004
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## 2407 13th Avenue, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## Llano Estacado Management Company, Inc.

### OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
## 506 S. Lipscomb   Amarillo  TX  79101

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

### OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.
The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb   Amarillo  TX, USA  79101**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

**Appendix 000326**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC**       **506 S. Lipscomb Amarillo, TX 79101**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000327



## Certificate of Formation
## Limited Liability Company

Filed in the Office of the
Secretary of State of Texas
Filing #: 801685969 11/19/2012
Document #: 453378290008
Image Generated Electronically
for Web Filing

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## 107 28th Street, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## Llano Estacado Manangement Company, Inc.

### OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
## 506 S. Lipscomb   Amarillo  TX  79101

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

### OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb   Amarillo  TX, USA  79101**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

Appendix 000328

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC**          **506 S. Lipscomb Amarillo, TX 79101**

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000329

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801685963 11/19/2012**
**Document #: 453378290002**
**Image Generated Electronically**
**for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## 1002 SW 11th, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

### Llano Estacado Manangement Company

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
### 506 S. Lipscomb   Amarillo  TX  79101

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

**OR**

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

**OR**

☐B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb   Amarillo  TX, USA  79101**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

**Appendix 000330**

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President, LEMC          506 S. Lipscomb Amarillo, TX 79101**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

FILING OFFICE COPY

Appendix 000331

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



**Certificate of Formation**
**Limited Liability Company**

**Filed in the Office of the**
**Secretary of State of Texas**
**Filing #: 801029615 09/17/2008**
**Document #: 229827820002**
**Image Generated Electronically**
**for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## 2312 14th Avenue, LLC

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

**Llano Estacado Management Company, Inc.**

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**506 S. Lipscomb    Amarillo TX 79101**

## Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

**OR**

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb    Amarillo TX, USA 79101**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

## Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

x 000332

The name and address of the organizer are set forth below.

**Llano Estacado Management Company, Inc.**          **506 S. Lipscomb, Amarillo, TX 79101**

**Effectiveness of Filing**

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Daniel L. Rogers, President**

Signature of Organizer

**FILING OFFICE COPY**

**Appendix 000333**



**Certificate of Formation
Limited Liability Company**

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801685967 11/19/2012
Document #: 453378290006
Image Generated Electronically
for Web Filing**

## Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

### 4710 57th Street, LLC

## Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

### Llano Estacado Management Company, LLC

### OR

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

Street Address:

### 506 S. Lipscomb    Amarillo  TX  79101

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

## Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

### OR

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb    Amarillo  TX, USA  79101**

## Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

**Appendix 000334**

[The attached addendum, if any, is incorporated herein by reference.]

**Organizer**

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC          506 S. Lipscomb Amarillo, TX 79101**

**Effectiveness of Filing**

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000335

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



## Certificate of Formation
## Limited Liability Company

**Filed in the Office of the
Secretary of State of Texas
Filing #: 800941446 02/22/2008
Document #: 204812640002
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Aberwood MHP, LLC

The name of the entity must contain the words "Limited Liability Company" or "Limited Company," or an accepted abbreviation of such terms. The name must not be the same as, deceptively similar to or similar to that of an existing corporate, limited liability company, or limited partnership name on file with the secretary of state. A preliminary check for "name availability" is recommended.

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## Llano Estacado Management Company, Inc.

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**506 S. Lipscomb  Amarillo  TX  79101-1024**

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

**OR**

☐B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb  Amarillo  TX, USA  79101-1024**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

### Supplemental Provisions / Information

[The attached addendum, if any, is incorporated herein by reference.]

### Organizer

x 000336

The name and address of the organizer are set forth below.

**Llano Estacado Management Company, Inc.**     **506 S. Lipscomb Amarillo, TX 79101**

**Effectiveness of Filing**

☑ A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

**Execution**

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

**Daniel L. Rogers, President**

Signature of Organizer

**FILING OFFICE COPY**

**Appendix 000337**

| Form 403<br>(Revised 01/08)<br><br>Return in duplicate to:<br>Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>512 463-5555<br>FAX: 512/463-5709<br>**Filing Fee: $15** | <br><br>**Certificate of Correction** | This space reserved for office use.<br><br>**FILED**<br>In the Office of the<br>Secretary of State of Texas<br><br>FEB 2 6 2008<br><br>**Corporations Section** |

## Entity Information

1. The name of the filing entity is:

Aberwood MHP, LLC

State the name of the entity as currently shown in the records of the secretary of state. If the certificate of correction corrects the name of the entity, state the present name and not the name as it will be corrected.

The file number issued to the filing entity by the secretary of state is:  800941446

## Filing Instrument to be Corrected

2. The filing instrument to be corrected is : Certificate of Formation

The date the filing instrument was filed with the secretary of state:  02/22/2008

*mm/dd/yyyy*

## Identification of Errors and Corrections

(Indicate the errors that have been made by checking the appropriate box or boxes; then provide the corrected text.)

☑ The entity name is inaccurate or erroneously stated. The corrected entity name is:

Amberwood MHP, LLC

☐ The registered agent name is inaccurate or erroneously stated. The corrected registered agent name is:

Corrected Registered Agent
(Complete either A or B, but not both.)

A. The registered agent is an organization (cannot be entity named above) by the name of:

_____

**OR**

B. The registered agent is an individual resident of the state whose name is:

| *First* | | *Middle* | *Last Name* | | *Suffix* |
|---|---|---|---|---|---|

Form 403                                3                    **Appendix 000338**

☐ The registered office address is inaccurate or erroneously stated. The corrected registered office address is:

Corrected Registered Office Address

|  | | TX |
|---|---|---|
| Street Address (No P.O. Box) | City | State    Zip Code |

☐ The purpose of the entity is inaccurate or erroneously stated. The purpose is corrected to read as follows:

_____

_____

☐ The period of duration of the entity is inaccurate or erroneously stated.

The period of duration is corrected to read as follows:

_____

### Identification of Other Errors and Corrections

(Indicate the other errors and corrections that have been made by checking and completing the appropriate box or boxes.)

☐ **Other errors and corrections.** The following inaccuracies and errors in the filing instrument are corrected as follows:

☐ **Add**   Each of the following provisions was omitted and should be added to the filing instrument. The identification or reference of each added provision and the full text of the provision is set forth below.

☐ **Alter**   The following identified provisions of the filing instrument contain inaccuracies or errors to be corrected. The full text of each corrected provision is set forth below:

☐ **Delete**   Each of the provisions identified below was included in error and should be deleted.

Appendix 000339

☐ **Defective Execution**   The filing instrument was defectively or erroneously signed, sealed, acknowledged or verified.   Attached is a correctly signed, sealed, acknowledged or verified instrument.

## Statement Regarding Correction

The filing instrument identified in this certificate was an inaccurate record of the event or transaction evidenced in the instrument, contained an inaccurate or erroneous statement, or was defectively or erroneously signed, sealed. acknowledged or verified. This certificate of correction is submitted for the purpose of correcting the filing instrument.

## Correction to Merger, Conversion or Exchange

The filing instrument identified in this certificate of correction is a merger, conversion or other instrument involving multiple entities. The name and file number of each entity that was a party to the transaction is set forth below. (If the space provided is not sufficient, include information as an attachment to this form.)

_Entity name_                                                                          _SOS file number_

_Entity name_                                                                          _SOS file number_

## Effectiveness of Filing

After the secretary of state files the certificate of correction, the filing instrument is considered to have been corrected on the date the filing instrument was originally filed except as to persons adversely affected. As to persons adversely affected by the correction, the filing instrument is considered to have been corrected on the date the certificate of correction is filed by the secretary of state.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date:   02/26/2008

Signature and title of authorized person (See instructions.)

Form 403                                         5

**Appendix 000340**

Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
FAX: 512/463-5709

Filing Fee: $300



## Certificate of Formation
## Limited Liability Company

**Filed in the Office of the
Secretary of State of Texas
Filing #: 801411685 04/13/2011
Document #: 363837010015
Image Generated Electronically
for Web Filing**

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Potter County Homes, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## Llano Estacado Management Company, Inc.

### OR

☐ B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**
**506 S. Lipscomb    Amarillo  TX  79101**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

### OR

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑A. The limited liability company is to be managed by managers.

### OR

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members. The names and addresses of the governing persons are set forth below:

Manager 1: (Business Name) **Llano Estacado Management Company, Inc.**

Address: **506 S. Lipscomb    Amarillo  TX, USA  79101**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

**Appendix 000341**

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Daniel L. Rogers, President LEMC          506 S. Lipscomb Amarillo, TX 79101**

### Effectiveness of Filing

☑A. This document becomes effective when the document is filed by the secretary of state.

**OR**

☐B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Daniel L. Rogers, President LEMC**

Signature of Organizer

**FILING OFFICE COPY**

Appendix 000342

*1/*

Form 642
(Revised 05/11)

Return in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709

Filing Fee: See Instructions



FILED
In the Office of the
Secretary of State of Texas

AUG 27 2014

Corporations Section

This space reserved for office

**Certificate of Conversion**
**of a**
**Limited Partnership Converting**
**to a**
**Limited Liability Company**

## Converting Entity Information

The name of the converting limited partnership is:
AMARILLO RESIDENTIAL, LP

The jurisdiction of formation of the limited partnership is: TEXAS

The date of formation of the limited partnership is: MARCH 26, 2007

The file number, if any, issued to the limited partnership by the secretary of state is: 0800793124

## Converted Entity Information

The limited partnership named above is converting to a limited liability company. The name of the limited liability company is:

AMARILLO RESIDENTIAL, LLC

The limited liability company will be formed under the laws of: TEXAS

## Plan of Conversion

☐ The plan of conversion is attached.
*If the plan of conversion is not attached, the following section must be completed.*

## Alternative Statements

In lieu of providing the plan of conversion, the converting limited partnership certifies that:

1. A signed plan of conversion is on file at the principal place of business of the limited partnership, the converting entity. The address of the principal place of business of the limited partnership is:

| 2404 TECKLA BLVD | AMARILLO | TX | USA | 79106 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

2. A signed plan of conversion will be on file after the conversion at the principal place of business of the limited liability company, the converted entity. The address of the principal place of business of the limited liability company is:

| 2404 TECKLA BLVD | AMARILLO | TX | USA | 79106 |
|---|---|---|---|---|
| *Street or Mailing Address* | *City* | *State* | *Country* | *Zip Code* |

3. A copy of the plan of conversion will be furnished on written request without cost by the converting entity before the conversion or by the converted entity after the conversion to any owner or member of the converting or converted entity.

Form 642                                           4

**Appendix 000343**

1/

## Certificate of Formation for the Converted Entity

If the converted entity is a Texas limited liability company, the certificate of formation of the Texas limited liability company must be attached to this certificate either as an attachment or exhibit to the plan of conversion, or as an attachment or exhibit to this certificate of conversion if the plan has not been attached to the certificate of conversion.

### Approval of the Plan of Conversion

The plan of conversion has been approved as required by the laws of the jurisdiction of formation and the governing documents of the converting entity.

### Effectiveness of Filing (Select either A, B, or C.)

A. ☑ This document becomes effective when the document is accepted and filed by the secretary of state.

B. ☐ This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. ☐ This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

_____

_____

### Tax Certificate

☐ Attached hereto is a certificate from the comptroller of public accounts that certifies that the converting entity is in good standing for purposes of conversion.

☑ In lieu of providing the tax certificate, the limited liability company as the converted entity is liable for the payment of any franchise taxes.

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument. The undersigned certifies that the statements contained herein are true and correct, and that the person signing is authorized under the provisions of the Business Organizations Code to execute the filing instrument.

Date: ___8/27/14___

_____
Signature of authorized person (see instructions)

JOHN T. DAVID
_____
Printed or typed name of authorized person

Appendix 000344

**Form 205**
(Revised 05/11)

Submit in duplicate to:
Secretary of State
P.O. Box 13697
Austin, TX 78711-3697
512 463-5555
FAX: 512 463-5709
**Filing Fee: $300**



**Certificate of Formation**
**Limited Liability Company**

This space reserved for office use.

FILED
In the Office of the
Secretary of State of Texas

AUG 27 2014

Corporations Section

## Article 1 – Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

AMARILLO RESIDENTIAL, LLC
_____
The name must contain the words "limited liability company," "limited company," or an abbreviation of one of these phrases.

## Article 2 – Registered Agent and Registered Office
(See instructions. Select and complete either A or B and complete C.)

☐ A. The initial registered agent is an organization (cannot be entity named above) by the name of: ·

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:

| JOHN | T · | DAVID | |
|------|-----|-------|---|
| *First Name* | *M.I.* | *Last Name* | *Suffix* |

C. The business address of the registered agent and the registered office address is:

| 2404 TECKLA BLVD | AMARILLO | TX | 79106 |
|------------------|----------|-----|-------|
| *Street Address* | *City* | *State* | *Zip Code* |

## Article 3—Governing Authority
(Select and complete either A or B and provide the name and address of each governing person.)

☑ A. The limited liability company will have managers. The name and address of each initial manager are set forth below.

☐ B. The limited liability company will not have managers. The company will be governed by its members, and the name and address of each initial member are set forth below.

| GOVERNING PERSON 1 | | | | | |
|---|---|---|---|---|---|
| NAME (Enter the name of either an individual or an organization, but not both.) | | | | | |
| IF INDIVIDUAL | | | | | |
| JOHN | T | DAVID | | | |
| *First Name* | *M.I.* | *Last Name* | | | *Suffix* |
| OR | | | | | |
| IF ORGANIZATION | | | | | |
| *Organization Name* | | | | | |
| ADDRESS | | | | | |
| 2404 TECKLA BLVD | AMARILLO | | TX | USA | 79106 |
| *Street or Mailing Address* | *City* | | *State* | *Country* | *Zip Code* |

Form 205                                   4

Appendix 000345

## GOVERNING PERSON 2

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

_First Name_       _M.I._     _Last Name_        _Suffix_
OR
IF ORGANIZATION

_Organization Name_
ADDRESS

_Street or Mailing Address_       _City_       _State_   _Country_   _Zip Code_

## GOVERNING PERSON 3

NAME (Enter the name of either an individual or an organization, but not both.)
IF INDIVIDUAL

_First Name_       _M.I._     _Last Name_        _Suffix_
OR
IF ORGANIZATION

_Organization Name_
ADDRESS

_Street or Mailing Address_       _City_       _State_   _Country_   _Zip Code_

## Article 4 – Purpose

The purpose for which the company is formed is for the transaction of any and all lawful purposes for which a limited liability company may be organized under the Texas Business Organizations Code.

## Supplemental Provisions/Information

Text Area: [The attached addendum, if any, is incorporated herein by reference.]

THIS CERTIFICATE OF FORMATION OF AMARILLO RESIDENTIAL, LLC IS FILED UNDER A PLAN OF CONVERSION OF AMARILLO RESIDENTIAL, LP FROM A LIMITED PARTNERSHIP TO A LIMITED LIABILITY COMPANY. INFORMATION CONCERNING THE CONVERTING ENTITY IS AS FOLLOWS:

CONVERTING ENTITY NAME: AMARILLO RESIDENTIAL, LP
ADDRESS: 2404 TECKLA BLVD, AMARILLO, TX 79106
FORMATION DATE: MARCH 26, 2007
PRIOR FORM OF ORGANIZATION: LIMITED PARTNERSHIP
JURISDICTION OF PRIOR FORMATION: TEXAS

Appendix 000346

## Organizer

The name and address of the organizer:

JOHN T DAVID
*Name*

2404 TECKLA BLVD .                    AMARILLO              TX    79106
*Street or Mailing Address*                    *City*                    *State    Zip Code*

## Effectiveness of Filing (Select either A, B, or C.)

A. [✔] This document becomes effective when the document is filed by the secretary of state.

B. [ ] This document becomes effective at a later date, which is not more than ninety (90) days from the date of signing. The delayed effective date is: _____

C. [ ] This document takes effect upon the occurrence of the future event or fact, other than the passage of time. The 90th day after the date of signing is: _____

The following event or fact will cause the document to take effect in the manner described below:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized to execute the filing instrument.

Date:    *8/27/14*

_____
Signature of organizer

*John T. David*
Printed or typed name of organizer

Appendix 000347

**FILED**
**In the Office of the**
**Secretary of State of Texas**

**MAR 2 6 2007**

**Corporations Section**

# CERTIFICATE OF FORMATION OF
# AMARILLO RESIDENTIAL, LP

## Article 1 - Entity Name

The filing entity being formed is a limited partnership. The name of the entity is:

**AMARILLO RESIDENTIAL, LP**

## Article 2 - Registered Agent and Registered Office

The initial registered agent is an individual resident of the state whose name is GLEN HOLDGRAFER. The business address of the registered agent and the registered office address is: 1410 South Madison Street, Amarillo, Texas 79101.

## Article 3 - Governing Authority

The name and address of the general partner is GDH HOLDING COMPANY, INC., 1410 South Madison Street, Amarillo, Texas 79101.

## Article 4 - Principal Office

The address of the principal office of the limited partnership in the United States where records are to be kept or made available under section 153.551 of the Texas Business Organizations Code is 1410 South Madison Street, Amarillo, Texas 79101.

## Effectiveness of Filing

This document becomes effective when the document is filed by the secretary of state.

## Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: March 23, 2007

General Partner:

GDH HOLDING COMPANY, INC.

By: _____

GLEN HOLDGRAFER, its President

Appendix 000348

# EXHIBIT C

Appendix 000349

A/C UNIT                    C12 Cool. ? & Blower          5-17-18

```
***************************
*  W O R K   O R D E R  *
***************************
```

                                                    WORK ORDER:    28684
                                                          DATE:  5/16/2013

TENANT:   Nathaniel & Ashley Cummings    WORK LOCATION: 1112 Prescott         PROJECT: 1112
          1112 Prescott                                 1112 Prescott          ISSUED: 5/16/2013
          Amarillo TX  79118                            Amarillo TX 79118                4:17 PM
                                                                         REQUIRED BY: 5/16/2013
CONTACT:  Ashley Cummings                 PHONE: 806-206-5852            PRIORITY:    1
                                                                        OPERATOR: Mario
ISSUED TO:                                                              RESPONSIBILITY:
   Make Ready Contractors Inc.                                          TYPE OF SERVICE: HVAC
   506 S. Lipscomb                                                         Heating and Air Conditioning
   Amarillo TX 79101                                                    BILLING CODE: DROGER
                                                                        G/L ACCOUNT: 70100-0014

================================================================================
DESCRIPTION OF WORK:
   A/C not working.
================================================================================
SOLUTION          :
================================================================================
WORK PERFORMED:
```

Blower motor relay switch shorted
out + melted wires
     Had to replaced ~~motor~~ relay switch
and rewire bad wires
          Serviced AC

```
================================================================================
|------------------------- L A B O R -------------------------|*|------------- M A T E R I A L -------------|
|                                                             |*|                                           |
| DATE    | EMPLOYEE  | TIME IN  | TIME OUT  | TOTAL  |*| QTY |      DESCRIPTION        |    COST    |
|---------|-----------|----------|-----------|--------|*|-----|-------------------------|------------|
| 6-11-13 |           |          |           | 2 hrs  |*| 1   | blower motor relay      |   28.65    |
|         |           |          |           |        |*| 2   | hr labor                |  140.00    |
|         |           |          |           |        |*|     |                         |  168.65    |
|         |           |          |           |        |*|     | TAX                     |   13.91    |
|         |           |          |           |        |*|     |                         |  182.56    |
```

CUSTOMER SIGNATURE: _____         DATE: _____

SERVICE REP SIGNATURE: _____

**Appendix 000350**

# EXHIBIT D

Appendix 000351

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC            $14-2249 $11-2273

                                                        00003882

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130531-1362 | 05/31/13 | 1117 Prescott - HVAC | 124.49 | | 124.49 |
| 130620-1347 | 06/20/13 | 1117 Prescott - HVAC | 1693.68 | | 1693.68 |

06/29/13 Check #: 00003882                    1818.17        1818.17 **Appendix 000352**
ACCT # 1059930

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

                                                          00016702

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130529-1357 | 05/29/13 | 106 Rosemary - HVAC | 75.78 | | 75.78 |

**06/29/13 Check #: 00016702**                75.78              75.78  Appendix 000353
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC                $14-2249 $11-2273

                                                                    00016701

| Reference    | Date     | Comment           | Gross  | Disc | Net    |
| ------------ | -------- | ----------------- | ------ | ---- | ------ |
| 130531-1361  | 05/31/13 | 2620 #6 - HVAC    | 173.20 |      | 173.20 |

06/29/13 Check #: 00016701                      173.20              173.20
ACCT # 7062273

Appendix 000354

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC            $14-2249 $11-2273

00016703

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130612-1364 | 06/12/13 | 4357 S Tyler - HVAC | 75.78 | | 75.78 |

**06/29/13 Check #: 00016703**                    **75.78**            Appendix 000355
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110   ASAP Air LLC          $14-2249 $11-2273

00016704

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130611-1351 | 06/11/13 | 0088 Tenn - HVAC | 232.68 | | 232.68 |

**06/29/13 Check #: 00016704**          232.68          232.68
ACCT # 7062273

Appendix 000356

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016936

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1398# | 07/19/13 | 3907S.Harrison-HVAC | 843.88 | | 843.88 |

08/12/13 Check #: 00016936                    843.88                843.88
ACCT # 7062273

Appendix 000357

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016962

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1450 | 08/09/13 | 4357 S Tyler - HVAC | 75.78 | | 75.78 ✓ |

08/14/13 Check #: 00016962              75.78              **Appendix 000358**
ACCT # 7062273

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00016961

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1448 | 08/09/13 | 2620 #4 - HVAC | 736.36 | | 736.36 |

08/14/13 Check #: 00016961                736.36

ACCT # 7062273

**Appendix 000359**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00003968

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1421 | 07/30/13 | 1043 Tempe - HVAC | 194.85 | | 194.85 ✓ |

**08/12/13 Check #: 00003968**                  **194.85**                  194.85  **Appendix 000360**
ACCT # 1059930

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00003967

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1432 | 07/30/13 | 1220 CasaGrande-HVAC | 257.58 | | 257.58 |

08/12/13 Check #: 00003967                    257.58                    257.58
ACCT # 1059930

Appendix 000361

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00003966

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1423 | 07/30/13 | 1216 CasaGrande-HVAC | 270.63 | | 270.63 |

08/12/13 Check #: 00003966                    270.63                    270.63
ACCT # 1059930

**Appendix 000362**

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00003965

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1425 | 07/30/13 | 1027 Tempe-HVAC | 273.82 | | 273.82 |

08/12/13 Check #: 00003965                  273.82                  273.82
ACCT # 1059930

**Appendix 000363**

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00003963

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1428 | 07/30/13 | 1003 Tempe - HVAC | 117.94 | | 117.94 |

08/12/13 Check #: 00003963                    117.94                    117.94
ACCT # 1059930

Appendix 000364

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016935

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1419 | 07/30/13 | 514 SW 45th - HVAC | 1758.21 | | 1758.21 |

08/12/13 Check #: 00016935          1758.21          1758.21
ACCT # 7062273

**Appendix 000365**

**Dan Rogers Rentals**
VENDOR: ASA110   ASAP Air LLC

00016959

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1451 | 08/09/13 | 1507 W 48th - HVAC | 1569.84 | | 1569.84 |

08/14/13 Check #: 00016959          1569.84          1569.84

ACCT # 7062273

**Appendix 000366**

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC         $14-2249 $11-2273

                                                      00003880

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130531-1327 | 05/31/13 | 1021 Tempe - HVAC | 140.73 | | 140.73 |

**06/29/13 Check #: 00003880**                    140.73        **Appendix 000367**
ACCT # 1059930

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003444

| Reference | Date | Comment | Gross | Disc | Net |
| --------- | ---- | ------- | ----- | ---- | --- |
| 1574 | 10/07/13 | 2407 Apt #6 - HVAC | 341.83 | | 341.83 |



10/21/13 Check #: 00003444                    341.83
ACCT # 7062273

**Appendix 000368**

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00003445

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1579 | 10/04/13 | 0107 Apt #9 - HVAC | 82.05 | | 82.05 |

10/21/13 Check #: 00003445                    82.05                    **Appendix 000369**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110     ASAP Air LLC

00003446

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1580 | 10/04/13 | 1410 Apt #230 - HVAC | 413.16 | | 413.16 |

10/21/13 Check #: 00003446                    413.16          **Appendix 000370**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003447

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1585 | 10/10/13 | 1002 Apt #1 - HVAC | 226.55 | | 226.55 |

10/21/13 Check #: 00003447                    226.55                    **Appendix 000371**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003448

| Reference | Date | Comment | Gross | Disc | Net | |
|-----------|------|---------|-------|------|-----|---|
| 1586 | 10/11/13 | 5700 Apt #26 | 70.00 | | 70.00 |  |

10/21/13 Check #: 00003448                    70.00                    **Appendix 000372**
ACCT # 7062273

**Dan Rogers Rentals**

VENDOR: ASA110    ASAP Air LLC

00003449

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1592 | 10/14/13 | 4510 Bonham - Elec | 177.17 | | 177.17 |

10/21/13 Check #: 00003449               177.17

ACCT # 7062273

**Appendix 000373**

## Dan Rogers Rentals

VENDOR: ASA110    ASAP Air LLC



00003517

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1600 | 10/17/13 | 1410 Apt #132 - HVAC | 169.94 | | 169.94 |

11/04/13 Check #: 00003517                    169.94              **Appendix 000374**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003516

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1608 | 10/18/13 | 1002 Apt #20 - HVAC | 70.00 | | 70.00 |



11/04/13 Check #: 00003516                     70.00                     70.00

ACCT # 7062273

**Appendix 000375**

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC



00003515

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1612 | 10/21/13 | 5210 Hillside - HVAC | 234.15 | | 234.15 |

11/04/13 Check #: 00003515                    234.15                    **Appendix 000376**
ACCT # 7062273

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC



00003514

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1613 | 10/22/13 | 2618 Apt #23 - HVAC | 689.64 | | 689.64 |

11/04/13 Check #: 00003514                 689.64
ACCT # 7062273

**Appendix 000377**

## Dan Rogers Rentals

VENDOR: ASA110    ASAP Air LLC

00003518

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1614 | 10/21/13 | 1410 Apt #126 | 245.34 | | 245.34 |

11/04/13 Check #: 00003518                    245.34            **Appendix 000378**
ACCT # 7062273

**Amarillo Residential LP**
VENDOR: ASA110    ASAP Air LLC

00000692



| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1606 | 10/23/13 | 106 Palo Duro A-HVAC | 70.00 | | 70.00 |

11/04/13 Check #: 00000692                    70.00                    **Appendix 000379**
ACCT # 1464569

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC



00004123

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1602 | 10/17/13 | 14001 IH 27 B - HVAC | 315.00 | | 315.00 |

11/05/13 Check #: 00004123                    315.00                    315.00

ACCT # 1059930

**Appendix 000380**

## Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC

00004122

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1601 | 10/17/13 | 1140 Prescott - HVAC | 105.00 | | 105.00 |



11/05/13 Check #: 00004122                    105.00            **Appendix 000381**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC



00004121

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1598 | 10/16/13 | 1106 Prescott - HVAC | 70.00 | | 70.00 |

11/05/13 Check #: 00004121                    70.00

ACCT # 1059930

**Appendix 000382**

## Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC

00004120

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1597 | 10/16/13 | 1217 Casa Gr. - HVAC | 105.00 | | 105.00 |

11/05/13 Check #: 00004120                105.00
ACCT # 1059930

**Appendix 000383**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004119

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1596 | 10/16/13 | 1113 Prescott - HVAC | 105.00 | | 105.00 |



11/05/13 Check #: 00004119                    105.00              **Appendix 000384**
ACCT # 1059930

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00004118

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1595 | 10/16/13 | 1306 Holbrook - HVAC | 70.00 | | 70.00 |

11/05/13 Check #: 00004118              70.00
ACCT # 1059930

**Appendix 000385**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC



00004117

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1594 | 10/15/13 | 1103 Prescott - HVAC | 696.45 | | 696.45 |

11/05/13 Check #: 00004117                    696.45          **Appendix 000386**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004129

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1615 | 10/24/13 | 1217 Casa Gr - HVAC | 105.00 | | 105.00 |



11/05/13 Check #: 00004129                    105.00              105.00

**Appendix 000387**

ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC

00004128

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1611 | 10/18/13 | 1139 Prescott - HVAC | 140.00 | | 140.00 |



11/05/13 Check #: 00004128                     140.00                **Appendix 000388**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004127

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1610 | 10/18/13 | 1229 Casa Gr - HVAC | 70.00 | | 70.00 |

**11/05/13 Check #: 00004127**                              70.00
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC



00004126

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1609 | 10/18/13 | 1301 Holbrook - HVAC | 70.00 | | 70.00 |

11/05/13 Check #: 00004126                    70.00                  **Appendix 000390**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC



00004125

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1607 | 10/23/13 | 1310 Holbrook - HVAC | 133.13 | | 133.13 |

11/05/13 Check #: 00004125                    133.13

ACCT # 1059930

**Appendix 000391**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004124

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1605 | 10/24/13 | 1023 Tempe - HVAC | 266.65 | | 266.65 |

11/05/13 Check #: 00004124                          266.65                **Appendix 000392**
ACCT # 1059930

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC                                        00003250

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1455 | 08/09/13 | 2707 Apt#11 - HVAC | 105.00 | | 105.00 |

paid

**Appendix 000393**

09/18/13 Check #: 00003250                    105.00                    105.00

## HSB Park Terrace Properties
VENDOR: ASA110    ASAP Air LLC

00001105

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1587 | 10/11/13 | 2103 Eagle Ln - Elec | 70.00 | | 70.00 |

ENTERED  OCT 2 9 2013

10/21/13 Check #: 00001105                    70.00                **Appendix 000394**
ACCT # 14330126

**Amarillo Residential LP**
VENDOR: ASA110    ASAP Air LLC

00000681

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1588 | 10/11/13 | 4217 2nd #1 - HVAC | 272.43 | | 272.43 |

ENTERED OCT 2 9 2013

10/21/13 Check #: 00000681                      272.43
ACCT # 1464569

**Appendix 000395**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004105

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1591 | 10/14/13 | 1209 Casa Gr - Elec | 160.03 | | 160.03 |

ENTERED OCT 2 9 2013

10/21/13 Check #: 00004105                160.03                **Appendix 000396**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC

00004095

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1570 | 10/03/13 | 1039 Tempe - HVAC | 315.00 | | 315.00 |



10/17/13 Check #: 00004095          315.00          315.00

ACCT # 1059930

**Appendix 000397**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004104

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1583 | 10/10/13 | 1209 Casa Gr - HVAC | 102.48 | | 102.48 |

ENTERED OCT 2 9 2013

10/21/13 Check #: 00004104                    102.48          **102.48**
ACCT # 1059930

**Appendix 000398**

## Amberwood MHP, L.L.C.

VENDOR: ASA110   ASAP Air LLC

00004106

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1593 | 10/14/13 | 13951 I-27 - HVAC | 623.75 | | 623.75 |



ENTERED OCT 2 9 2013

10/21/13 Check #: 00004106                     623.75                    623.75

ACCT # 1059930

**Appendix 000399**

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00004103

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1582 | 10/14/13 | 1108 Prescott - Elec | 140.00 | | 140.00 |

ENTERED OCT 2 9 2013

10/21/13 Check #: 00004103                    140.00                    **Appendix 000400**
ACCT # 1059930

## Mesa Verde Apartments
VENDOR: ASA110    ASAP Air LLC

00000543

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1569 | 10/03/13 | MESA Apt #15 - HVAC | 367.50 | | 367.50 |

ENTERED OCT 2 9 2013

10/17/13 Check #: 00000543          367.50          **Appendix 000401**
ACCT # 1464551

**Mesa Verde Apartments**
VENDOR: ASA110    ASAP Air LLC

00000533

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1567 | 09/25/13 | MESA Apt #7 - HVAC | 726.02 | | 726.02 |

ENTERED OCT 1 1 2013

10/02/13 Check #: 00000533                    726.02                    726.02
ACCT # 1464551

**Appendix 000402**

# HSB Park Terrace Properties
VENDOR: ASA110    ASAP Air LLC

00001093

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1389 | 07/19/13 | 4600 Meadowlark-HVAC | 1677.91 | | 1677.91 |

**08/12/13 Check #: 00001093**                           1677.91                    1677.91 **Appendix 000403**
ACCT # 14330126

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

00003881

| Reference    | Date     | Comment           | Gross   | Disc | Net     |
| ------------ | -------- | ----------------- | ------- | ---- | ------- |
| 130618-1355  | 06/18/13 | 1021 Tempe - A/C  | 1463.76 |      | 1463.76 |

**06/29/13 Check #: 00003881**                    1463.76                    1463.76
ACCT # 1059930

# Amberwood MHP, L.L.C.

VENDOR: ASA110   ASAP Air LLC          $14-2249 $11-2273

00003876

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130620-1348 | 06/20/13 | 1037 Tempe - HVAC | 3655.94 | | 3655.94 |

**06/29/13 Check #: 00003876**                3655.94              3655.94
ACCT # 1059930

**Appendix 000405**

# Amberwood MHP, L.L.C.

VENDOR: ASA110    ASAP Air LLC          $14-2249 $11-2273

00003943

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130612-1354 | 06/12/13 | 1112 Prescott - HVAC | 1479.99 | | 1479.99 |

**08/01/13 Check #: 00003943**          1479.99          1479.99
ACCT # 1059930

# Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC          $14-2249 $11-2273

00003942

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130612-1363 | 06/12/13 | Granny Trailer- HVAC | 324.13 | | 324.13 |

**08/01/13 Check #: 00003942**                              324.13          324.13 **Appendix 000407**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC          $14-2249 $11-2273

00003941

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130613-1359 | 06/13/13 | 1209 Casa Gr - HVAC | 124.49 | | 124.49 |
| 130701-1373 | 07/01/13 | 1209 Casa Gr - HVAC | 216.45 | | 216.45 |

**08/01/13 Check #: 00003941**          340.94          **Appendix 000408**
ACCT # 1059930

**Amberwood MHP, L.L.C.**
VENDOR: ASA110   ASAP Air LLC          $14-2249 $11-2273

00003944

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130530-1318 | 05/30/13 | 1204 Casa Gr - HVAC | 173.20 | | 173.20 |

08/01/13 Check #: 00003944                173.20        173.20
ACCT # 1059930                                    Appendix 000409

# Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC

00003970

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1460 | 08/09/13 | 1323 Holbrook - HVAC | 75.78 | | 75.78 |

08/14/13 **Check #:** 00003970                     **75.78**                     75.78

ACCT # 1059930

**Appendix 000410**

# Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC            $14-2249 $11-2273

00003879

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130529-1324 | 05/29/13 | 1324 Holbrook - A/C | 313.93 | | 313.93 |



06/29/13 Check #: 00003879                313.93        313.93
ACCT # 1059930

# Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004080

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1554 | 09/03/13 | 1322 Holbrook - HVAC | 226.60 | | 226.60 |

**ENTERED** OCT 1 1 2013

10/02/13 Check #: 00004080             226.60             **Appendix 000412**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004081

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1556 | 09/03/13 | 1132 Prescott - HVAC | 70.00 | | 70.00 |

ENTERED OCT 1 1 2013

10/02/13 Check #: 00004081                    70.00                    **Appendix 000413**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004082

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1558 | 08/29/13 | 13951 I-27 - HVAC | 70.00 | | 70.00 |



10/02/13 Check #: 00004082        70.00      **Appendix 000414**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004083

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1563 | 09/17/13 | 1039 Tempe - HVAC | 4859.89 | | 4859.89 |

ENTERED OCT 1 1 2013

10/02/13 Check #: 00004083                    4859.89              4859.89  **Appendix 000415**
ACCT # 1059930

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

                                                        00016698

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130618-1356 | 06/18/13 | 506 S Lipscomb - A/C | 279.06 | | 279.06 |

06/29/13 Check #: 00016698                    279.06              279.06
ACCT # 7062273

**Appendix 000416**

**Dan Rogers Rentals**
VENDOR: ASA110   ASAP Air LLC           $14-2249 $11-2273

00016699

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130530-1317 | 05/30/13 | 1410 Ponderosa - A/C | 173.20 | | 173.20 |
| 130530-1349 | 05/30/13 | 1410 Ponderosa - A/C | 192.63 | | 192.63 |

06/29/13 Check #: 00016699                 365.83        365.83 **Appendix 000417**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

00016700

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130612-1365 | 06/12/13 | 4403 S Fannin - HVAC | 140.73 | | 140.73 |

06/29/13 Check #: 00016700                    140.73                    **Appendix 000418**
ACCT # 7062273

140.73

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

                                                          00016888

| Reference    | Date     | Comment               | Gross  | Disc | Net    |
| ------------ | -------- | --------------------- | ------ | ---- | ------ |
| 130701-1371  | 07/01/13 | 2504 House - HVAC     | 194.85 |      | 194.85 |
| 130701-1372  | 07/01/13 | 2504 Apt E - HVAC     | 214.28 |      | 214.28 |
| 130730-1430  | 07/30/13 | 2504 House - HVAC     | 167.73 |      | 167.73 |

08/01/13 Check #: 00016888                    576.86          576.86  **Appendix 000419**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

                                                        00016889

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130730-1426 | 07/30/13 | 2709 S Jackson- HVAC | 187.22 | | 187.22 |

08/01/13 Check #: 00016889                    187.22              187.22 **Appendix 000420**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC          $14-2249 $11-2273

00016890

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130701-1369 | 07/01/13 | 2618 Apt #4 - HVAC | 203.46 | | 203.46 |

08/01/13 Check #: 00016890                         203.46                    203.46
ACCT # 7062273

Appendix 000421

**Dan Rogers Rentals**
VENDOR: ASA110   ASAP Air LLC            $14-2249 $11-2273

                                                      00016891

| Reference    | Date     | Comment              | Gross  | Disc | Net    |
| ------------ | -------- | -------------------- | ------ | ---- | ------ |
| 130701-1374  | 07/01/13 | 3202 Center - HVAC   | 156.96 |      | 156.96 |

08/01/13 Check #: 00016891                          156.96            156.96
ACCT # 7062273                                                 **Appendix 000422**

**Dan Rogers Rentals**
VENDOR: ASA110   ASAP Air LLC

00016931

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1427 | 07/30/13 | 4015 Pinon - HVAC | 232.68 | | 232.68 |

08/12/13 Check #: 00016931                        232.68                    **Appendix 000423**
ACCT # 7062273

# Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

                                                    00016932

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1401 | 07/19/13 | ParkPlace#20-HVAC | 216.45 | | 216.45 |

08/12/13 Check #: 00016932                    216.45                    216.45

**Appendix 000424**

ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016933

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1431 | 07/30/13 | Park Place#11 - HVAC | 140.73 | | 140.73 |

08/12/13 Check #: 00016933                    140.73                    140.73 **Appendix 000425**
ACCT # 7062273

# Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00016934

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1418 | 07/30/13 | Parkview #15-HVAC | 126.65 | | 126.65 |
| 1420 | 07/30/13 | Parkview #1 - HVAC | 75.78 | | 75.78 |

**08/12/13 Check #: 00016934**                                **202.43**                **Appendix 000426**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

                                                                00016937

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|----------|--------------------|--------|------|--------|
| 1424 | 07/30/13 | 506S.Lipscomb-HVAC | 129.85 | | 129.85 |

08/12/13 Check #: 00016937                    129.85                    129.85
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

                                                              00016938

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1422 | 07/30/13 | 88 Tennessee-HVAC | 113.66 | | 113.66 |

08/12/13 Check #: 00016938                    113.66            **Appendix 000428**
ACCT # 7062273

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00016939

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1429 | 07/30/13 | 2501 N.Wilson - HVAC | 140.73 | | 140.73 |

08/12/13 Check #: 00016939                    140.73              140.73
ACCT # 7062273

Appendix 000429

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016940

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1433 | 07/30/13 | 4219 Jennie-HVAC | 113.66 | | 113.66 |

08/12/13 Check #: 00016940                          113.66                          **Appendix 000430**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110     ASAP Air LLC

                                                      00016942

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1353 | 06/18/13 | 1002 Apt #16 - HVAC | 194.80 | | 194.80 |

08/13/13 Check #: 00016942                194.80        Appendix 000431
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

                                                    00016943

| Reference | Date | Comment | Gross | Disc | Net |
| --------- | -------- | ------------------- | ------------- | -------- | ------------- |
| 1452 | 08/09/13 | 1002 Apt #7 - HVAC | 108.24 | | 108.24 |

08/13/13 Check #: 00016943                  108.24            **Appendix 000432**
ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016944

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1453 | 08/09/13 | 2618 10th #18 - HVAC | 151.55 | | 151.55 |

08/13/13 Check #: 00016944                                  151.55                    151.55
ACCT # 7062273

**Appendix 000433**

## Dan Rogers Rentals
VENDOR: ASA110   ASAP Air LLC

00016945

| Reference | Date | Comment | Gross | Disc | Net | |
|-----------|------|---------|-------|------|-----|---|
| 1454 | 08/09/13 | 1002 Apt #20 - HVAC | 167.73 | | 167.73 | |

08/13/13 Check #: 00016945                    167.73          167.73
ACCT # 7062273

**Appendix 000434**

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016946

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1458 | 08/09/13 | 1410 Ponder#221-HVAC | 75.78 | | 75.78 |

08/13/13 Check #: 00016946                    75.78         **Appendix 000435**
ACCT # 7062273

# Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00016947

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1459 | 08/09/13 | 5700 Apt #28 - HVAC | 97.43 | | 97.43 |

08/13/13 Check #: 00016947                    97.43              97.43

**Appendix 000436**

ACCT # 7062273

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00016948

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1461 | 08/09/13 | 2312 Apt #201 | 75.78 | | 75.78 |

08/13/13 Check #: 00016948                    75.78                **Appendix 000437**
ACCT # 7062273

## Amberwood MHP, L.L.C.

VENDOR: ASA110    ASAP Air LLC                                            00004051

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|----------|---------------------------|--------|------|--------|
| 1474 | 08/09/13 | 1223 Casa Gr - HVAC | 355.95 | | 355.95 |

ENTERED SEP 2 7 2013

**Appendix 000438**

09/18/13 Check #: 00004051                              355.95              355.95

## Amberwood MHP, L.L.C.

```
VENDOR: ASA110    ASAP Air LLC                                    00004049
```

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1319 | 06/06/13 | 1245 Casa Gr - HVAC | 242.78 | | 242.78 |

ENTERED SEP 2 7 2013

**Appendix 000439**

```
09/18/13 Check #: 00004049                    242.78              242.78
```

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC                                    00003252

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1472 | 08/14/13 | 1410 Pond #124 -HVAC | 283.93 | | 283.93 |

ENTERED SEP 2 7 2013

**Appendix 000440**

| | | | | |
|---|---|---|---|---|
| 09/18/13 Check #: 00003252 | | 283.93 | | 283.93 |

**Dan Rogers Rentals**

VENDOR: ASA110    ASAP Air LLC                                           00003251

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1470 | 06/20/13 | 1410 Pond #128 -HVAC | 2044.10 | | 2044.10 |

ENTERED SEP 2 7 2013

**Appendix 000441**

09/18/13 Check #: 00003251                          2044.10                2044.10

**Dan Rogers Rentals**

VENDOR: ASA110    ASAP Air LLC                                                      00003253

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1476 | 08/14/13 | 1410 Pond #226 -HVAC | 353.33 | | 353.33 |

ENTERED SEP 2 7 2013

**Appendix 000442**

09/18/13 Check #: 00003253                                    353.33                    353.33

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003261

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1492 | 08/19/13 | 2312 Apt #210 - HVAC | 70.00 | | 70.00 |

ENTERED SEP 2 6 2013

09/18/13 Check #: 00003261                    70.00                    **Appendix 000443**
ACCT # 7062273

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00003257

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1485 | 08/14/13 | 4710 Apt #46 - HVAC | 91.65 | | 91.65 |



09/18/13 Check #: 00003257                 91.65          <span>91.65</span>
ACCT # 7062273

**Appendix 000444**

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003255

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 1478 | 08/14/13 | 1410 Pond #221 -HVAC | 148.97 | | 148.97 |

ENTERED SEP 2 6 2013

09/18/13 Check #: 00003255          148.97          148.97
ACCT # 7062273

**Appendix 000445**

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004052

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1486 | 08/13/13 | 1208 Casa Gr - HVAC | 167.43 | | 167.43 |

ENTERED SEP 2 6 2013

09/18/13 Check #: 00004052                    167.43                    **Appendix 000446**
ACCT # 1059930

**Amberwood MHP, L.L.C.**
VENDOR: ASA110    ASAP Air LLC

00004055

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1498 | 08/08/13 | 1045 Tempe - HVAC | 1727.71 | | 1727.71 |

ENTERED  SEP 2 6 2013

09/18/13 Check #: 00004055               1727.71            1727.71  **Appendix 000447**
ACCT # 1059930

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004054

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1490 | 08/22/13 | 1207 Casa Gr - HVAC | 1619.62 | | 1619.62 |

ENTERED  SEP 2 6 2013

09/18/13 Check #: 00004054                    1619.62                    1619.62
ACCT # 1059930

**Appendix 000448**

## Mesa Verde Apartments
VENDOR: ASA110    ASAP Air LLC

00000528

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1493 | 08/19/13 | MESA Apt #7 - HVAC | 70.00 | | 70.00 |

ENTERED SEP 2 6 2013

09/18/13 Check #: 00000528                70.00                **Appendix 000449**
ACCT # 1464551

## Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC

00004059

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1507 | 08/27/13 | 1223 CasaGrande-HVAC | 70.00 | | 70.00 |
| 1536 | 09/12/13 | 1223 Casa Gr - HVAC | 2364.83 | | 2364.83 |
| 1541 | 09/03/13 | 1145 Prescott - HVAC | 226.60 | | 226.60 |
| 1544 | 09/17/13 | 1311 Holbrook - Elec | 194.24 | | 194.24 |

**ENTERED** SEP 2 6 2013

09/20/13 Check #: 00004059          2855.67          2855.67
ACCT # 1059930

**Appendix 000450**

## Amarillo Residential LP
VENDOR: ASA110    ASAP Air LLC

00000662

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1489 | 08/21/13 | 2605 Oak - Electrica | 70.00 | | 70.00 |

ENTERED SEP 2 6 2013

09/18/13 Check #: 00000662                70.00        **Appendix 000451**
ACCT # 1464569

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003280

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1503 | 08/28/13 | 1410 #226 - HVAC | 91.65 | | 91.65 |

ENTERED  SEP 2 6 2013

09/20/13 Check #: 00003280                91.65
ACCT # 7062273

**Appendix 000452**

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003282

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1520 | 09/06/13 | 4015 Pinon - HVAC | 118.71 | | 118.71 |
| 1537 | 08/14/13 | 1507 W. 49th - HVAC | 271.65 | | 271.65 |
| 1538 | 09/06/13 | 1002 Apt #9 - HVAC | 70.00 | | 70.00 |
| 1539 | 09/10/13 | 5700 #33 - HVAC | 70.00 | | 70.00 |

ENTERED SEP 2 6 2013

09/20/13 Check #: 00003282             530.36
ACCT # 7062273

**Appendix 000453**

530.36

## Dan Rogers Rentals

VENDOR: ASA110    ASAP Air LLC

00003281

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1504 | 08/28/13 | 4357 S.Taylor - HVAC | 70.00 | | 70.00 |
| 1505 | 08/29/13 | 2312 14thAv,#201HVAC | 70.00 | | 70.00 |
| 1506 | 08/27/13 | 1410 #121 - HVAC | 70.00 | | 70.00 |
| 1508 | 08/28/13 | 1410 #221 - HVAC | 144.76 | | 144.76 |
| 1509 | 08/26/13 | 2618 10th #13 - HVAC | 159.31 | | 159.31 |

ENTERED SEP 2 6 2013

09/20/13 Check #: 00003281                514.07                514.07

ACCT # 7062273

**Appendix 000454**

**Dan Rogers Rentals**
VENDOR: ASA110    ASAP Air LLC

00003283

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1540 | 09/11/13 | 2312 Apt #106 - HVAC | 126.65 | | 126.65 |
| 1543 | 09/16/13 | 514 W. 45th - Elec | 70.00 | | 70.00 |
| 1545 | 09/10/13 | 2707 Apt #32 - Elec | 105.00 | | 105.00 |

ENTERED SEP 2 6 2013

09/20/13 Check #: 00003283                      301.65                    **Appendix 000455**
ACCT # 7062273

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00017003

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1439 | 08/02/13 | 1002 Apt #9 | 404.18 | | 404.18 |



08/21/13 Check #: 00017003                  404.18                **Appendix 000456**
ACCT # 7062273

# Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC          $14-2249 $11-2273

                                                            00003878

| Reference    | Date     | Comment          | Gross  | Disc | Net    |
| ------------ | -------- | ---------------- | ------ | ---- | ------ |
| 130530-1350  | 05/30/13 | 1045 Tempe - A/C | 156.96 |      | 156.96 |

06/29/13 Check #: 00003878                    156.96          156.96
ACCT # 1059930                                        Appendix 000457

# Amberwood MHP, L.L.C.
VENDOR: ASA110    ASAP Air LLC              $14-2249 $11-2273

00003877

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130529-1358 | 05/29/13 | 1112 Prescott - A/C | 173.20 | | 173.20 |

06/29/13 Check #: 00003877                         173.20              173.20
ACCT # 1059930

**Appendix 000458**

# Amberwood MHP, L.L.C.
VENDOR: ASA110   ASAP Air LLC

00003964

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1431-1 | 07/30/13 | 1103 Prescott - HVAC | 140.73 | | 140.73 |

08/12/13 Check #: 00003964                    140.73          140.73
ACCT # 1059930

**Appendix 000459**

# Fee Managed Properties
VENDOR: ASA110   ASAP Air LLC            $14-2249 $11-2273

00000318

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 130520-1325 | 05/20/13 | 20150 Prairie - HVAC | 216.50 | | 216.50 |

06/29/13 Check #: 00000318                    216.50              216.50
ACCT # 1183235

**Appendix 000460**

## Dan Rogers Rentals
VENDOR: ASA110    ASAP Air LLC

00016960

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1449 | 08/09/13 | 4614 Crockett - HVAC | 113.66 | | 113.66 |

#1449 - Balance .66 ??

# 1455 -$ 113.66

08/14/13 Check #: 00016960                    113.66                    113.66
ACCT # 7062273

**Appendix 000461**

# Fee Managed Properties

VENDOR: ASA110     ASAP Air LLC             $14-2249 $11-2273

00000314

| Reference | Date | Comment | Gross | Disc | Net |
| --- | --- | --- | --- | --- | --- |
| 130517-1299 | 05/17/13 | 1101W.DowlenRd.-Labr | 151.55 | | 151.55 |

**06/18/13 Check #: 00000314**           151.55           151.55
ACCT # 1183235                                            **Appendix 000462**

## Amberwood MHP, L.L.C.

VENDOR: ASA110    ASAP Air LLC                                          00003981

| Reference | Date | Comment | Gross | Disc | Net |
|-----------|------|---------|-------|------|-----|
| 1438 | 08/02/13 | 1221 Casa Grande | 1700.23 | | 1700.23 |

**Appendix 000463**

08/21/13 Check #: 00003981                          1700.23                    1700.23

# EXHIBIT E

**Appendix 000464**

| | | |
|---|---|---|
| MAKE READY CONTRACTORS, INC., | § § | IN THE 47th DISTRICT COURT |
| Plaintiff, | § § | |
| | § | IN AND FOR |
| vs. | § § | |
| ASAP AIR OF AMARILLO, L.L.C., Defendant. | § | POTTER COUNTY, TEXAS |

## AFFIDAVIT OF C. JASON FENTON

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF POTTER | § |

BEFORE ME, the undersigned authority, on this day personally appeared the undersigned affiant, who swore on oath that the following facts are true:

1. "My name is C. Jason Fenton. I am at least 21 years of age, of sound mind, capable of making this Affidavit, and fully competent to testify to the matters stated herein. I have personal knowledge of each of the matters set forth and know them to be true and correct.

2. "I am an attorney with the law firm of Underwood Law Firm, P.C. ('Underwood Law Firm'), and I have been licensed to practice law in Texas since 2013. I have been in the practice of law in the Amarillo area since 2014.

3. "ASAP Air of Amarillo, LLC, Defendant herein, seeks a judgment of this Court that its constitutional liens are valid and should not be removed as requested by Plaintiff. I have performed the following services in response to Plaintiff's motion:

    a) correspondence;

    b) conferences with client;

---

c)    reviewing documentation;

d)    legal research regarding mechanic's liens in Texas;

e)    preparation of Defendant's Response to Summary Motion to Remove Invalid or Unenforceable Liens; and

f)    appearance at a hearing on the above-named motion.

4.    "A reasonable fee for the above-described services that were necessarily performed in preparation for this hearing is at least $1,200.

SIGNED this 6th day of May, 2015.



C. Jason Fenton

SUBSCRIBED AND SWORN TO BEFORE ME by C. Jason Fenton on the 6th day of May, 2015.

KAREN ARCHINAL
Notary Public, State of Texas
My Commission Expires
May 10, 2015

Notary Public, State of Texas

B N

Filed
Caroline Woodburn
District Clerk
6/15/2015 5:06:53 PM
Potter County, Texas
By _____ Deputy

Cause No. 102,171-A

| | | |
|---|---|---|
| Make Ready Contractors, Inc., | * | In the 47th District Court |
| Plaintiff, | * | |
| | * | |
| v. | * | In and For |
| | * | |
| ASAP Air of Amarillo, L.L.C. and Michael | * | |
| Weatherford, | * | Potter County, Texas |
| Defendants | * | |

## STIPULATIONS

*To the Honorable Judge of Said Court:*

All parties stipulate and agree as follows:

1.     The mechanic's liens attached to the Make Ready Summary Motion to Remove liens are true and correct copies of the original liens filed in the official public records.

2.     The ASAP Air invoices attached to the Make Ready Summary Motion to Remove are true and correct copies of some of the invoices sent by ASAP Air to Make Ready, and are business records of ASAP Air.

3.     ASAP Air contracted with and invoiced Make Ready.

4.     If called to testify under oath, Dan Rogers would testify that Llano Estacado Management Company (LEMC) manages all properties subject to ASAP Air liens pursuant to an oral agreement.

5.     If called to testify under oath, Dan Rogers would testify that LEMC retained Make Ready to perform repairs and maintenance on all properties subject to ASAP Air liens pursuant to an oral agreement.

6.     ASAP Air did not contract directly with LEMC or send invoices to LEMC.

7.     Dan Rogers owns 100% of the common stock of Make Ready Contractors, Inc.

8.     Dan Rogers owns 100% of the common stock of LEMC.

9.     For each corporation at issue in Make Ready's Summary Motion to Remove Liens, Dan Rogers owns 100% of the common stock.

Stipulations
C:\Users\jf\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\J9Y7OVIN\Stipulations draft 3 fmw.doc

Page 1 of 2

**Appendix 000467**

10. For each corporation at issue in Make Ready's Summary Motion to Remove Liens, Dan Rogers is the sole director and officer.

11. For each owner of property the subject of the Make Ready's Summary Motion to Remove Liens which is a limited liability company (LLC), Dan Rogers owns 100% of the membership interest, except for Amarillo Residential, LLC.

12. Except for Amarillo Residential, LLC, LEMC is the manager for each LLC owner who has property subject to the liens filed by ASAP Air. Each of those LLC's which own such property are manager-managed LLC's.

13. Dan Rogers can and does control Make Ready, LEMC, and each LLC, corporate, or individual owner of property subject to ASAP Air liens, except for Amarillo Residential, LLC. Dan Rogers and LEMC have authority to act as agent for Amarillo Residential, LLC.

14. Dan Rogers, LEMC and Make Ready do not own any membership interest in Amarillo Residential, LLC. LEMC manages the property owned by Amarillo Residential, LLC.

15. All property owners subject to the filed liens of ASAP Air have assigned their rights to contest the liens under the Texas Property Code and given power of attorney to Make Ready to conduct the above litigation on their behalf. Dan Rogers signed the assignment on behalf of each of the property owners subject to the filed liens of ASAP Air.

16. The ASAP Air lien affidavits in question were not filed timely under the statutory mechanic's lien provisions of the Texas Property Code.

Agreed:

Frederic M. Wolfram

C. Jason Fenton

Filed
Caroline Woodburn
District Clerk
6/15/2015 5:06:53 PM
Potter County, Texas
By _____ Deputy

Stipulations
C:\Users\jf\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\J9Y7OVIN\Stipulations draft 3 fmw.doc

**Appendix 000468**

B W

Filed
Caroline Woodburn
District Clerk
6/19/2015 1:38:48 PM
Potter County, Texas
By _____ Deputy

Cause No. 102,171-A

| | | |
|---|---|---|
| Make Ready Contractors, Inc., | * | In the 47th District Court |
| Plaintiff, | * | |
| | * | |
| v. | * | In and For |
| | * | |
| ASAP Air of Amarillo, L.L.C. and Michael | * | |
| Weatherford, | * | |
| Defendant | * | Potter County, Texas |

## NOTICE OF COURT RULING

Attached hereto is a true and correct copy of the ruling of the court sent by email.

Respectfully submitted,

THE WOLFRAM LAW FIRM, P.C.
Chase Tower
600 S. Tyler St.
Suite 1406
Amarillo, Texas 79101-2361
806-372-3449
Fax No. 806-372-3324
eric@wolframlaw.com

_Eric Wolfram_

Frederic M. Wolfram
State Bar I.D. No. 21869900

ATTORNEYS FOR PLAINTIFF

**Appendix 000469**

**CERTIFICATE OF SERVICE**

I hereby certify that on the June 19, 2015, a true and correct copy of the foregoing was served upon all counsel of record as follows:

    \_\_\_\_\_ (a) by delivery in person;
    \_\_\_\_\_ (b) by agent or courier receipted delivery;
    \_\_\_\_\_ (c) by certified mail, return receipt requested;
    \_\_\_\_\_ (d) by telephonic document transfer;
     X    (e) by email.

C. Jason Fenton
Underwood Law Firm
PO Box 9158
Amarillo TX 79105-9158

_Eric Wolfram_
Frederic M. Wolfram

Notice of Court Ruling
S:\Clients\M\Make Ready Contractors, Inc\ASAP Air of Amarillo, LLC\Pleadings\MA2814.018.wpd    Page 2 of 2

**Appendix 000470**

| | |
|---|---|
| **From:** | Judge Dan Schaap <SchaapD@pottercscd.org> |
| **Sent:** | Thursday, June 18, 2015 3:09 PM |
| **To:** | eric@wolframlaw.com; Mr. Jason Fenton (Jason.Fenton@uwlaw.com) |
| **Subject:** | M/Remove Lien - 102,171-A  Make Ready Contractors vs. ASAP Air |

Gentlemen,

Thank you for your efforts.  In my mind Section 53.026's  use of the phrases "person who labors, [etc.]", "another person" and "other person" in relation to owner is not so clear as to yield a clean divide between ASAP Air and the "owners" and the various "persons" contemplated by the statute.   Plaintiff would create a bright line where the legislature plainly seeks to blur the lines and limit the consequences to the "person who labors, [etc.]"  pursuant to agreements made with entities within the boundaries of the lawful corporate layering undertaken by Mr. Rogers to no doubt limit his legal liabilities in other contexts.

While certainly the language used in a statute is the starting point in statutory interpretation, Government Code § 311.023  counsels that in construing a statute, whether or not the statute is considered ambiguous on its face, a court may consider such things as the object sought to be attained, the circumstances under which the statute was enacted and consequences of a particular construction.  The consequence of accepting the interpretation of Section 53.026 offered by Plaintiff is to find its apparent objective effectively circumvented by simply adding more layers to the mix on the owner side of the equation; a result the Court is not inclined to endorse.

The Court is not otherwise convinced that under the circumstances reflected by the stipulation of facts entered by the parties, the Motion to Remove Liens should be granted.

Accordingly, Mr. Fenton is instructed to prepare and appropriate Order denying the motion and shall submit it to the Court by reply email after first tendering it to counsel for Plaintiff for his review.

Judge Schaap.

Internet communications are not guaranteed to be secure or error-free. Information can arrive late or incomplete, be intercepted, corrupted, lost, destroyed, or contain viruses. Therefore, we do not accept

**Appendix 000471**

responsibility for any errors or omissions that are in this message or any attachment. If verification is required, please request a hard-copy. Any views or opinions presented are solely those of the author and do not necessarily represent those of the company.

Filed
Caroline Woodburn
District Clerk
6/19/2015 1:38:48 PM
Potter County, Texas
By _____ Deputy

Appendix 000472

| MAKE READY CONTRACTORS, INC., | § | IN THE 47th DISTRICT COURT |
|---|---|---|
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | IN AND FOR |
| | § | |
| ASAP AIR OF AMARILLO, L.L.C., | § | |
| Defendant. | § | POTTER COUNTY, TEXAS |

## ORDER

ON THIS DAY came on to be heard Plaintiff Make Ready Contractors, Inc.'s Summary Motion to Remove Invalid or Unenforceable Liens (the "Motion"). The Court is of the opinion that such Motion should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Motion is DENIED.

SIGNED this ___ day of June, 2015.

_____
**JUDGE PRESIDING**

FILED
CAROLINE WOODBURN
DISTRICT CLERK
2015 JUN 22 AM 9 21
BY _____
POTTER COUNTY, TEXAS
DEPUTY

1450168

**Appendix 000473**

**Texas Property Code: § 53.026**

(a) A person who labors, specially fabricates materials, or furnishes labor or materials under a direct contractual relationship with another person is considered to be in direct contractual relationship with the owner and has a lien as an original contractor, if:

> (1) the owner contracted with the other person for the construction or repair of a house, building, or improvements and the owner can effectively control that person through ownership of voting stock, interlocking directorships, or otherwise;

> (2) the owner contracted with the other person for the construction or repair of a house, building, or improvements and that other person can effectively control the owner through ownership of voting stock, interlocking directorships, or otherwise; or

> (3) the owner contracted with the other person for the construction or repair of a house, building, or improvements and the contract was made without good faith intention of the parties that the other person was to perform the contract.

(b) In this section, "owner" does not include a person who has or claims a security interest only.

# Texas Property Code: § 53.026

(a) A person who labors, specially fabricates materials, or furnishes labor or materials under a direct contractual relationship with another person is considered to be in direct contractual relationship with the owner and has a lien as an original contractor, if:

   (1) the owner contracted with the other person for the construction or repair of a house, building, or improvements and the owner can effectively control that person through ownership of voting stock, interlocking directorships, or otherwise;

   (2) the owner contracted with the other person for the construction or repair of a house, building, or improvements and that other person can effectively control the owner through ownership of voting stock, interlocking directorships, or otherwise; or

   (3) the owner contracted with the other person for the construction or repair of a house, building, or improvements and the contract was made without good faith intention of the parties that the other person was to perform the contract.

person = ASAP Air, LLC

another person = Make Ready Contractors, Inc.

owner = property owners



## What the Sham Contract Statute Requires

| ASAP Air "person" | ← | Make Ready "another person" "other person" | ← | Owner |

## Actual Facts of This Case

| ASAP Air "person" | ← | Make Ready "another person" "other person" | ← | LEMC (management company) | ← | Owner |

**Appendix 000475**